IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation,<br><br>   Plaintiff,<br><br> vs.<br><br>QK HOTEL, LLC, a Hawaii limited liability company, et al.<br><br>   Defendants<br> and<br>FRANKLIN K. MUKAI,<br><br>   Third-Party Plaintiff,<br><br> vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al.<br><br>AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK<br>CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CV 04-00128 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>TRANSLATOR'S DECLARATION |

TRANSLATOR'S DECLARATION

Pursuant to 28 U.S.C. § 1746, CHIEMI OKAMURA states as follows:

1. I certify that I have prepared the translations of Exhibits C, D and E of Defendants' Motion For Summary Judgment in CV No. 04-00128 ACK-BMK into the English language from the original Japanese language documents.

2. To the best of my knowledge, ability and belief, the English translations of Exhibits C, D and E are accurate translations of the excerpts of the original Japanese language documents.

3.  I have reviewed the English translation of Exhibit B, and compared it against the excerpt of the original Japanese language document. To the best of my knowledge and belief, the English translation of Exhibit B is an accurate translation of the excerpt of the original Japanese language document.

4.  In 1982, I passed the first class of the Standard Test of English Proficiency ("STEP"). This is an English proficiency examination recognized by the Japan Education Ministry. In 2004, I have received a completion certificate from DHC, a Japanese translation school, for a course in English-Japanese translation. I am presently enrolled another English-Japanese translation course at Fellow Academy in Japan.

5.  I was born in Japan and lived there for 33 years. I have lived in the United States for 19 years, and have been a paid translator in the United States and Japan for the last 19 years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Honolulu, Hawaii on January 10, 2006.

/s/ Chiemi Okamura
CHIEMI OKAMURA
2142 Mauna Place
Honolulu, Hawaii 96822