'ORIGINAL

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                1126-0
GLENN T. MELCHINGER        7135-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800
Email:   gtm@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Entities

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 3 2006

at 6 o'clock and 18 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>OR HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>          Defendants.<br>_____<br>FRANKLIN K. MUKAI,<br><br>          Third-Party Plaintiff,<br><br>     vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation; SPORTS | CIVIL NO. 04-00127 ACK/BMK<br><br>**THIRD-PARTY DEFENDANTS SPORTS SHINKO (USA) CO., LTD., SPORTS SHINKO (HAWAII) CO., LTD., SPORTS SHINKO (MILILANI) CO., LTD., SPORTS SHINKO (KAUAI) CO., LTD., SPORTS SHINKO (PUKALANI) CO., LTD., SPORTS SHINKO RESORT HOTEL CORPORATION, SPORTS SHINKO (WAIKIKI) CORPORATION, AND OCEAN RESORT HOTEL CORPORATION'S ANSWER TO DEFENDANT AND THIRD-PARTY PLAINTIFF FRANKLIN K. MUKAI'S THIRD-PARTY COMPLAINT FILED ON SEPTEMBER 26, 2005; THIRD-PARTY COUNTERCLAIM AGAINST FRANKLIN K. MUKAI, ET AL.; SUMMONS; CERTIFICATE OF SERVICE**<br><br>NO TRIAL DATE SET |

592306-2 / 6850-5

```
SHINKO (PUKALANI) CO., LTD., a    )
Hawai`i corporation; SPORTS       )
SHINKO RESORT HOTEL CORPORATION,  )
a Hawai`i corporation; SPORTS     )
SHINKO (WAIKIKI) CORPORATION, a   )
Hawai`i corporation; and OCEAN    )
RESORT HOTEL CORPORATION, a       )
Hawai`i corporation,              )
                                  )
        Third-Party               )
        Defendants.               )
                                  )
_____)
                                  )
SPORTS SHINKO (HAWAII) CO.,       )
LTD., a Hawai`i corporation;      )
SPORTS SHINKO RESORT HOTEL        )
CORPORATION, a Hawai`i            )
corporation; and SPORTS SHINKO    )
(WAIKIKI) CORPORATION, a Hawai`i  )
corporation,                      )
                                  )
    Third-Party Defendants/       )
    Counterclaimants,             )
                                  )
        vs.                       )
                                  )
OR HOTEL, LLC, a Hawai`i limited  )
liability company, KG HOLDINGS,   )
LLC, a Hawai`i limited liability  )
company, FRANKLIN K. MUKAI,       )
                                  )
    Third Party Counterclaim      )
    Defendants.                   )
                                  )
_____)
```

**THIRD-PARTY DEFENDANTS SPORTS SHINKO (USA) CO., LTD., SPORTS SHINKO (HAWAII) CO., LTD., SPORTS SHINKO (MILILANI) CO., LTD., SPORTS SHINKO (KAUAI) CO., LTD., SPORTS SHINKO (PUKALANI) CO., LTD., SPORTS SHINKO RESORT HOTEL CORPORATION, SPORTS SHINKO (WAIKIKI) CORPORATION, AND OCEAN RESORT HOTEL CORPORATION'S ANSWER TO DEFENDANT AND THIRD-PARTY PLAINTIFF FRANKLIN K. MUKAI'S THIRD-PARTY COMPLAINT FILED ON SEPTEMBER 26, 2005**

Third-Party Defendants SPORTS SHINKO (USA) CO., LTD., SPORTS SHINKO (HAWAII) CO., LTD., SPORTS SHINKO (MILILANI) CO., LTD., SPORTS SHINKO (KAUAI) CO., LTD., SPORTS SHINKO (PUKALANI)

CO., LTD., SPORTS SHINKO RESORT HOTEL CORPORATION, SPORTS SHINKO (WAIKIKI) CORPORATION AND OCEAN RESORT HOTEL CORPORATION (collectively, the "SS Entities"), by and through their attorneys, Alston Hunt Floyd & Ing, hereby respond to Defendant and Third-Party Plaintiff Franklin K. Mukai's ("Mukai") Third-Party Complaint (the "Mukai Complaint") filed herein on September 26, 2005 as follows:

**FIRST DEFENSE**

1. The Mukai Complaint fails to state a claim upon which relief may be granted.

**SECOND DEFENSE**

2. In answer to Paragraph 1 of the Mukai Complaint, the SS Entities admit that Plaintiff Sports Shinko Co., Ltd. ("SSJ") filed a Second Amended Complaint seeking certain relief against Mukai, but responds that the Exhibit "A" attached to the Mukai Complaint speaks for itself and on that basis denies any remaining allegations in that Paragraph.

3. In answer to Paragraph No. 2 of the Mukai Complaint, the SS Entities admit that Sports Shinko (USA) Co., Ltd. was at all relevant times a Delaware corporation and that its principal place of business is not Hawai`i.

4. The SS Entities admit the allegations in Paragraph Nos. 3, 4, 5, 6, 7, 8, and 9 of the Mukai Complaint.

5. In answer to Paragraph No. 10 of the Mukai Complaint, the SS Entities admit the Court has jurisdiction

pursuant to 28 U.S.C. § 1367 and principles of supplemental jurisdiction.

6. The SS Entities deny the allegations in Paragraph No. 11, 12, and 13 of the Mukai Complaint and leave Mukai to his proof.

7. Any allegation not specifically admitted herein is denied.

**THIRD DEFENSE**

8. Mukai's acts and omissions, including his breaches of fiduciary duty, were a proximate cause of the injuries alleged by Plaintiff SSJ. During all relevant periods of time, the SS Entities acted through their former management, including Mukai, and could not have caused any injury except by action or omission of Mukai and/or the former management.

**FOURTH DEFENSE**

9. Mukai's claims are barred by the doctrine of unclean hands.

**FIFTH DEFENSE**

10. The SS Entities intend to rely on every defense identified in Rules 8 and 12 of the Federal Rules of Civil Procedure which is supported by evidence adduced in discovery.

**SIXTH DEFENSE**

11. The SS Entities may rely on the defense of waiver and estoppel.

WHEREFORE, the SS Entities pray that this Court:

A.   Dismiss the Mukai Complaint against them with prejudice.

B.   Award the SS Entities their attorneys' fees and costs herein.

C.   Grant the SS Entities such further and other relief that the Court deems just and proper under the circumstances.

DATED:  Honolulu, Hawai`i, January 13, 2006.

_____
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs and Third-Party Defendants, the SS Entities