IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>OR HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>          Defendants.<br>_____<br>FRANKLIN K. MUKAI,<br><br>          Third-Party Plaintiff,<br><br>     vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation; SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation; and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation,<br><br>          Third-Party<br>          Defendants.<br>_____<br>SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i | CIVIL NO. 04-00127 ACK/BMK<br><br>**SUMMONS** |

392306-2 / 6850-5

```
corporation; and SPORTS SHINKO    )
(WAIKIKI) CORPORATION, a Hawai`i)
corporation,                      )
                                  )
    Third-Party Defendants/       )
    Counterclaimants,             )
                                  )
    vs.                           )
                                  )
OR HOTEL, LLC, a Hawai`i limited)
liability company, KG HOLDINGS, )
LLC, a Hawai`i limited liability)
company, FRANKLIN K. MUKAI,       )
                                  )
    Third Party Counterclaim      )
    Defendants.                   )
                                  )
                                  )
```

**SUMMONS**

To the above-named Defendant(s):

You are hereby summoned and required to serve upon ALSTON HUNT FLOYD & ING, attorneys for Plaintiff, whose address is 18th Floor, Pacific Tower, 1001 Bishop Street, Honolulu, Hawai'i 96813, an answer to the Third-Party Counterclaim ("Counterclaim") which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Third-Party Counterclaim. You must also file your answer with the

Clerk of this Court within a reasonable period of time after service.

        DATED: Honolulu, Hawai'i, __JAN 13 2006__ .

                          SUE BEITIA

_____
CLERK

_____
(BY) DEPUTY CLERK