Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON              1126-0
GLENN T. MELCHINGER      7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiff
and Third-Party Defendants,
the SS Entities

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation, | ) ) ) | CIVIL NO. CV 04-00124 ACK/BMK |
| Plaintiff, | ) ) ) | CONSOLIDATED CASES |
| vs. | ) ) ) | |
| QK HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI, | ) ) ) ) ) ) ) | **STIPULATION TO CONTINUE HEARING ON KG DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK-BMK FILED ON JANUARY 13, 2006; AND ORDER** |
| Defendants, | ) ) | Old Date: February 13, 2006 |
| and | ) ) | Time:  9:30 a.m. Judge:  Hon. Alan C. Kay |
| FRANKLIN K. MUKAI, | ) ) | |
| Third-Party Plaintiff, | ) ) ) | New Date: March 20, 2006 Time:  9:30 a.m. Judge:  Hon. Alan C. Kay |
| vs. | ) ) | |
| SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation;SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (MILILANI) CO., LTD., a | ) ) ) ) ) ) | |

Hawai`i corporation; SPORTS )
SHINKO (KAUAI) CO., LTD., a )
Hawai`i corporation; SPORTS )
SHINKO (PUKALANI) CO., LTD., a )
Hawai`i corporation; SPORTS )
SHINKO RESORT HOTEL )
CORPORATION, a Hawai`i )
corporation; SPORTS SHINKO )
(WAIKIKI) CORPORATION, a )
Hawai`i corporation; and OCEAN )
RESORT HOTEL CORPORATION, a )
Hawai`i corporation, )
                                   )
          Third-Party             )
          Defendants.             )
_____ )
                                   )
SPORTS SHINKO (USA) CO., LTD., ) CIVIL NO. CV 04-00125
a Delaware corporation, )              ACK/BMK
                                   )
          Plaintiff,              )
                                   )
     vs.                          )
                                   )
PUKALANI GOLF CLUB, LLC, a )
Hawai`i limited liability )
company; KG MAUI DEVELOPMENT, )
LLC, a Hawai`i limited )
liability company; KG HOLDINGS, )
LLC, a Hawai`i limited )
liability company, FRANKLIN K. )
MUKAI, )
                                   )
          Defendants, )
                                   )
     and )
                                   )
FRANKLIN K. MUKAI, )
                                   )
          Third-Party )
          Plaintiff, )
                                   )
     vs. )
                                   )
SPORTS SHINKO CO., LTD., )
a Japan corporation, SPORTS )
SHINKO (HAWAII) CO., LTD., )
a Hawai`i corporation, SPORTS )
SHINKO (MILILANI) CO., LTD., )
a Hawai`i corporation, SPORTS )

```
SHINKO (KAUAI) CO., LTD.,        )
a Hawai`i corporation, SPORTS    )
SHINKO (PUKALANI) CO., LTD., a   )
Hawai`i corporation, SPORTS      )
SHINKO RESORT HOTEL              )
CORPORATION, a Hawai`i           )
corporation, SPORTS SHINKO       )
(WAIKIKI) CORPORATION,           )
a Hawai`i corporation, and       )
OCEAN RESORT HOTEL CORPORATION,  )
a Hawai`i corporation,           )
                                 )
          Third-Party            )
          Defendants.            )
_____)
                                 )
SPORTS SHINKO (USA) CO., LTD, a  )   CIVIL NO. CV 04-00126
Delaware corporation,            )            ACK/BMK
                                 )
          Plaintiff,             )
                                 )
     vs.                         )
                                 )
KIAHUNA GOLF CLUB, LLC, a        )
Hawaiʻi limited liability        )
company; KG KAUAI DEVELOPMENT,   )
LLC, a Hawaiʻi limited liability )
company; PUKALANI GOLF CLUB,     )
LLC, a Hawaiʻi limited liability )
company; KG MAUI DEVELOPMENT,    )
LLC, a Hawaiʻi limited liability )
company; MILILANI GOLF CLUB,     )
LLC, a Hawaiʻi limited liability )
company; QK HOTEL, LLC, a        )
Hawaiʻi limited liability        )
company; OR HOTEL, LLC, a        )
Hawaiʻi limited liability        )
company, and KG HOLDINGS, LLC,   )
a Hawaiʻi limited liability      )
company,                         )
                                 )
          Defendants,            )
                                 )
     and                         )
                                 )
FRANKLIN K. MUKAI,               )
                                 )
          Third-Party            )
Plaintiff,                       )
                                 )
```

```
          vs.                        )
                                     )
SPORTS SHINKO CO., LTD., a           )
Japan corporation, SPORTS            )
SHINKO (HAWAII) CO., LTD., a         )
Hawai`i corporation, SPORTS          )
SHINKO (MILILANI) CO., LTD., a       )
Hawai`i corporation, SPORTS          )
SHINKO (KAUAI) CO., LTD., a          )
Hawai`i corporation, SPORTS          )
SHINKO (PUKALANI) CO., LTD., a       )
Hawai`i corporation, SPORTS          )
SHINKO RESORT HOTEL                  )
CORPORATION, a Hawai`i               )
corporation, SPORTS SHINKO           )
(WAIKIKI) CORPORATION, a             )
Hawai`i corporation and OCEAN        )
RESORT HOTEL CORPORATION, a          )
Hawai`i corporation,                 )
                                     )
          Third-Party                )
          Defendants.                )
                                     )
─────────────────────────────────── )
                                     )
SPORTS SHINKO CO., LTD., a           )   CIVIL NO. CV 04-00127
Japanese corporation,                )          ACK/BMK
                                     )
          Plaintiff,                 )
                                     )
     vs.                             )
                                     )
OR HOTEL, LLC, a Hawai`i             )
limited liability company, KG        )
HOLDINGS, LLC, a Hawai`i             )
limited liability company,           )
FRANKLIN K. MUKAI,                   )
                                     )
          Defendants,                )
                                     )
     and                             )
                                     )
FRANKLIN K. MUKAI,                   )
                                     )
          Third-Party                )
          Plaintiff,                 )
                                     )
     vs.                             )
                                     )
SPORTS SHINKO (USA) CO., LTD.,       )
a Delaware corporation; SPORTS       )
```

```
SHINKO (HAWAII) CO., LTD., a      )
Hawai`i corporation; SPORTS       )
SHINKO (MILILANI) CO., LTD., a    )
Hawai`i corporation; SPORTS       )
SHINKO (KAUAI) CO., LTD., a       )
Hawai`i corporation; SPORTS       )
SHINKO (PUKALANI) CO., LTD., a    )
Hawai`i corporation; SPORTS       )
SHINKO RESORT HOTEL               )
CORPORATION, a Hawai`i            )
corporation; SPORTS SHINKO        )
(WAIKIKI) CORPORATION, a          )
Hawai`i corporation; and OCEAN    )
RESORT HOTEL CORPORATION, a       )
Hawai`i corporation,              )
                                  )
          Third-Party             )
          Defendants.             )
_____    )
                                  )
SPORTS SHINKO (USA) CO., LTD.,    )  CIVIL NO. CV 04-00128
a Delaware corporation,           )           ACK/BMK
                                  )
          Plaintiff,              )
                                  )
     vs.                          )
                                  )
MILILANI GOLF CLUB, LLC,          )
a Hawai`i limited liability       )
company; KG HOLDINGS, LLC,        )
a Hawai`i limited liability       )
company, FRANKLIN K. MUKAI,       )
                                  )
          Defendants,             )
                                  )
     and                          )
                                  )
                                  )
FRANKLIN K. MUKAI,                )
                                  )
          Third-Party             )
          Plaintiff,              )
                                  )
     vs.                          )
                                  )
SPORTS SHINKO CO., LTD., a        )
Japan corporation, SPORTS         )
SHINKO (HAWAII) CO., LTD., a      )
Hawai`i corporation, SPORTS       )
SHINKO (MILILANI) CO., LTD., a    )
```

```
Hawai`i corporation, SPORTS     )
SHINKO (KAUAI) CO., LTD., a      )
Hawai`i corporation, SPORTS     )
SHINKO (PUKALANI) CO., LTD.,    )
a Hawai`i corporation, SPORTS   )
SHINKO RESORT HOTEL              )
CORPORATION, a Hawai`i           )
corporation, SPORTS SHINKO       )
(WAIKIKI) CORPORATION, a         )
Hawai`i corporation, and         )
OCEAN RESORT HOTEL CORPORATION,  )
a Hawai`i corporation,           )
                                 )
         Third-Party             )
         Defendants.             )
_____    )
```

