ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>QK HOTEL, LLC, a Hawai‘i limited liability company, et al.,<br><br>    Defendants,<br><br>    and<br><br>FRANKLIN K. MUKAI,<br><br>    Third-Party Plaintiff,<br><br>    vs.<br><br>SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation, et al.,<br><br>    Third-Party Defendants. | CIVIL NO. CV 04-00124 ACK/BMK<br><br>CONSOLIDATED CASES<br><br>**CERTIFICATE OF WORD COUNT** |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawai‘i limited liability company, et al.,<br><br>    Defendants,<br><br>    and<br><br>FRANKLIN K. MUKAI, | CIVIL NO. CV 04-00125 ACK/BMK |

|  |  |  |
|---|---|---|
|       Third-Party<br>      Plaintiff, | ) <br> ) <br> ) |  |
|   vs. | ) <br> ) |  |
| SPORTS SHINKO CO., LTD.,<br>a Japan corporation, et al., | ) <br> ) <br> ) |  |
|       Third-Party<br>      Defendants. | ) <br> ) <br> ) |  |
| _____ | ) <br> ) |  |
| SPORTS SHINKO (USA) CO., LTD, a<br>Delaware corporation, | ) <br> ) <br> ) | CIVIL NO. CV 04-00126<br>      ACK/BMK |
|       Plaintiff, | ) <br> ) <br> ) |  |
|   vs. | ) <br> ) |  |
| KIAHUNA GOLF CLUB, LLC,<br>a Hawai'i limited liability<br>company, et al., | ) <br> ) <br> ) <br> ) |  |
|       Defendants, | ) <br> ) |  |
|     and | ) <br> ) |  |
| FRANKLIN K. MUKAI, | ) <br> ) |  |
|       Third-Party<br>      Plaintiff, | ) <br> ) <br> ) <br> ) <br> ) |  |
|   vs. | ) <br> ) |  |
| SPORTS SHINKO CO., LTD.,<br>a Japan corporation, et al., | ) <br> ) <br> ) |  |
|       Third-Party<br>      Defendants. | ) <br> ) <br> ) |  |
| _____ | ) <br> ) |  |
| SPORTS SHINKO CO., LTD., a<br>Japanese corporation, | ) <br> ) <br> ) | CIVIL NO. CV 04-00127<br>      ACK/BMK |
|       Plaintiff, | ) <br> ) <br> ) |  |
|   vs. | ) <br> ) <br> ) |  |

```
OR HOTEL, LLC, a Hawai`i        )
limited liability company,      )
et al.,                         )
                                )
          Defendants,           )
                                )
     and                        )
                                )
FRANKLIN K. MUKAI,              )
                                )
          Third-Party           )
          Plaintiff,            )
                                )
     vs.                        )
                                )
SPORTS SHINKO (USA) CO., LTD.,  )
a Delaware corporation, et al., )
                                )
          Third-Party           )
          Defendants.           )
_____)
                                )
SPORTS SHINKO (USA) CO., LTD.,  )   CIVIL NO. CV 04-00128
a Delaware corporation,         )           ACK/BMK
                                )
          Plaintiff,            )
                                )
     vs.                        )
                                )
MILILANI GOLF CLUB, LLC,        )
a Hawai`i limited liability     )
company, et al.,                )
                                )
          Defendants,           )
                                )
     and                        )
                                )
FRANKLIN K. MUKAI,              )
                                )
          Third-Party           )
          Plaintiff,            )
                                )
     vs.                        )
                                )
SPORTS SHINKO CO., LTD.,        )
a Japan corporation, et al.,    )
                                )
          Third-Party           )
          Defendants.           )
_____)
```

**CERTIFICATE OF WORD COUNT**

I hereby certify, pursuant to United States District Court Local Rule 7.5 (e) that the Memorandum in Opposition to KG Defendants' Motion for Summary Judgment in CV No. 04-00128 ACK-BMK, Filed January 13, 2006, contains 6,529 words.

DATED:  Honolulu, Hawaiʻi, February 17, 2006.

/s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Entities