根拠法規：外国為替の管理に関する省令
主務官庁：大蔵省

## 対外直接投資に係る金銭の貸付契約に関する届出書

平成 2年 5月17日

大蔵大臣殿

届出者：
氏名又は名称及び代表者の氏名　スポーツ振興株式会社　代表取締役　木下俊雄　(記名押印)
住所又は所在地　大阪市北区万歳町4番12号 浪速ビル
職業又は業種　ゴルフ場経営
担当者　杉本芳文
電話　(06)313-1851

下記のとおり届出します。

| | | | | | |
|---|---|---|---|---|---|
| 1 貸付けの相手方及びその概要 | (1) 名　称 | Sports Shinko (Waikiki) Corporation | | 資本金 US$1,000.— 設立年月日 1990年5月2日 | |
| | (2) 所在地 | 1001 Bishop Street #2200 - Pacific Tower Honolulu, Hawaii 96813 U.S.A. | | | |
| | (3) 事業内容 (事業計画を含む。) | (事業内容) ホテル経営　(単位：千米ドル) 売上収入／90.2月〜91.1月／91.2月〜92.1月／92.2月〜93.1月 ワイキキインホテル／9787／10425／11185 フィンガレットホテル／13175／11167／11908 | | | |
| | (4) 届出者との関係 | 届出者の出資比率 共同投資者の出資比率 | 0% 0% | その他(具体的に記載すること。) | 会社決議により役員派遣 |
| | (5) 届出者の投資残高 | 出資 | 0 | 貸付け | ¥10,000,000,000.— |
| | (6) 共同投資者の投資残高 | 出資 | 0 | 貸付け | 0 |
| | (7) 既往届出受理年月日及び受理番号(届出者分) | — | | | |
| 2 | 金額 | ¥10,000,000,000.— | | | |
| 3 | 契約時期 | 届出後 2ヶ月以内 | | | |
| 4 | 貸付時期 | 届出後 2ヶ月以内 | | | |
| 5 条件 | (1) 金利 | 年利 8% | | | |
| | (2) 期間 | 5年 | | | |
| | (3) 元利金の回収方法 | 元利金共満期日一括回収 | | | |
| 6 | 取引に伴う支払(又は支払の受領)の方法 (該当分に○) | ① 特殊決済方法以外の方法 □ 特殊決済方法による方法 (具体的に記載すること。) | | | 108 1530 |
| 7 | 資金の使途 (該当分に○) | ① 設備資金　□ 運転資金　ハ その他(具体的に記載すること。) | | | |
| 8 | 取引を行おうとする理由 | 今般相手方から、同相手方が米国ハワイ州にあるホテルを買収するにともない、その買収資金の一部の貸付方要請があったのでこれに応じるもの(詳細別紙の通り) | | | |
| 9 | その他の事項 | | | | |


EXHIBIT T-1

大蔵大臣受理
2.5.17
FD第63号

CONFIDENTIAL

届出受理年月日

(裏面)

1 大蔵大臣の記載欄

| 事　　項 | 年　月　日　及　び　記　名　押　印 |
|---|---|
| 本届出に係る取引は<br>平成2年5月29日<br>ことができる。 | 平成2年5月29日<br><br>日本銀行大阪支店長<br>若月三喜雄 |

2 外国為替公認銀行の記載欄

| 送金（又は受領）年月日 | 金　　額 | 銀　行　印 |
|---|---|---|
| JUN. -5.1990 | ¥10,000,000,000.- | Bank of Hawaii<br>Tokyo Branch<br>OE-51 |

108 1531