IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>      Plaintiff,<br><br>   vs.<br><br>QK HOTEL, LLC, a Hawai'i limited liability company, et al.,<br><br>      Defendants,<br><br>   and<br><br>FRANKLIN K. MUKAI,<br><br>      Third-Party Plaintiff,<br><br>   vs.<br><br>SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation, et al.,<br><br>      Third-Party Defendants. | CIVIL NO. CV 04-00124<br>      ACK/BMK<br><br>CONSOLIDATED CASES<br><br>**CERTIFICATE OF WORD COUNT** |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>      Plaintiff,<br><br>   vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawai'i limited liability company, et al.,<br><br>      Defendants,<br><br>   and<br><br>FRANKLIN K. MUKAI, | CIVIL NO. CV 04-00125<br>      ACK/BMK |

```
            Third-Party              )
            Plaintiff,                )
                                      )
      vs.                             )
                                      )
SPORTS SHINKO CO., LTD.,              )
a Japan corporation, et al.,          )
                                      )
            Third-Party              )
            Defendants.               )
_____)
                                      )
SPORTS SHINKO (USA) CO., LTD, a      )  CIVIL NO. CV 04-00126
Delaware corporation,                 )         ACK/BMK
                                      )
            Plaintiff,                )
                                      )
      vs.                             )
                                      )
KIAHUNA GOLF CLUB, LLC,               )
a Hawai‘i limited liability           )
company, et al.,                      )
                                      )
            Defendants,               )
                                      )
      and                             )
                                      )
FRANKLIN K. MUKAI,                    )
                                      )
            Third-Party              )
            Plaintiff,                )
                                      )
                                      )
                                      )
      vs.                             )
                                      )
SPORTS SHINKO CO., LTD.,              )
a Japan corporation, et al.,          )
                                      )
            Third-Party              )
            Defendants.               )
_____)
                                      )
SPORTS SHINKO CO., LTD., a            )  CIVIL NO. CV 04-00127
Japanese corporation,                 )         ACK/BMK
                                      )
            Plaintiff,                )
                                      )
      vs.                             )
                                      )
```

```
OR HOTEL, LLC, a Hawai`i          )
limited liability company,        )
et al.,                           )
                                  )
          Defendants,             )
                                  )
     and                          )
                                  )
FRANKLIN K. MUKAI,                )
                                  )
          Third-Party             )
          Plaintiff,              )
                                  )
     vs.                          )
                                  )
SPORTS SHINKO (USA) CO., LTD.,    )
a Delaware corporation, et al.,   )
                                  )
          Third-Party             )
          Defendants.             )
_____)
                                  )
SPORTS SHINKO (USA) CO., LTD.,    )   CIVIL NO. CV 04-00128
a Delaware corporation,           )           ACK/BMK
                                  )
          Plaintiff,              )
                                  )
     vs.                          )
                                  )
MILILANI GOLF CLUB, LLC,          )
a Hawai`i limited liability       )
company, et al.,                  )
                                  )
          Defendants,             )
                                  )
     and                          )
                                  )
FRANKLIN K. MUKAI,                )
                                  )
          Third-Party             )
          Plaintiff,              )
                                  )
     vs.                          )
                                  )
SPORTS SHINKO CO., LTD.,          )
a Japan corporation, et al.,      )
                                  )
          Third-Party             )
          Defendants.             )
_____)
```

## CERTIFICATE OF WORD COUNT

I hereby certify, pursuant to United States District Court Local Rule 7.5 (e) that the Separate and Concise Statement of Facts in Support of Memorandum in Opposition to KG Defendants' Motion for Summary Judgment in CV No. 04-00128 ACK-BMK, Filed January 13, 2006, contains 819 words.

DATED:  Honolulu, Hawai'i, February 17, 2006.

/s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Entities