PRICE OKAMOTO HIMENO & LUM

WARREN PRICE III        1212
ROBERT A. MARKS         2163
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone: 808.538.1113
Fax: 808.533.0549
E-mail:  wprice@pohlhawaii.com
         ram@pohlhawaii.com

Attorneys for Defendants
KG HOLDINGS, LLC, KIAHUNA
GOLF CLUB, LLC, KG KAUAI
DEVELOPMENT, LLC, PUKALANI
GOLF CLUB, LLC, KG MAUI
DEVELOPMENT, LLC, MILILANI
GOLF CLUB, LLC, QK HOTEL, LLC,
and OR HOTEL, LLC,

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation,<br>       Plaintiff,<br>  vs.<br>QK HOTEL, LLC, a Hawaii limited liability company, et al.,<br>       Defendants,<br>  and<br>FRANKLIN K. MUKAI,<br>       Third-Party Plaintiff,<br>  vs.<br>SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al., | CV 04-00124 ACK-BMK<br>CONSOLIDATED CASES<br><br>KG DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK/BMK FILED ON MARCH 29, 2006; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF ROBERT A. MARKS; EXHIBITS A - D; DECLARATION OF TAKEO KOSUGI; EXHIBIT K1; DECLARATION OF WAYNE |

| | |
|---|---|
| Third-Party Defendants. | TANIGAWA; DECLARATION OF YASUO NISHIDA; EXHIBITS N1-N3; DECLARATION OF SATOSHI KINOSHITA; CERTIFICATE OF SERVICE |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>   Plaintiff,<br><br> vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawaii limited liability company, et al.,<br><br>   Defendants,<br><br> and<br><br>FRANKLIN K. MUKAI,<br><br>   Third-Party Plaintiff,<br><br> vs.<br><br>SPORTS SHINKO CO., LTD., a Japan Corporation, et al.,<br><br>   Third-Party Defendants | CV 04-00125 ACK-BMK |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>   Plaintiff,<br><br> vs.<br><br>KIAHUNA GOLF CLUB, LLC, a Hawaii limited liability company, et al.,<br><br>   Defendants,<br><br> and<br><br>FRANKLIN K. MUKAI,<br><br>   Third-Party Plaintiff, | CV 04-00126 ACK-BMK |

|  |  |
|---|---|
| vs.<br>SPORTS SHINKO CO., LTD., a Delaware Corporation, et al.,<br>          Third-Party Defendants. |  |
| SPORTS SHINKO CO., LTD., a Japan corporation,<br>          Plaintiff,<br>    vs.<br>OR HOTEL, LLC, a Hawaii limited liability company, et al.,<br>          Defendants,<br>    and<br>FRANKLIN K. MUKAI,<br>          Third-Party Plaintiff,<br>    vs.<br>SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al.,<br>          Third-Party Defendants. | CV 04-00127 ACK-BMK |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br>          Plaintiff,<br>    vs.<br>MILILANI GOLF CLUB, LLC, a Hawaii limited liability company; et al.,<br>          Defendants,<br>    and<br>FRANKLIN K. MUKAI,<br>          Third-Party Plaintiff,<br>    vs.<br>SPORTS SHINKO CO., LTD., a Japan Corporation, et al.,<br>          Third-Party Defendants. | CV 04-00128 ACK-BMK |

KG DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK/BMK FILED ON MARCH 29, 2006

Defendants KG Holdings, LLC and Mililani Golf Club, LLC, through their attorneys, Price Okamoto Himeno & Lum, hereby move the court to reconsider and vacate the Court's Order Denying Defendants' Motion For Summary Judgment in CV No. 04-00128 ACK/BMK, filed on March 29, 2006 ("Order").

This motion is made pursuant to Rules 7, 44.1 and 56(d) of the Federal Rules of Civil Procedure and Rule 60.1 of the Local Rules of Practice of the United States District Court for the District of Hawaii based upon manifest errors of law and fact in the Order. This motion is supported by the attached memorandum of law, declarations and exhibits attached hereto, such further exhibits and authorities as may be included in the reply memorandum to be filed, the arguments of counsel, and the record herein.

DATED:  Honolulu, Hawaii, April 12, 2006.

/s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS

Attorneys for Defendants
KG HOLDINGS, LLC, KIAHUNA GOLF CLUB, LLC, KG KAUAI DEVELOPMENT, LLC, PUKALANI GOLF CLUB, LLC, KG MAUI DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC, QK HOTEL, LLC, OR HOTEL, LLC