

8:02
2004-262857

| LAND COURT | REGULAR SYSTEM |

AFTER RECORDATION, RETURN BY MAIL ( )   PICK-UP ( ) 5 PGS.

        MILES B. FURUTANI, Attn-at-Law
        Suite 600 220 So. King St.
        Honolulu, HI.  96813

TITLE OF DOCUMENT:

WARRANTY DEED

PARTIES TO DOCUMENT:

GRANTOR:   **RESORT MANAGEMENT SERVICES (HAWAII), INC., a Hawaii
           corporation**

GRANTEE:   **SPORTS SHINKO (PUKALANI) CO., LTD., a Hawaii
           corporation**
           c/o Thomas E. Hayes
           99-994 Iwaena St., Suite C
           Aiea, HI. 96701

PROPERTY DESCRIPTION:         LIBER/PAGE: 2002-018811

TMK NO.: (2) 3-2-020-034
**LOT 80**, area 7,855 sq. ft.
**"Leisure Estates at Waiehu"**    DOCUMENT NO.:
Kapoino, Waiehu, Wailuku,          TRANSFER CERTIFICATE OF
Maui, Hawaii                       TITLE NO(S).:

D:\AEN\WARRDEED\C-CReMan

EXHIBIT N2

KNOW ALL MEN BY THESE PRESENTS:

That **RESORT MANAGEMENT SERVICES (HAWAII), INC.**, a Hawaii corporation, having its principal place of business and post office address in Pukalani, County of Maui, State of Hawaii, hereinafter called "Grantor", for and in consideration of the sum of TEN DOLLARS ($10.00) and other valuable consideration to it paid by **SPORTS SHINKO (PUKALANI) CO., LTD.**, a Hawaii corporation, having its principal place of business and post office address c/o Thomas E. Hayes, 99-994 Iwaena St., Suite C, Aiea, HI. 96701, hereinafter called "Grantee", the receipt whereof is hereby acknowledged, does hereby give, grant, bargain, sell and convey unto the Grantee, its successors and assigns, forever, the property more particularly described on **EXHIBIT "A"** attached hereto and made a part hereof.

AND the reversions, remainders, rents, issues and profits thereof, and all of the estate, right, title and interest of the Grantor, both at law and in equity, therein and thereto.

TO HAVE AND TO HOLD the same, together with all buildings, improvements, rights, easements, privileges and appurtenances thereunto belonging or appertaining or held and enjoyed in connection therewith, unto said Grantee, its successors and assigns, forever.

AND said Grantor does hereby covenant with said Grantee that it is lawfully seised in fee simple of the said granted property and has good right to grant and convey the same as aforesaid; that said property is free and clear of all encumbrances, except as aforesaid; and that it will, and its successors and assigns shall WARRANT and DEFEND the same unto the Grantee, its successors and assigns, forever, against the lawful claims and demands of all persons, whomsoever, except as aforesaid.

IN WITNESS WHEREOF, the Grantor has hereunto set its hand on this _27th_ day of December, 2004.

<div style="margin-left:40%">

**RESORT MANAGEMENT SERVICES (HAWAII), INC.**, a Hawaii corporation

By _____
  Its

By _____
  Its

</div>

2

STATE OF HAWAII            )
                          ) ss.
CITY AND COUNTY OF HONOLULU )

On this _*17th*_ day of December, 2004, before me *Jy / NP*

personally appeared _*Yasuo Nishida*_ and _____ *Jy / NP* to

me known, who, being by me duly sworn, did say that ~~they are~~ the *he is* *Jy / NP*

_*President*_ and _____ *Jy / NP*, respectively, of

**RESORT MANAGEMENT SERVICES (HAWAII), INC.**, a Hawaii corporation;

that said instrument was signed on behalf of said corporation by

authority of its Board of Directors, and said

_*Yasuo Nishida*_ and _____ *Jy / NP* acknowledged

said instrument to be the free act and deed of said corporation.

_Valerie J. Yoshimoto_
(Name) VALERIE T. YOSHIMOTO
Notary Public, First Judicial
Circuit, State of Hawaii.

My comm. expires: 7/21/05

VALERIE T. YOSHIMOTO
NOTARY
PUBLIC
STATE OF HAWAII

3

EXHIBIT "A"

All of that certain parcel of land situate at Kapoino, Waiehu, Wailuku, Island and County of Maui, State of Hawaii, described as follows:

**LOT 80**, area 7,855 square feet, more or less, as delineated on the map entitled "**LEISURE ESTATES AT WAIEHU**", which said map was filed in the Bureau of Conveyances of the State of Hawaii as File Plan No. 1872.

Being all of the land conveyed to **RESORT MANAGEMENT SERVICES (HAWAII), INC.**, a Hawaii corporation, by WARRANTY DEED dated January 31st, 2002 recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 2002-018811.

SUBJECT, HOWEVER, to the following encumbrances:

1.  Reservation in favor of the State of Hawaii of all mineral and metallic mines.

2.  The terms, provisions, covenants, easements and reservations as contained in the following:

    LEASE OF EASEMENT

    Lessor:    WAILUKU SUGAR COMPANY, a Hawaii corporation

    Lessee:    COUNTY OF MAUI, a political subdivision of the State of Hawaii.

    Dated:     November 16, 1967
    Book:      5906
    Page:      299
    Term:      Thirty (30) years commencing the date hereof, and thereafter from year to year until terminated.
    Re:        An easement for water pipeline purposes.

3.  Covenants, conditions, restrictions, reservations, agreements, obligations, exceptions and other provisions as contained in DEED dated April 5, 1973 recorded as aforesaid in Book 9054, Page 67; but omitting any covenants or restrictions if any, based upon race, color, religion, sex, handicap, familial status, or national origin unless and only to the extent that said covenant (a) is exempt under Chapter 42, Section 3607 of the United States Code or (b) relates to handicap but does not discriminate against handicapped persons.

4

4.   AGREEMENT TO DEVELOP WAIEHU OCEANVIEW ESTATES IN THREE
     PHASES made by and between ASC LAND CORP., a Hawaii
     corporation, and the COUNTY OF MAUI, a body politic and
     corporate, and a political subdivision of the State of
     Hawaii, through its Department of Public Works and its
     Department of Water Supply, dated February 7, 1986, recorded
     as aforesaid in Book 19291, Page 756.

5.   The terms, provisions, covenants, easements and reservations
     as contained in DECLARATION OF RESTRICTIVE COVENANTS FOR
     LEISURE ESTATE AT WAIEHU (formerly Waiehu Oceanview
     Estates), dated April 6, 1987, recorded as aforesaid in Book
     20532, Page 784, but omitting any covenants or restrictions
     if any, based upon race, color, religion, sex, handicap,
     familial status, or national origin unless and only to the
     extent that said covenant (a) is exempt under Chapter 42,
     Section 3607 of the United States Code or (b) relates to
     handicap but does not discriminate against handicapped
     persons.

     The foregoing Declaration was amended by AMENDMENT OF
     DECLARATION OF RESTRICTIVE COVENANTS FOR LEISURE ESTATE AT
     WAIEHU (formerly Waiehu Oceanview Estates) dated April 20,
     1987 recorded as aforesaid in Book 20577, Page 131.