Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON              1126-0
GLENN T. MELCHINGER      7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiff
and Third-Party Defendants,
the SS Entities

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation, | ) ) ) | CIVIL NO. CV 04-00124 ACK/BMK |
| Plaintiff, | ) ) ) | CONSOLIDATED CASES |
| vs. | ) ) ) | |
| QK HOTEL, LLC, a Hawai'i limited liability company, KG HOLDINGS, LLC, a Hawai'i limited liability company, FRANKLIN K. MUKAI, | ) ) ) ) ) ) ) | **SECOND STIPULATION RE BRIEFING SCHEDULE ON KG DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK-BMK FILED ON MARCH 29, 2006, FILED APRIL 12, 2006; AND ORDER** |
| Defendants, | ) ) | |
| and | ) ) | |
| FRANKLIN K. MUKAI, | ) ) | |
| Third-Party Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation;SPORTS SHINKO (HAWAII) CO., LTD., a Hawai'i corporation; SPORTS SHINKO (MILILANI) CO., LTD., a | ) ) ) ) ) | |

Hawai`i corporation; SPORTS )
SHINKO (KAUAI) CO., LTD., a )
Hawai`i corporation; SPORTS )
SHINKO (PUKALANI) CO., LTD., a )
Hawai`i corporation; SPORTS )
SHINKO RESORT HOTEL )
CORPORATION, a Hawai`i )
corporation; SPORTS SHINKO )
(WAIKIKI) CORPORATION, a )
Hawai`i corporation; and OCEAN )
RESORT HOTEL CORPORATION, a )
Hawai`i corporation, )
                                )
         Third-Party            )
         Defendants.            )
_____ )
                                )
SPORTS SHINKO (USA) CO., LTD., ) CIVIL NO. CV 04-00125
a Delaware corporation, )            ACK/BMK
                                )
         Plaintiff,             )
                                )
     vs.                        )
                                )
PUKALANI GOLF CLUB, LLC, a )
Hawai`i limited liability )
company; KG MAUI DEVELOPMENT, )
LLC, a Hawai`i limited )
liability company; KG HOLDINGS, )
LLC, a Hawai`i limited )
liability company, FRANKLIN K. )
MUKAI, )
                                )
         Defendants,            )
                                )
     and                        )
                                )
FRANKLIN K. MUKAI, )
                                )
         Third-Party            )
         Plaintiff,             )
                                )
     vs.                        )
                                )
SPORTS SHINKO CO., LTD., )
a Japan corporation, SPORTS )
SHINKO (HAWAII) CO., LTD., )
a Hawai`i corporation, SPORTS )
SHINKO (MILILANI) CO., LTD., )
a Hawai`i corporation, SPORTS )
SHINKO (KAUAI) CO., LTD., )

a Hawai`i corporation, SPORTS    )
SHINKO (PUKALANI) CO., LTD., a    )
Hawai`i corporation, SPORTS      )
SHINKO RESORT HOTEL              )
CORPORATION, a Hawai`i           )
corporation, SPORTS SHINKO       )
(WAIKIKI) CORPORATION,           )
a Hawai`i corporation, and       )
OCEAN RESORT HOTEL CORPORATION,  )
a Hawai`i corporation,           )
                                 )
          Third-Party            )
          Defendants.            )
_____)
                                 )
SPORTS SHINKO (USA) CO., LTD, a  )  CIVIL NO. CV 04-00126
Delaware corporation,            )           ACK/BMK
                                 )
          Plaintiff,             )
                                 )
     vs.                         )
                                 )
KIAHUNA GOLF CLUB, LLC, a        )
Hawai‘i limited liability        )
company; KG KAUAI DEVELOPMENT,   )
LLC, a Hawai‘i limited liability )
company; PUKALANI GOLF CLUB,     )
LLC, a Hawai‘i limited liability )
company; KG MAUI DEVELOPMENT,    )
LLC, a Hawai‘i limited liability )
company; MILILANI GOLF CLUB,     )
LLC, a Hawai‘i limited liability )
company; QK HOTEL, LLC, a        )
Hawai‘i limited liability        )
company; OR HOTEL, LLC, a        )
Hawai‘i limited liability        )
company, and KG HOLDINGS, LLC,   )
a Hawai‘i limited liability      )
company,                         )
                                 )
          Defendants,            )
                                 )
     and                         )
                                 )
FRANKLIN K. MUKAI,               )
                                 )
          Third-Party            )
Plaintiff,                       )
                                 )
     vs.                         )
                                 )

