[Translation]

(Form 1-B)

| Date of President's Decision: *7/22/1999* | | | RINGISHO | Section Preparing [this Request]: | 7/22/1999 | Seal of Confirmation of Decision: |
|---|---|---|---|---|---|---|
| Authorized | Conditional | Rejected | | | International Operations HQ | |
| [Signature] | | | | | No 99-**12** | |

| Comments of Decision Maker |
|---|
| |

| Circulation Within Head Office: | | | | | | | General Manager of General Affairs |
|---|---|---|---|---|---|---|---|
| | Date: | Date: | Date: | Date: | Date: | Date: | Date: |
| Consultations: | | | | Prepared by: | [Fukuda Seal] Date: *7/22* | | Prepared by: |
| | Date: | Date: | Date: | | | Date: | Date: Date: |

**Re: Sale of Mililani Company-Owned Residence**

We would like to proceed with the sale of the residence near the 18th hole that the company currently owns and hereby request authorization [with respect to same].

**Sale Price: $400,000** (Broker Commission: Century 21  6%)

We have been moving forward with efforts to sell this company-owned residence, running newspaper ads at $480,000 and listing the property with various real estate firms. A Buyer has appeared who is willing to pay $400,000 (with all repair costs, etc. to be Buyer-borne) [for the property] in its as-is condition. (The costs to repair the roof leak[s] and remove the asbestos have been estimated at approximately $47,000 – costs which would typically be Seller-borne). We would therefore like to proceed [with this sale] and hereby request authorization [with respect thereto].

Buyers: Mr. & Mrs. Yamashita

Our Broker: Century 21 Liberty Homes
Buyer's Broker: Horita Realty

* Attachment[s]: Application

| Received by Head Office: | [Seal:] Receipt of Request for Authorization 7/22/99 General Affairs Section Tokyo Head Office Sports Shinko Co. Ltd. | Comments received from Individuals Consulted: | |
|---|---|---|---|

147 0432



（様式 1-B）

| 社長決裁年月日 | 1999.7.22. | | | 稟議書 | 起案部署 | 1999年7月22日 国際事業本部 No.99-**12** | 決済確認印 |
|---|---|---|---|---|---|---|---|
| 許可 | 条件付 | 否決 | | | | | |

決裁者意見

| 本社回議 | | | | | | | 総務部長 |
|---|---|---|---|---|---|---|---|
| | 月 日 | 月 日 | 月 日 | 月 日 | 月 日 | 月 日 | 月 日 |
| 合議 | | | | 起案 | ㊞(福) | | 起案者 |
| | 月 日 | 月 日 | 月 日 | 7月2?日 | 月 日 | 月 日 | 月 日 |

**ミリラニ社宅売却の件**
現在所有している18番ホール沿いの社宅を売却致したく申請いたします。

**売却価格：40万㌦** （仲介手数料：センチュリー21社 6％）

当社所有の社宅の売却を手配しておりましたが、48万㌦で新聞広告をして各不動産業者にもリステイングしておりましたところ現状のままで（本来は屋根の雨漏りの修理とアスベストスの除去は売り手負担で約47,000㌦の費用が見積もられておりました）40万㌦（修理費用などすべて買い手負担）の買い手がありましたので売却致したく申請致します。

買い手： Mr. & Mrs. Yamashita

仲介： 当社 Century 21 Liberty Homes
　　　先方 Horita Realty

※添付書類：申請書

| 本社受付 | ㊞('99.7.22 受付) | 合議者意見 |
|---|---|---|

147 0432