07/25/2000 TUE 14:07 FAX 808 623 9441      MILILANI GOLF CLUB      →→→ SPORTS SHINKO CO      ☒002
JUL-24-2000 MON 06:12 PM CENTURY 21 RSC       FAX NO. 943 1668              P. 03
    2000 MON 13:30 FAX 808 623 9441       MILILANI GOLF CLUB                ☒003

_____
_____
_____
_____
_____
_____
_____
_____
_____

The undersigned acknowledges receipt of:

[ X ] DROA
[   ] Seller's Counter Offer

and agrees to sell/buy the above described Property on the terms and conditions set forth in the above receipted document(s), and as modified by this Counter Offer. Seller agrees to pay a commission per Section D of the DROA if the terms of this Counter Offer are accepted. This Counter Offer can be withdrawn at any time prior to delivery of a written acceptance to the undersigned's broker.

EXPIRATION: This Counter Offer shall expire at ___5:00___ AM/(PM) on _July 25_____, 2000

Dated this _24th_ day of _July 24_____, 2000 at _10:00_ (AM)/PM.

_____          _____
Signature of Party Submitting Counter Offer    Signature of Party Submitting Counter Offer
[ ] Buyer or [ X ] Seller                       [ X ] Buyer or [ ] Seller

ACCEPTANCE OF COUNTER OFFER: I/We accept this Counter Offer and agree to sell/buy the Property on the terms and conditions in the DROA, as modified by this Counter Offer and if applicable, Seller's Counter Offer; and acknowledge receipt of a copy of this Counter Offer.

Signed this _24th_ day of _JULY_____, 2000 at _6:20_ AM/(PM)

_____          _____
Signature of Party Accepting Counter Offer     Signature of Party Accepting Counter Offer
[ X ] Buyer or [ ] Seller                       [ ] Buyer or [ ] Seller

If you wish to reject this Counter Offer, write "reject" across the acceptance language above and sign. If you wish to make a Counter Offer in response to Buyer's Counter Offer to Seller's Counter Offer, Seller must reject and Buyer to complete a new DROA form.

ACKNOWLEDGMENT OF ACCEPTANCE: The undersigned acknowledges receipt of a copy of the acceptance of this Counter Offer.

Date_____ at _____ AM/PM

Signature_____

E. THERE IS NO WARRANTY ON PLAIN LANGUAGE. An effort has been made to put this Agreement into plain language. But there is no promise that it is in plain language. In legal terms, THERE IS NO WARRANTY, EXPRESSED OR IMPLIED, THAT THIS AGREEMENT COMPLIES WITH CHAPTER 487A OF THE HAWAII REVISED STATUTES, AS AMENDED. This means that the Hawaii Association of REALTORS® is not liable to any Seller, Buyer, or other person who uses this form for any damage or penalty because of any violation of Chapter 487A. People are cautioned to see their own attorneys about Chapter 487A (and other laws that may apply).

_____ 7/24/00                                    _____ 7/25/00
BUYER'S INITIALS & DATE                          SELLER'S INITIALS & DATE

Hawaii Association of REALTORS®        Page 2 of 2              168  1270

```
07/26/2000 WED 08:25 FAX 808-623-9441        MILILANI GOLF CLUB          SPORTS SHINKO CO    @001
```

TENTATIVE BUYER STATEMENT FOR            ITEM A
                                         ESCROW NO: 86-101-2909
    SPORTS SHINKO (HAWAII) INC.
    C/O 2065 SOUTH KING ST.              RPT DATE : 10/24/86
    RM 307
    HONOLULU, HAWAII  96826              PROPERTY :
    C/O KEN UYEDA                        TMK      : (1) 9/5/1/007
                                         ADDRESS  : 95-054 HOKUIWA ST.
                                                    #111
ESCROW AGENT:                                       MILILANI, HAWAII  96789

TITLE GUARANTY ESCROW SERVICES, INC.
    235 QUEEN STREET                     CONTRACT DATE : 10/ 1/86
    FIRST FLOOR
    HONOLULU, HAWAII   96813

ATTN KAREN WAKAMURA

    DESCRIPTION                                   DEBITS/CHARGES      CREDITS
    -----------                                   --------------      -------

Sales/purchase price                               133,000.00
Initial deposit                                                       2,500.00

R.P. taxes 10/27/86 to 1/1/87 @ $417.78 /6MO          148.54
Maintenance fee 10/27/86 to 1/1/87 @ $120.12/1MO      256.25
Association dues 10/27/86 to 11/1/86 @ $10.00/1MO       1.33

