IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>a Japanese corporation,<br><br>       Plaintiff,<br><br>    vs.<br><br>QK HOTEL, LLC, a Hawai`i<br>limited liability company,<br>et al.,<br><br>       Defendants,<br><br>   and<br><br>FRANKLIN K. MUKAI,<br><br>       Third-Party<br>       Plaintiff,<br><br>    vs.<br><br>SPORTS SHINKO (USA) CO.; LTD.,<br>a Delaware corporation, et al.,<br><br>       Third-Party<br>       Defendants. | CIVIL NO. CV 04-00124<br>      ACK/BMK<br><br>CONSOLIDATED CASES<br><br>**DECLARATION OF<br>STEVEN C. SILVER;<br>LIST OF TRANSLATED DOCUMENTS** |
| SPORTS SHINKO (USA) CO., LTD.,<br>a Delaware corporation,<br><br>       Plaintiff,<br><br>    vs. | CIVIL NO. CV 04-00125<br>      ACK/BMK |

PUKALANI GOLF CLUB, LLC, a        )
Hawai`i limited liability         )
company, et al.,                  )
                                  )
          Defendants,             )
                                  )
      and                         )
                                  )
FRANKLIN K. MUKAI,                )
                                  )
          Third-Party             )
          Plaintiff,              )
                                  )
      vs.                         )
                                  )
SPORTS SHINKO CO., LTD.,          )
a Japan corporation, et al.,      )
                                  )
          Third-Party             )
          Defendants.             )
_____)
                                  )
SPORTS SHINKO (USA) CO., LTD, a )  CIVIL NO. CV 04-00126
Delaware corporation,             )           ACK/BMK
                                  )
          Plaintiff,              )
                                  )
      vs.                         )
                                  )
KIAHUNA GOLF CLUB, LLC,           )
a Hawai'i limited liability       )
company, et al.,                  )
                                  )
          Defendants,             )
                                  )
      and                         )
                                  )
FRANKLIN K. MUKAI,                )
                                  )
          Third-Party             )
          Plaintiff,              )
                                  )

```
          vs.                    )
                                 )
SPORTS SHINKO CO., LTD.,         )
a Japan corporation, et al.,     )
                                 )
          Third-Party            )
          Defendants.            )
_____  )
                                 )
SPORTS SHINKO CO., LTD., a       )   CIVIL NO. CV 04-00127
Japanese corporation,            )           ACK/BMK
                                 )
          Plaintiff,             )
                                 )
          vs.                    )
                                 )
OR HOTEL, LLC, a Hawai`i         )
limited liability company,       )
et al.,                          )
                                 )
          Defendants,            )
                                 )
          and                    )
                                 )
FRANKLIN K. MUKAI,               )
                                 )
          Third-Party            )
          Plaintiff,             )
                                 )
          vs.                    )
                                 )
SPORTS SHINKO (USA) CO., LTD.,   )
a Delaware corporation, et al.,  )
                                 )
          Third-Party            )
          Defendants.            )
_____  )
                                 )
SPORTS SHINKO (USA) CO., LTD.,   )   CIVIL NO. CV 04-00128
a Delaware corporation,          )           ACK/BMK
                                 )
          Plaintiff,             )
```

```
        vs.                         )
                                    )
MILILANI GOLF CLUB, LLC,            )
a Hawai`i limited liability         )
company, et al.,                    )
                                    )
          Defendants,               )
                                    )
      and                           )
                                    )
FRANKLIN K. MUKAI,                  )
                                    )
          Third-Party               )
          Plaintiff,                )
                                    )
      vs.                           )
                                    )
SPORTS SHINKO CO., LTD.,            )
a Japan corporation, et al.,        )
                                    )
          Third-Party               )
          Defendants.               )
_____ )
```

### DECLARATION OF STEVEN C. SILVER

I, Steven C. Silver, make this Declaration of my

personal knowledge:

1.    I am an adult resident of the State of

Hawai`i, over the age of eighteen (18) years, and competent

to make this Declaration.

2.    I am a professional legal translator with

fourteen years of translation experience.  I am fluent in

both written Japanese and English, and qualified to translate

documents of the type shown in the attached Schedule of

Translated Documents.  I am registered with the Judiciary of the

State of Hawai`i to provide Japanese-English and English-Japanese

courtroom translation services.  I am a member of the American

Translators Association and the Hawai`i Interpreters and

Translators Association.  I am accredited by the American

Translators Association to translate Japanese documents into

English.  I am a member of the National Association of Judicial

Interpreters and Translators and the Japan Association of

Translators.  I am also registered to provide courtroom

translation services with the U.S. District Court for the

District of Hawai`i.

　　　　3.   I have reviewed the Exhibits attached to the

Declaration of Tsugio Fukuda to be filed in support of Sports

Shinko's Memorandum in Opposition To KG Defendants' Motion for

Reconsideration of Order Denying Defendants' Motion for Summary

Judgment in CV no. 04-00128 ACK/BMK Filed on March 29, 2006, as

described in the attached List of Translated Documents, and I

have confirmed that my English translations of the Japanese

documents have been accurately paired with the Japanese originals

as set forth in the List of Translated Documents attached to this Declaration.

4.    I hereby certify and declare that, to the best of my knowledge, the English translations of the documents listed in the attached List of Translated Documents are complete and accurate translations of all of the Japanese text appearing on the respective original documents with which they are paired.

*I declare under penalty of perjury that the foregoing is true and correct.*

DATED:    Honolulu, Hawai`i, May 19, 2006.

_____
STEVEN C. SILVER

## LIST OF TRANSLATED DOCUMENTS

1. **Exhibit "1":**  Bates stamped page 147 0432. (*Ringisho* re sale of Mililani Company Owned Residence).

2. **Exhibit "2":** Bates stamped pages 168 1267 – 168 1269 (*Ringisho* re sale of Mililani Company Owned Residence)

## END OF LIST OF TRANSLATED DOCUMENTS