PRICE OKAMOTO HIMENO & LUM

| | |
|---|---|
| WARREN PRICE III | 1212 |
| ROBERT A. MARKS | 2163 |

707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone: 808.538.1113
Fax: 808.533.0549
E-mail:  wprice@pohlhawaii.com
         ram@pohlhawaii.com

Attorneys for Defendants
KG HOLDINGS, LLC, KIAHUNA GOLF CLUB, LLC, KG KAUAI DEVELOPMENT, LLC, PUKALANI GOLF CLUB, LLC, KG MAUI DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC, QK HOTEL, LLC, and OR HOTEL, LLC,

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation,<br><br>     Plaintiff,<br><br>  vs.<br><br>QK HOTEL, LLC, a Hawaii limited liability company, et al.,<br><br>     Defendants,<br>  and<br>FRANKLIN K. MUKAI,<br><br>     Third-Party Plaintiff,<br><br>  vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al., | CV 04-00124 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>CERTAIN KG DEFENDANTS' MOTION TO EXPUNGE NOTICE OF PENDENCY OF ACTION FILED ON FEBRUARY 20, 2004; MEMORANDUM OF LAW; DECLARATION OF WAYNE TANIGAWA; DECLARATION OF ROBERT A. MARKS; EXHIBITS A-C; CERTIFICATE OF SERVICE<br><br>DATE:  _____<br>TIME:  _____<br>JUDGE:  Hon. Alan C. Kay |

|  |  |
|---|---|
| Third-Party Defendants. |  |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawaii limited liability company, et al.,<br><br>    Defendants,<br><br>  and<br><br>FRANKLIN K. MUKAI,<br><br>    Third-Party Plaintiff,<br><br>  vs.<br><br>SPORTS SHINKO CO., LTD., a Japan Corporation, et al.,<br><br>    Third-Party Defendants | CV 04-00125 ACK-BMK |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>KIAHUNA GOLF CLUB, LLC, a Hawaii limited liability company, et al.,<br><br>    Defendants,<br><br>  and<br><br>FRANKLIN K. MUKAI,<br><br>    Third-Party Plaintiff,<br><br>  vs.<br><br>SPORTS SHINKO CO., LTD., a Delaware Corporation, et al.,<br><br>    Third-Party Defendants. | CV 04-00126 ACK-BMK |

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation,<br>        Plaintiff,<br>   vs.<br>OR HOTEL, LLC, a Hawaii limited liability company, et al.,<br>        Defendants,<br>   and<br>FRANKLIN K. MUKAI,<br>        Third-Party Plaintiff,<br>   vs.<br>SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al.,<br>        Third-Party Defendants. | CV 04-00127 ACK-BMK |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br>        Plaintiff,<br>   vs.<br>MILILANI GOLF CLUB, LLC, a Hawaii limited liability company; et al.,<br>        Defendants,<br>   and<br>FRANKLIN K. MUKAI,<br>        Third-Party Plaintiff,<br>   vs.<br>SPORTS SHINKO CO., LTD., a Japan Corporation, et al.,<br>        Third-Party Defendants. | CV 04-00128 ACK-BMK |

CERTAIN KG DEFENDANTS' MOTION TO EXPUNGE
NOTICE OF PENDENCY OF ACTION
FILED ON FEBRUARY 20, 2004

Defendants PUKALANI GOLF CLUB, LLC ("PGC, LLC"), KG MAUI DEVELOPMENT, LLC ("KG Development"), and KG HOLDINGS, LLC ("KG Holdings") (collectively the "Defendants") by and through their attorneys, Price Okamoto Himeno & Lum, hereby move the Court to expunge Plaintiff Sports Shinko (USA) Co., Ltd.'s Notice of Pendency of Action, filed on February 20, 2004, and recorded in the Bureau of Conveyances of the State of Hawaii on February 23, 2004 as Document No. 2004-036087, and recorded in the Office of the Assistant Registrar of the State of Hawaii on February 23, 2004 as Document No. 3073328, and noted on Certificates 602,231 and 602,232 (the "Lis Pendens").

This Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure, Haw. Rev, Stat. §§ 634-51 and 501-151, the attached memorandum and declarations, the argument of counsel, the reply memorandum to be filed and the record herein.

//

//

//

//

DATED: Honolulu, Hawaii, June 27, 2006.

/s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, OR HOTEL, LLC,
AND KG HOLDINGS, LLC