CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically through CM/ECF on the following on June 27, 2006:

PAUL ALSTON, ESQ.
palston@ahfi.com

GLENN T. MELCHINGER, ESQ.
gmelchinger@ahfi.com

Attorneys for Plaintiffs
SPORTS SHINKO CO., LTD. and
SPORTS SHINKO (USA) CO., LTD.


WILLIAM BORDNER, ESQ.
bbordner@bmbe-law.com

Attorney for Defendant
FRANKLIN K. MUKAI

    DATED:  Honolulu, Hawaii, June 27, 2006.


        /s/ Robert A. Marks
        WARREN PRICE III
        ROBERT A. MARKS

        Attorneys for Defendants
        KG HOLDINGS, LLC, KIAHUNA GOLF CLUB, LLC, KG KAUAI DEVELOP-MENT, LLC, PUKALANI GOLF CLUB, LLC, KG MAUI DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC, QK HOTEL, LLC and OR HOTEL, LLC,