2160-1

Of Counsel:
BURKE McPHEETERS BORDNER & ESTES

WILLIAM A. BORDNER 1371-0
(bbordner@bmbe-law.com)
JOHN REYES-BURKE 6251-0
(jburke@bmbe-law.com)
Suite 3100 - Mauka Tower
Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 523-9833
Fax No. (808) 528-1656

Attorneys for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>      Plaintiff,<br><br> vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>      Defendants. | CIVIL NO. 04-00124 ACK/BMK (Consolidated Case)<br><br>DEFENDANT AND THIRD-PARTY PLAINTIFF FRANKLIN K. MUKAI'S STATEMENT OF NO OPPOSITION TO CERTAIN KG DEFENDANTS' MOTION TO EXPUNGE NOTICE OF PENDENCY OF ACTION FILED ON FEBRUARY 20, 2004, FILED ON JUNE 27, 2006; CERTIFICATE OF SERVICE |

FRANKLIN K. MUKAI,

                    Third-Party
                    Plaintiff,

    vs.

SPORTS SHINKO (USA) CO.;
LTD., a Delaware corporation;
SPORTS SHINKO (HAWAII) CO.,
LTD., a Hawai`i corporation;
SPORTS SHINKO (MILILANI) CO.,
LTD., a Hawai`i corporation;
SPORTS SHINKO (KAUAI) CO.,
LTD., a Hawai`i corporation;
SPORTS SHINKO (PUKALANI)
CO., LTD., a Hawai`i corporation;
SPORTS SHINKO RESORT
HOTEL CORPORATION, a
Hawai`i corporation; SPORTS
SHINKO (WAIKIKI)
CORPORATION, a Hawai`i
corporation; and OCEAN RESORT
HOTEL CORPORATION, a
Hawai`i corporation,

                    Third-Party
                    Defendants.

---

SPORTS SHINKO (USA) CO., LTD.,
a Delaware corporation,

                    Plaintiff,

    vs.

PUKALANI GOLF CLUB, LLC, a
Hawai`i limited liability company; KG
MAUI DEVELOPMENT, LLC, a

HEARING
DATE:  September 25, 2006
TIME:  9:30 AM
JUDGE:  Hon. Alan C. Kay

(No trial date assigned.)

CIVIL NO.  04-00125 ACK/BMK

2

Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,

                              Defendants.

_____

FRANKLIN K. MUKAI,

                         Third-Party
                         Plaintiff,

    vs.

SPORTS SHINKO CO., LTD., a Japan corporation, SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i i corporation, SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation, SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation, and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation,

                         Third-Party
                         Defendants.

_____

3

CIVIL NO.  04-00126 ACK/BMK

SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,

                    Plaintiff,

    vs.

KIAHUNA GOLF CLUB, LLC, a Hawai`i limited liability company; KG KAUAI DEVELOPMENT, LLC, a Hawai`i limited liability company; PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; QK HOTEL, LLC, a Hawai`i limited liability company; OR HOTEL, LLC, a Hawai`i limited liability company, and KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,

                    Defendants.

---

FRANKLIN K. MUKAI,

                    Third-Party Plaintiff,

    vs.

SPORTS SHINKO CO., LTD., a Japan corporation, SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (MILILANI) CO., LTD., a

4

Hawai`i corporation, SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation, SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation, and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation,

                    Third-Party
                    Defendants.

---

CIVIL NO.  04-00127 ACK/BMK

SPORTS SHINKO CO., LTD., a Japanese corporation,

                    Plaintiff,

      vs.

OR HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,

                    Defendants.

---

FRANKLIN K. MUKAI,

                    Third-Party
                    Plaintiff,

      vs.

SPORTS SHINKO (USA) CO.;
LTD., a Delaware corporation;
SPORTS SHINKO (HAWAII) CO.,
LTD., a Hawai`i corporation;
SPORTS SHINKO (MILILANI) CO.,
LTD., a Hawai`i corporation;
SPORTS SHINKO (KAUAI) CO.,
LTD., a Hawai`i corporation;
SPORTS SHINKO (PUKALANI)
CO., LTD., a Hawai`i corporation;
SPORTS SHINKO RESORT
HOTEL CORPORATION, a
Hawai`i corporation; SPORTS
SHINKO (WAIKIKI)
CORPORATION, a Hawai`i
corporation; and OCEAN RESORT
HOTEL CORPORATION, a
Hawai`i corporation,

                Third-Party
                Defendants.

---

CIVIL NO.  04-00128 ACK/BMK

SPORTS SHINKO (USA) CO., LTD.,
a Delaware corporation,

                Plaintiff,

    vs.

MILILANI GOLF CLUB, LLC, a
Hawai`i limited liability company; KG
HOLDINGS LLC, Hawai`i limited
liability company, FRANKLIN K.
MUKAI,

                Defendants.

6

FRANKLIN K. MUKAI,

                    Third-Party
                    Plaintiff,

    vs.

