Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON            1126-0
GLENN T. MELCHINGER    7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai‘i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiff
and Third-Party Defendants
the SS Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | | |
|---|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation, | ) ) ) | CIVIL NO. CV 04-00124 ACK/BMK |

SPORTS SHINKO CO., LTD.,
a Japanese corporation,

  Plaintiff,

   vs.

QK HOTEL, LLC, a Hawai‘i
limited liability company, KG
HOLDINGS, LLC, a Hawai‘i
limited liability company,
FRANKLIN K. MUKAI,

  Defendants,

  and

FRANKLIN K. MUKAI,

  Third-Party
  Plaintiff,

  vs.

SPORTS SHINKO (USA) CO.; LTD.,
a Delaware corporation;SPORTS
SHINKO (HAWAII) CO., LTD., a
Hawai‘i corporation; SPORTS
SHINKO (MILILANI) CO., LTD., a

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL NO. CV 04-00124
  ACK/BMK

CONSOLIDATED CASES

**PLAINTIFFS' AND THIRD-PARTY
DEFENDANTS' SPORTS SHINKO
(USA) CO., LTD., SPORTS SHINKO
(HAWAII) CO., LTD., SPORTS
SHINKO (MILILANI) CO., LTD.,
SPORTS SHINKO (KAUAI) CO.,
LTD., SPORTS SHINKO (PUKALANI)
CO., LTD., SPORTS SHINKO
RESORT HOTEL CORPORATION,
SPORTS SHINKO (WAIKIKI)
CORPORATION AND OCEAN RESORT
HOTEL CORPORATION'S
CERTIFICATE OF SERVICE**

[RE:  Plaintiffs' and Third-
Party Defendants' Sports
Shinko (USA) Co., Ltd., Sports
Shinko (Hawaii) Co., Ltd.,
Sports Shinko (Mililani) Co.,
Ltd., Sports Shinko (Kauai)
Co., Ltd., Sports Shinko
(Pukalani) Co., Ltd., Sports

Hawai`i corporation; SPORTS                )   Shinko Resort Hotel
SHINKO (KAUAI) CO., LTD., a                )   Corporation, Sports Shinko
Hawai`i corporation; SPORTS                )   (Waikiki) Corporation and
SHINKO (PUKALANI) CO., LTD., a             )   Ocean Resort Hotel
Hawai`i corporation; SPORTS                )   Corporation's Notice of Taking
SHINKO RESORT HOTEL                        )   Deposition upon Written
CORPORATION, a Hawai`i                     )   Questions re: Aqua Engineers,
corporation; SPORTS SHINKO                 )   Inc.]
(WAIKIKI) CORPORATION, a                   )
Hawai`i corporation; and OCEAN             )
RESORT HOTEL CORPORATION, a                )
Hawai`i corporation,                       )
                                           )
          Third-Party                      )
          Defendants.                      )
_____          )

SPORTS SHINKO (USA) CO., LTD.,             )   CIVIL NO. CV 04-00125
a Delaware corporation,                    )           ACK/BMK
                                           )
          Plaintiff,                       )
                                           )
     vs.                                   )
                                           )
PUKALANI GOLF CLUB, LLC, a                 )
Hawai`i limited liability                  )
company; KG MAUI DEVELOPMENT,              )
LLC, a Hawai`i limited                     )
liability company; KG HOLDINGS,            )
LLC, a Hawai`i limited                     )
liability company, FRANKLIN K.             )
MUKAI,                                     )
                                           )
          Defendants,                      )
                                           )
     and                                   )
                                           )
FRANKLIN K. MUKAI,                         )
                                           )
          Third-Party                      )
          Plaintiff,                       )
                                           )
     vs.                                   )
                                           )
SPORTS SHINKO CO., LTD.,                   )
a Japan corporation, SPORTS                )
SHINKO (HAWAII) CO., LTD.,                 )
a Hawai`i corporation, SPORTS              )
SHINKO (MILILANI) CO., LTD.,               )
a Hawai`i corporation, SPORTS              )