### STIPULATION TO CONTINUE HEARING ON
### KG DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
### IN CV NO. 04-00128 ACK-BMK FILED ON JANUARY 13, 2006

IT IS HEREBY STIPULATED, by and between all appearing parties herein and through their respective counsel, that the hearing date on KG Defendants' Motion for Summary Judgment in CV No. 04-00128 ACK-BMK, filed on January 13, 2006 ("the Motion"), be continued from February 13, 2006 at 9:30 a.m. before the Honorable Alan C. Kay, Judge of the above-entitled Court, to March 20, 2006 at 9:30 a.m., before the Honorable Alan C. Kay, Judge of the above-entitled Court, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawai'i.

Memoranda in opposition to the Motion shall be due on February 17, 2006.  Movant's reply shall be due on March 9, 2006.

DATED:   Honolulu, Hawai`i, February 8, 2006.


 /s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiff
and Third-Party Defendants,
the SS Entities


 /s/ William A. Bordner
WILLIAM A. BORDNER
Attorney for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI


 /s/ Robert A. Marks
WARREN PRICE, III
ROBERT A. MARKS
Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC; KG
KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC; KG
MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC;
QK HOTEL, LLC; OR HOTEL, LLC;
AND KG HOLDINGS, LLC

APPROVED AND SO ORDERED:



Alan C. Kay
Sr. United States District Judge

---

Case Nos. CV 04-00124 ACK/BMK, CV 04-00125 ACK/BMK, CV 04-00126 ACK/BMK, CV 04-00127 ACK/BMK, and CV 04-00128 ACK/BMK; *U.S. District Court for the District of Hawai`i STIPULATION TO CONTINUE HEARING ON KG DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK-BMK FILED ON JANUARY 13, 2006; AND ORDER*