SPORTS SHINKO CO., LTD., a          )
Japan corporation, SPORTS           )
SHINKO (HAWAII) CO., LTD., a         )
Hawai`i corporation, SPORTS         )
SHINKO (MILILANI) CO., LTD., a       )
Hawai`i corporation, SPORTS         )
SHINKO (KAUAI) CO., LTD., a          )
Hawai`i corporation, SPORTS         )
SHINKO (PUKALANI) CO., LTD., a       )
Hawai`i corporation, SPORTS         )
SHINKO RESORT HOTEL                  )
CORPORATION, a Hawai`i              )
corporation, SPORTS SHINKO          )
(WAIKIKI) CORPORATION, a            )
Hawai`i corporation and OCEAN        )
RESORT HOTEL CORPORATION, a          )
Hawai`i corporation,                )
                                    )
          Third-Party               )
          Defendants.               )
_____     )
                                    )
SPORTS SHINKO CO., LTD., a          )    CIVIL NO. CV 04-00127
Japanese corporation,               )           ACK/BMK
                                    )
          Plaintiff,                )
                                    )
     vs.                            )
                                    )
OR HOTEL, LLC, a Hawai`i            )
limited liability company, KG       )
HOLDINGS, LLC, a Hawai`i           )
limited liability company,          )
FRANKLIN K. MUKAI,                  )
                                    )
          Defendants,               )
                                    )
     and                            )
                                    )
FRANKLIN K. MUKAI,                  )
                                    )
          Third-Party               )
          Plaintiff,                )
                                    )
     vs.                            )
                                    )
SPORTS SHINKO (USA) CO., LTD.,       )
a Delaware corporation; SPORTS      )
SHINKO (HAWAII) CO., LTD., a         )
Hawai`i corporation; SPORTS         )
SHINKO (MILILANI) CO., LTD., a       )

Hawai`i corporation; SPORTS        )
SHINKO (KAUAI) CO., LTD., a        )
Hawai`i corporation; SPORTS        )
SHINKO (PUKALANI) CO., LTD., a     )
Hawai`i corporation; SPORTS        )
SHINKO RESORT HOTEL                )
CORPORATION, a Hawai`i             )
corporation; SPORTS SHINKO         )
(WAIKIKI) CORPORATION, a           )
Hawai`i corporation; and OCEAN     )
RESORT HOTEL CORPORATION, a        )
Hawai`i corporation,               )
                                   )
        Third-Party                )
        Defendants.                )
_____    )
                                   )
SPORTS SHINKO (USA) CO., LTD.,     )  CIVIL NO. CV 04-00128
a Delaware corporation,            )         ACK/BMK
                                   )
        Plaintiff,                 )
                                   )
    vs.                            )
                                   )
MILILANI GOLF CLUB, LLC,           )
a Hawai`i limited liability        )
company; KG HOLDINGS, LLC,         )
a Hawai`i limited liability        )
company, FRANKLIN K. MUKAI,        )
                                   )
        Defendants,                )
                                   )
    and                            )
                                   )
                                   )
FRANKLIN K. MUKAI,                 )
                                   )
        Third-Party                )
        Plaintiff,                 )
                                   )
    vs.                            )
                                   )
SPORTS SHINKO CO., LTD., a         )
Japan corporation, SPORTS          )
SHINKO (HAWAII) CO., LTD., a       )
Hawai`i corporation, SPORTS        )
SHINKO (MILILANI) CO., LTD., a     )
Hawai`i corporation, SPORTS        )
SHINKO (KAUAI) CO., LTD., a        )
Hawai`i corporation, SPORTS        )
SHINKO (PUKALANI) CO., LTD.,       )

a Hawai`i corporation, SPORTS )
SHINKO RESORT HOTEL )
CORPORATION, a Hawai`i )
corporation, SPORTS SHINKO )
(WAIKIKI) CORPORATION, a )
Hawai`i corporation, and )
OCEAN RESORT HOTEL CORPORATION, )
a Hawai`i corporation, )
                                )
          Third-Party )
          Defendants. )
_____)

**SECOND STIPULATION RE BRIEFING SCHEDULE ON
KG DEFENDANTS' MOTION FOR RECONSIDERATION OF
ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT IN CV NO. 04-00128 ACK-BMK FILED ON
MARCH 29, 2006, FILED APRIL 12, 2006**

IT IS HEREBY STIPULATED, by and between all appearing parties herein and through their respective counsel, that the briefing schedule on KG Defendants' Motion for Reconsideration of Order Denying Defendants' Motion for Summary Judgment in CV No. 04-00128 ACK-BMK Filed on March 29, 2006, filed April 12, 2006 ("the Motion"), shall be as follows:

Memoranda in opposition to the Motion shall be due on May 22, 2006.

Movant's reply shall be due on June 6, 2006.

This Stipulation and Order amends the Stipulation and Order entered herein on April 20, 2006.

DATED:    Honolulu, Hawai`i, May 1, 2006.

_____/s/ Glenn T. Melchinger_____
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiff
and Third-Party Defendants,
the SS Entities


_____/s/ William A. Bordner_____
WILLIAM A. BORDNER
Attorney for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI


_____/s/ Robert A. Marks_____
WARREN PRICE, III
ROBERT A. MARKS
Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC; KG
KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC; KG
MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC;
QK HOTEL, LLC; OR HOTEL, LLC;
AND KG HOLDINGS, LLC


APPROVED AND SO ORDERED:


_____Alan C. Kay_____
Alan C. Kay
Sr. United States District Judge

Case Nos. CV 04-00124 ACK/BMK, CV 04-00125 ACK/BMK, CV 04-00126 ACK/BMK,
CV 04-00127 ACK/BMK, and CV 04-00128 ACK/BMK; U.S. District Court for the
District of Hawai`i – SECOND STIPULATION RE BRIEFING SCHEDULE ON KG DEFENDANTS'
MOTION FOR RECONSIDERATION OF ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
IN CV NO. 04-00128 ACK-BMK FILED ON MARCH 29, 2006, FILED APRIL 12, 2006; AND ORDER