2 Months Assoc. Dues for Nov. & Dec. 1986              20.00
Title insurance prem to Long & Melone, Ltd.           139.78
Escrow fee to Title Guaranty Escrow                   267.80
Notary fee to Title Guaranty Escrow                     8.00

Transfer fee to Certified Management                   40.00
Record'g/Filing Fee                                    35.00


Check for balance from buyer                                        131,416.70
TOTALS                                             133,916.70       133,916.70

NOTE:  PRORATIONS TO BE ADJUSTED TO DATE OF RECORDATION.
NOTE:  ATTORNEYS FEE TO CARLSMITH WICHMAN CASE MUKAI &
       ICHIKI TO BE HANDLED OUTSIDE OF ESCROW.

        * * * Home Exemption Information * * *

    If you intend to reside on the property you have just
    purchased, you are allowed a Homeowners Exemption against your
    Real Property Taxes.  Application should be made to the City
    and County Director of Finance before December 31st.

        * * * * * * * * * * * * * * * * * * * *

Hawaii Law requires that final payments to Escrow must be as follows:
(1) Hawaii clients must submit Cashier's Checks drawn on a Hawaii financial
institution, (2) Out-of-state clients must wire funds to BANK OF HAWAII,
MAIN BRANCH for credit to the account of TITLE GUARANTY ESCROW SERVICES,
INC.: Account number 01-029630, regarding Escrow number 861012909.  All
other forms of payment will delay closing. Escrow must hold valid funds.

```
                     133,000.00+
                         148.54+
                         256.25+
                           1.33+
                          20.00+
                         139.78+
                         267.80+
                           8.00+
                          40.00+
                          35.00+
                     _____
                     133,916.70*
                       2,500.00+
                     131,416.70+
                     _____
                     133,916.70*
```

168 1271

BUYER/SELLER — KEEP THIS COPY FOR YOUR RECORDS              Form 53 (Rev. 1/81)

```
07/26/2000 WED 13:52 FAX 808 623 9441        MILILANI GOLF CLUB              → → → SPORTS SHINKO CO   ☒001
```

```
                              FULL ASSESSMENT REPORT
          ---------------------------------------------------------------
          TMK      : 195-001-007-0011             NAME : GE  SPORTS SHINKO CO LTD
          Prop Addr: 95054 HOKUIWA ST       054/111NAME :
          ---------------------------------------------------------------
                              >>> PROPERTY INFORMATION <<<

   MLS#/Status:    2006717 / ACT
   Name        : GRANTEE   SPORTS SHINKO CO LTD           Tax Record Status: ACTIVE
   Address     : 95054 HOKUIWA ST
   Unit/Apt    : 054/111
                 MILILANI TOWN          HI   96789        Tenure  :  FEE SIMPLE
   Tax Payer:    SPORTS SHINKO CO LTD                     Phone # :
   Tax Addr :    95-176 KUAHELANI AVE
                 MILILANI               HI   96789
   User Remarks :
   Owner Occupd :            Company Flag :              Govrnmnt Flag :
   Co Op        :                                        Vacant Land   :
   Lot Number   :            Block Num:                  File Pln (REG):
   TCT Number   :   290238   LC App   :                  LC Map        :
   LCC :         Public Rpt:  529   LC Condo Map :       RS Condo Map  :
   MLS Neighbrhd: MILILANI           County Nbhd: C384
   MLS Region   : CENTRAL
   Subdivision  : KUAHELANI APT
   Building Name: KUAHELANI APTS
   Lot Sq Ft    :                    Acres:    .000   Bldg Sq Ft:    1,080
   ---------------------------------------------------------------
                          >>> TAXES AND ASSESSMENTS <<<
   Assd Value (2000-2001)         Exempt Values       Taxes (1999-2000)
   ---------------------------------------------------------------
   Land      :        $52,800
   Buildings :        $76,000                $                 $677.99
   Total     :       $128,800                $

            Tax Penalty        Tax Interest       Tax Payments      Tax Balance
               $.00                $.00             $339.00           $338.99
   ---------------------------------------------------------------
   >> DEPT OF LAND UTILIZATION - EXACT ADDRESS UNKNOWN - POSSIBLE ADDRESS BELOW <<
   Address    : 95050 HOKUIWA ST
   Address    : 95054 HOKUIWA ST
   Address    : 95058 HOKUIWA ST
   Address    : 95062 HOKUIWA ST
   Address    : 95066 HOKUIWA ST
   Address    : 95134 KUAHELANI AVE
   Address    : 95138 KUAHELANI AVE
   Address    : 95142 KUAHELANI AVE
   Address    : 95146 KUAHELANI AVE
   Address    : 95150 KUAHELANI AVE
   Address    : 95154 KUAHELANI AVE
   Address    : NOT AVAILABLE
   Address    : NOT AVAILABLE

   ---------------------------------------------------------------
               >>> DEPT OF LAND UTILIZATION DETAIL INFORMATION <<<
   Address: 95050 HOKUIWA ST                              168  1272
```