SPORTS SHINKO CO., LTD., a
Japan corporation, SPORTS
SHINKO (HAWAII) CO., LTD., a
Hawai`i corporation, SPORTS
SHINKO (MILILANI) CO., LTD., a
Hawai`i corporation, SPORTS
SHINKO (KAUAI) CO., LTD., a
Hawai`i corporation, SPORTS
SHINKO (PUKALANI) CO., LTD., a
Hawai`i corporation, SPORTS
SHINKO RESORT HOTEL
CORPORATION, a Hawai`i
corporation, SPORTS SHINKO
(WAIKIKI) CORPORATION, a
Hawai`i corporation, and OCEAN
RESORT HOTEL
CORPORATION, a Hawai`i
corporation,

                    Third-Party
                    Defendants.

7

**DEFENDANT AND THIRD-PARTY PLAINTIFF FRANKLIN K. MUKAI'S STATEMENT OF NO OPPOSITION TO CERTAIN KG DEFENDANTS' MOTION TO EXPUNGE NOTICE OF PENDENCY OF ACTION FILED ON FEBRUARY 20, 2004, FILED ON JUNE 27, 2006**

Defendant and Third-Party Plaintiff FRANKLIN K. MUKAI hereby states that he has no opposition to Certain KG Defendants' Motion To Expunge Notice of Pendency of Action Filed On February 20, 2004, filed in this case on June 27, 2006.

DATED:  Honolulu, Hawaii, September 7, 2006.


_____/s/ William A. Bordner_____
WILLIAM A. BORDNER
JOHN REYES-BURKE
Attorneys for Defendant and
Third-Party Plaintiff
FRANKLIN K. MUKAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation, | CIVIL NO. 04-00124 ACK/BMK (Consolidated Case) |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| QK HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI, | |
| Defendants. | |
| FRANKLIN K. MUKAI, | |
| Third-Party Plaintiff, | |
| vs. | |
| SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation; SPORTS | |

SHINKO (WAIKIKI)
CORPORATION, a Hawai`i
corporation; and OCEAN RESORT
HOTEL CORPORATION, a
Hawai`i corporation,

                  Third-Party
                  Defendants.

_____

SPORTS SHINKO (USA) CO., LTD.,
a Delaware corporation,

                  Plaintiff,

     vs.

PUKALANI GOLF CLUB, LLC, a
Hawai`i limited liability company; KG
MAUI DEVELOPMENT, LLC, a
Hawai`i limited liability company; KG
HOLDINGS, LLC, a Hawai`i limited
liability company, FRANKLIN K.
MUKAI,

                  Defendants.

_____

FRANKLIN K. MUKAI,

                  Third-Party
                  Plaintiff,

     vs.

SPORTS SHINKO CO., LTD., a
Japan corporation, SPORTS
SHINKO (HAWAII) CO., LTD., a
Hawai`i corporation, SPORTS
SHINKO (MILILANI) CO., LTD., a

CIVIL NO.  04-00125 ACK/BMK

2

Hawai`i corporation, SPORTS
SHINKO (KAUAI) CO., LTD., a
Hawai`i corporation, SPORTS
SHINKO (PUKALANI) CO., LTD., a
Hawai`i i corporation, SPORTS
SHINKO RESORT HOTEL
CORPORATION, a Hawai`i
corporation, SPORTS SHINKO
(WAIKIKI) CORPORATION, a
Hawai`i corporation, and OCEAN
RESORT HOTEL
CORPORATION, a Hawai`i
corporation,

    Third-Party
    Defendants.

---

SPORTS SHINKO (USA) CO.,
LTD., a Delaware corporation,

    Plaintiff,

  vs.

KIAHUNA GOLF CLUB, LLC, a
Hawai`i limited liability company;
KG KAUAI DEVELOPMENT, LLC,
a Hawai`i limited liability company;
PUKALANI GOLF CLUB, LLC, a
Hawai`i limited liability company;
KG MAUI DEVELOPMENT, LLC, a
Hawai`i limited liability company;
MILILANI GOLF CLUB, LLC, a
Hawai`i limited liability company;
QK HOTEL, LLC, a Hawai`i limited
liability company; OR HOTEL, LLC,

CIVIL NO.  04-00126 ACK/BMK

3

a Hawai`i limited liability company,
and KG HOLDINGS, LLC, a Hawai`i
limited liability company, FRANKLIN
K. MUKAI,

                    Defendants.

_____

FRANKLIN K. MUKAI,

                    Third-Party
                    Plaintiff,

    vs.