SHINKO (KAUAI) CO., LTD.,              )
a Hawai`i corporation, SPORTS         )
SHINKO (PUKALANI) CO., LTD., a         )
Hawai`i corporation, SPORTS            )
SHINKO RESORT HOTEL                    )
CORPORATION, a Hawai`i                 )
corporation, SPORTS SHINKO             )
(WAIKIKI) CORPORATION,                 )
a Hawai`i corporation, and             )
OCEAN RESORT HOTEL CORPORATION,        )
a Hawai`i corporation,                 )
                                       )
        Third-Party                    )
        Defendants.                    )
_____)
                                       )
SPORTS SHINKO (USA) CO., LTD, a    )   CIVIL NO. CV 04-00126
Delaware corporation,              )              ACK/BMK
                                   )
        Plaintiff,                 )
                                   )
    vs.                            )
                                   )
KIAHUNA GOLF CLUB, LLC, a          )
Hawai‘i limited liability          )
company; KG KAUAI DEVELOPMENT,     )
LLC, a Hawai‘i limited liability   )
company; PUKALANI GOLF CLUB,       )
LLC, a Hawai‘i limited liability   )
company; KG MAUI DEVELOPMENT,      )
LLC, a Hawai‘i limited liability   )
company; MILILANI GOLF CLUB,       )
LLC, a Hawai‘i limited liability   )
company; QK HOTEL, LLC, a          )
Hawai‘i limited liability          )
company; OR HOTEL, LLC, a          )
Hawai‘i limited liability          )
company, and KG HOLDINGS, LLC,     )
a Hawai‘i limited liability        )
company,                           )
                                   )
        Defendants,                )
                                   )
    and                            )
                                   )
FRANKLIN K. MUKAI,                 )
                                   )
        Third-Party                )
Plaintiff,                         )
                                   )

```
                    vs.                    )
                                           )
      SPORTS SHINKO CO., LTD., a           )
      Japan corporation, SPORTS            )
      SHINKO (HAWAII) CO., LTD., a         )
      Hawai`i corporation, SPORTS          )
      SHINKO (MILILANI) CO., LTD., a       )
      Hawai`i corporation, SPORTS          )
      SHINKO (KAUAI) CO., LTD., a          )
      Hawai`i corporation, SPORTS          )
      SHINKO (PUKALANI) CO., LTD., a       )
      Hawai`i corporation, SPORTS          )
      SHINKO RESORT HOTEL                  )
      CORPORATION, a Hawai`i               )
      corporation, SPORTS SHINKO           )
      (WAIKIKI) CORPORATION, a             )
      Hawai`i corporation and OCEAN        )
      RESORT HOTEL CORPORATION, a          )
      Hawai`i corporation,                 )
                                           )
                    Third-Party            )
                    Defendants.            )
      _____ )

      SPORTS SHINKO CO., LTD., a           )   CIVIL NO. CV 04-00127
      Japanese corporation,                )            ACK/BMK
                                           )
                    Plaintiff,             )
                                           )
                    vs.                    )
                                           )
      OR HOTEL, LLC, a Hawai`i             )
      limited liability company, KG        )
      HOLDINGS, LLC, a Hawai`i             )
      limited liability company,           )
      FRANKLIN K. MUKAI,                   )
                                           )
                    Defendants,            )
                                           )
                    and                    )
                                           )
      FRANKLIN K. MUKAI,                   )
                                           )
                    Third-Party            )
                    Plaintiff,             )
                                           )
                    vs.                    )
                                           )
      SPORTS SHINKO (USA) CO., LTD.,       )
      a Delaware corporation; SPORTS       )
```