Prepared by: Leona Soto on July 26, 2000

```
07/26/2000 WED 13:52 FAX 808 623 9441     MILILANI GOLF CLUB          → SPORTS SHINKO CO    @00
```

```
                        FULL ASSESSMENT REPORT
------------------------------------------------------------------------------
 TMK       : 195-001-007-0011              NAME : GE  SPORTS SHINKO CO LTD
 Prop Addr: 95054 HOKUIWA ST      054/111NAME :
------------------------------------------------------------------------------
                      >>> PROPERTY INFORMATION <<<

 MLS#/Status:    2006717 / ACT                Tax Record Status: ACTIVE
 Name        : GRANTEE  SPORTS SHINKO CO LTD
 Address     : 95054 HOKUIWA ST
 Unit/Apt    : 054/111
               MILILANI TOWN         HI 96789           Tenure  :  FEE SIMPLE
 Tax Payer: SPORTS SHINKO CO LTD                        Phone #:
 Tax Addr : 95-176 KUAHELANI AVE

           MILILANI                 HI 96789
 User Remarks :
 Owner Occupd :           Company Flag  :           Govrnmnt Flag :
 Co Op        :                                     Vacant Land   :
 Lot Number   :           Block Num:                File Pln (REG):
 TCT Number   :    290238 LC App   :                LC Map        :
 LCC :      Public Rpt:  529  LC Condo Map :        RS Condo Map  :
 MLS Neighbrhd: MILILANI      County Nbhd: C384
 MLS Region   : CENTRAL
 Subdivision  : KUAHELANI APT
 Building Name: KUAHELANI APTS
 Lot Sq Ft    :              Acres:       .000   Bldg Sq Ft:      1,080
------------------------------------------------------------------------------
                       >>> TAXES AND ASSESSMENTS <<<

 Assd Value (2000-2001)       Exempt Values      Taxes (1999-2000)
 -----------------------      -------------      -----------------
 Land      :      $52,800          $                   $677.99
 Buildings :      $76,000          $
 Total     :     $128,800


       Tax Penalty      Tax Interest       Tax Payments      Tax Balance
           $.00              $.00             $339.00           $338.99
------------------------------------------------------------------------------
>> DEPT OF LAND UTILIZATION - EXACT ADDRESS UNKNOWN - POSSIBLE ADDRESS BELOW <

 Address     :  95050 HOKUIWA ST
 Address     :  95054 HOKUIWA ST
 Address     :  95058 HOKUIWA ST
 Address     :  95062 HOKUIWA ST
 Address     :  95066 HOKUIWA ST
 Address     :  95134 KUAHELANI AVE
 Address     :  95138 KUAHELANI AVE
 Address     :  95142 KUAHELANI AVE
 Address     :  95146 KUAHELANI AVE
 Address     :  95150 KUAHELANI AVE
 Address     :  95154 KUAHELANI AVE
 Address     :  NOT AVAILABLE
 Address     :  NOT AVAILABLE


              >>> DEPT OF LAND UTILIZATION DETAIL INFORMATION <<<

 Address: 95050 HOKUIWA ST
                                                            168  1273
```