SPORTS SHINKO CO., LTD., a
Japan corporation, SPORTS
SHINKO (HAWAII) CO., LTD., a
Hawai`i corporation, SPORTS
SHINKO (MILILANI) CO., LTD., a
Hawai`i corporation, SPORTS
SHINKO (KAUAI) CO., LTD., a
Hawai`i corporation, SPORTS
SHINKO (PUKALANI) CO., LTD., a
Hawai`i corporation, SPORTS
SHINKO RESORT HOTEL
CORPORATION, a Hawai`i
corporation, SPORTS SHINKO
(WAIKIKI) CORPORATION, a
Hawai`i corporation, and OCEAN
RESORT HOTEL
CORPORATION, a Hawai`i
corporation,

                    Third-Party
                    Defendants.

_____

4

CIVIL NO.  04-00127 ACK/BMK

SPORTS SHINKO CO., LTD., a
Japanese corporation,

              Plaintiff,

    vs.

OR HOTEL, LLC, a Hawai`i limited
liability company, KG HOLDINGS,
LLC, a Hawai`i limited liability
company, FRANKLIN K. MUKAI,

              Defendants.

---

FRANKLIN K. MUKAI,

              Third-Party
              Plaintiff,

    vs.

SPORTS SHINKO (USA) CO.;
LTD., a Delaware corporation;
SPORTS SHINKO (HAWAII) CO.,
LTD., a Hawai`i corporation;
SPORTS SHINKO (MILILANI) CO.,
LTD., a Hawai`i corporation;
SPORTS SHINKO (KAUAI) CO.,
LTD., a Hawai`i corporation;
SPORTS SHINKO (PUKALANI)
CO., LTD., a Hawai`i corporation;
SPORTS SHINKO RESORT
HOTEL CORPORATION, a
Hawai`i corporation; SPORTS
SHINKO (WAIKIKI)
CORPORATION, a Hawai`i
corporation; and OCEAN RESORT

5

HOTEL CORPORATION, a
Hawai`i corporation,

                Third-Party
                Defendants.

---

CIVIL NO.  04-00128 ACK/BMK

SPORTS SHINKO (USA) CO., LTD.,
a Delaware corporation,

                Plaintiff,

     vs.

MILILANI GOLF CLUB, LLC, a
Hawai`i limited liability company; KG
HOLDINGS LLC, Hawai`i limited
liability company, FRANKLIN K.
MUKAI,

                Defendants.

---

FRANKLIN K. MUKAI,

                Third-Party
                Plaintiff,

     vs.

SPORTS SHINKO CO., LTD., a
Japan corporation, SPORTS
SHINKO (HAWAII) CO., LTD., a
Hawai`i corporation, SPORTS
SHINKO (MILILANI) CO., LTD., a
Hawai`i corporation, SPORTS
SHINKO (KAUAI) CO., LTD., a
Hawai`i corporation, SPORTS

6

SHINKO (PUKALANI) CO., LTD., a
Hawai`i corporation, SPORTS
SHINKO RESORT HOTEL
CORPORATION, a Hawai`i
corporation, SPORTS SHINKO
(WAIKIKI) CORPORATION, a
Hawai`i corporation, and OCEAN
RESORT HOTEL
CORPORATION, a Hawai`i
corporation,

                    Third-Party
                    Defendants.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document

was duly served on the following parties in the manner specified below, on

September 7, 2006, addressed as follows:


Served Electronically through CM/ECF:

| PAUL ALSTON, ESQ. | palston@ahfi.com gp@ahfi.com ijm@ahfi.com | 9/7/06 |
|---|---|---|
| GLENN T. MELCHINGER, ESQ. | gtm@ahfi.com cching@ahfi.com kmuller@ahfi.com | 9/7/06 |

Attorneys for Plaintiff

7

Served Electronically through CM/ECF:

ROBERT A. MARKS, ESQ.          ram@pohlhawaii.com          9/7/06
                               sfujioka@pohlhawaii.com
Attorney for Defendants
KG HOLDINGS, LLC; KG KAUAI DEVELOPMENT, LLC;
KG MAUI DEVELOPMENT, LLC; KIAHUNA GOLF CLUB, LLC;
MILILANI GOLF CLUB, LLC; OR HOTEL, LLC;
PUKALANI GOLF CLUB, LLC; PUKALANI GOLF CLUB, LLC;
QK HOTEL, LLC

Served via U.S. Mail:

WARREN PRICE, III, ESQ.                                    9/7/06
Price Okamoto Himeno & Lum
728 Ocean View Center
707 Richards Street
Honolulu, HI  96813

Attorney for Defendants
KG HOLDINGS, LLC; KG KAUAI DEVELOPMENT, LLC;
KG MAUI DEVELOPMENT, LLC; KIAHUNA GOLF CLUB, LLC;
MILILANI GOLF CLUB, LLC; OR HOTEL, LLC;
PUKALANI GOLF CLUB, LLC; PUKALANI GOLF CLUB, LLC;
QK HOTEL, LLC


          DATED:  Honolulu, Hawaii, September 7, 2006.


                                   /s/ William A. Bordner
                              WILLIAM A. BORDNER
                              JOHN REYES-BURKE
                              Attorneys for Defendant and
                              Third-Party Plaintiff
                              FRANKLIN K. MUKAI