-4-

SHINKO (HAWAII) CO., LTD., a )
Hawai`i corporation; SPORTS )
SHINKO (MILILANI) CO., LTD., a )
Hawai`i corporation; SPORTS )
SHINKO (KAUAI) CO., LTD., a )
Hawai`i corporation; SPORTS )
SHINKO (PUKALANI) CO., LTD., a )
Hawai`i corporation; SPORTS )
SHINKO RESORT HOTEL )
CORPORATION, a Hawai`i )
corporation; SPORTS SHINKO )
(WAIKIKI) CORPORATION, a )
Hawai`i corporation; and OCEAN )
RESORT HOTEL CORPORATION, a )
Hawai`i corporation, )
                                )
        Third-Party )
        Defendants. )
_____ )
                                )
SPORTS SHINKO (USA) CO., LTD., )   CIVIL NO. CV 04-00128
a Delaware corporation, )                ACK/BMK
                                )
        Plaintiff, )
                                )
    vs. )
                                )
MILILANI GOLF CLUB, LLC, )
a Hawai`i limited liability )
company; KG HOLDINGS, LLC, )
a Hawai`i limited liability )
company, FRANKLIN K. MUKAI, )
                                )
        Defendants, )
                                )
    and )
                                )
FRANKLIN K. MUKAI, )
                                )
        Third-Party )
        Plaintiff, )
                                )
    vs. )
                                )
SPORTS SHINKO CO., LTD., a )
Japan corporation, SPORTS )
SHINKO (HAWAII) CO., LTD., a )
Hawai`i corporation, SPORTS )
SHINKO (MILILANI) CO., LTD., a )
Hawai`i corporation, SPORTS )

-5-

SHINKO (KAUAI) CO., LTD., a )
Hawai`i corporation, SPORTS )
SHINKO (PUKALANI) CO., LTD., )
a Hawai`i corporation, SPORTS )
SHINKO RESORT HOTEL )
CORPORATION, a Hawai`i )
corporation, SPORTS SHINKO )
(WAIKIKI) CORPORATION, a )
Hawai`i corporation, and )
OCEAN RESORT HOTEL CORPORATION, )
a Hawai`i corporation, )
)
       Third-Party )
      Defendants. )
_____ )

**PLAINTIFFS' AND THIRD-PARTY DEFENDANTS' SPORTS SHINKO (USA) CO., LTD., SPORTS SHINKO (HAWAII) CO., LTD., SPORTS SHINKO (MILILANI) CO., LTD., SPORTS SHINKO (KAUAI) CO., LTD., SPORTS SHINKO (PUKALANI) CO., LTD., SPORTS SHINKO RESORT HOTEL CORPORATION, SPORTS SHINKO (WAIKIKI) CORPORATION AND OCEAN RESORT HOTEL CORPORATION'S CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on October 6, 2006, I caused a true and correct copy of **Plaintiffs' and Third-Party Defendants' Sports Shinko (USA) Co., Ltd., Sports Shinko (Hawaii) Co., Ltd., Sports Shinko (Mililani) Co., Ltd., Sports Shinko (Kauai) Co., Ltd., Sports Shinko (Pukalani) Co., Ltd., Sports Shinko Resort Hotel Corporation, Sports Shinko (Waikiki) Corporation and Ocean Resort Hotel Corporation's Notice of Taking Deposition upon Written Questions re: Aqua Engineers, Inc.** to be served on the following persons by facsimile, hand-delivery or U.S. mail, postage prepaid (as indicated below) to their respective addresses:

|  | HAND-DELIVERED | FAX | MAILED |
|---|---|---|---|
| WILLIAM A. BORDNER, ESQ.<br>Suite 3100, Mauka Tower<br>737 Bishop Street<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br>and Third-Party Plaintiff<br>FRANKLIN K. MUKAI | ( ) | ( ) | ( X ) |
| WARREN PRICE, III, ESQ.<br>ROBERT A. MARKS, ESQ.<br>728 Ocean View Center<br>707 Richards Street<br>Honolulu, HI 96813<br><br>Attorneys for Defendants<br>KIAHUNA GOLF CLUB, LLC; KG<br>KAUAI DEVELOPMENT, LLC;<br>PUKALANI GOLF<br>CLUB, LLC; KG MAUI<br>DEVELOPMENT, LLC; MILILANI<br>GOLF CLUB, LLC; QK HOTEL,<br>LLC; OR HOTEL, LLC; AND<br>KG HOLDINGS, LLC | ( ) | ( ) | ( X ) |

DATED:     Honolulu, Hawai`i, October 6, 2006.

/s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Companies

627,647 / 6853-5