*Prepared by: Leona Soto on July 26, 2000*

```
TENTATIVE BUYER STATEMENT FOR             ITEM A
                                          ESCROW NO: 86-101-2909
   SPORTS SHINKO (HAWAII) INC.
   C/O 2065 SOUTH KING ST.               RPT DATE : 10/24/86
   RM 307
   HONOLULU, HAWAII  96826               PROPERTY :
   C/O KEN UYEDA                         TMK      : (1) 9/5/1/007
                                         ADDRESS  : 95-054 HOKUIWA ST.
                                                    #111
ESCROW AGENT:                                       MILILANI, HAWAII  96789

TITLE GUARANTY ESCROW   SERVICES, INC.
   235 QUEEN STREET                      CONTRACT DATE   : 10/ 1/86
   FIRST FLOOR
   HONOLULU, HAWAII            96813

ATTN KAREN WAKAMURA
------------------------------------------------------------------------
   DESCRIPTION                           DEBITS/CHARGES       CREDITS
------------------------------------------------------------------------

Sales/purchase price                         133,000.00
Initial deposit                                                2,500.00


R.P. taxes 10/27/86 to 1/1/87 @ $417.78 /6MO     148.54
Maintenance fee 10/27/86 to 1/1/87 @ $120.12/1MO 256.25
Association dues 10/27/86 to 11/1/86 @ $10.00/1MO  1.33

2 Months Assoc. Dues for Nov. & Dec. 1986         20.00
Title insurance prem to Long & Melone, Ltd.      139.78
Escrow fee to Title Guaranty Escrow              267.80
Notary fee to Title Guaranty Escrow                8.00

Transfer fee to Certified Management              40.00
Record'g/Filing Fee                               35.00




Check for balance from buyer                                 131,416.70
TOTALS :                                     133,916.70      133,916.70

NOTE:  PRORATIONS TO BE ADJUSTED TO DATE OF RECORDATION.
NOTE:  ATTORNEYS FEE TO CARLSMITH WICHMAN CASE MUKAI &
       ICHIKI TO BE HANDLED OUTSIDE OF ESCROW.

        * * * Home Exemption Information * * *

   If you intend to reside on the property you have just
purchased, you are allowed a Homeowners Exemption against your
Real Property Taxes.  Application should be made to the City
and County Director of Finance before December 31st.

        * * * * * * * * * * * * * * * * * * * *

Hawaii Law requires that final payments to Escrow must be as follows:
(1) Hawaii clients must submit Cashier's Checks drawn on a Hawaii financial
institution. (2) Out-of-state clients must wire funds to BANK OF HAWAII,
MAIN BRANCH for credit to the account of TITLE GUARANTY ESCROW SERVICES,
INC.: Account number 01-029630, regarding Escrow number 861012909. All
other forms of payment will delay closing. Escrow must hold valid funds.
```

```
133,000.00+
   148.54+
   256.25+
     1.33+
    20.00+
   139.78+
   267.80+
     8.00+
    40.00+
    35.00+
-----------
133,916.70*

  2,500.00+
131,416.70+
-----------
133,916.70*
```

168 1274

The undersigned acknowledges receipt of:

[X] DROA
[ ] Seller's Counter Offer

and agrees to sell/buy the above described Property on the terms and conditions set forth in the above receipted document(s), and as modified by this Counter Offer. Seller agrees to pay a commission per Section D of the DROA if the terms of this Counter Offer are accepted. This Counter Offer can be withdrawn at any time prior to delivery of a written acceptance to the undersigned's broker.

EXPIRATION: This Counter Offer shall expire at __5:00__ AM/PM on __July 25__, __2000__.

Signed this __24th__ day of __July-24__, __2000__ at __10:00__ AM/PM.

Signature of Party Submitting Counter Offer
[ ] Buyer or [X] Seller

Signature of Party Submitting Counter Offer
[X] Buyer or [ ] Seller

---

ACCEPTANCE OF COUNTER OFFER: I/We accept this Counter Offer and agree to sell/buy the Property on the terms and conditions in the DROA, as modified by this Counter Offer and if applicable, Seller's Counter Offer; and acknowledge receipt of a copy of this Counter Offer.

Signed this __24th__ day of __July__, __2000__ at __6:20__ AM/PM.

Signature of Party Accepting Counter Offer
[X] Buyer or [ ] Seller

Signature of Party Accepting Counter Offer
[ ] Buyer or [ ] Seller

---

If you wish to reject this Counter Offer, write "reject" across the acceptance language above and sign. If you wish to make a Counter Offer in response to Buyer's Counter Offer to Seller's Counter Offer, Seller must reject and Buyer to complete a new DROA form.

ACKNOWLEDGMENT OF ACCEPTANCE: The undersigned acknowledges receipt of a copy of the acceptance of this Counter Offer.

Date _____ at _____ AM/PM

Signature _____

*5. THERE IS NO WARRANTY ON PLAIN LANGUAGE. An effort has been made to put this Agreement into plain language... THERE IS NO WARRANTY, EXPRESSED OR IMPLIED, THAT THIS AGREEMENT COMPLIES WITH CHAPTER 487A OF THE HAWAII REVISED STATUTES, AS AMENDED. This means that the Hawaii Association of REALTORS® is not liable to any Seller, Buyer, or other person who uses this form for any damage or penalty because of any violation of Chapter 487A. People are cautioned to see their own attorneys about Chapter 487A (and other laws that may apply).

BUYER'S INITIALS & DATE __7/24/00__

Hawaii Association of REALTORS®    Page 2 of 2    SELLER'S INITIALS & DATE __7/25/00__

168  1275