IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>QK HOTEL, LLC, a Hawai'i limited liability company; et al.,<br><br>　　　　Defendants,<br><br>and<br><br>FRANKLIN K. MUKAI,<br><br>　　　　Third-Party Plaintiff,<br><br>vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation; et al.,<br><br>　　　　Third-Party Defendants,<br><br>and<br><br>SPORTS SHINKO (HAWAII) CO., LTD., a Hawai'i corporation; et al.,<br><br>　　　　Third-Party Defendants / Counterclaimants,<br><br>vs.<br><br>QK HOTEL, LLC, a Hawai'i limited liability company; et al., | CV 04-00124 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>**CERTIFICATE OF SERVICE [Re: Notice Of Appeal And Representation Statement]** |

2101695b.doc

| | |
|---|---|
| Third-Party Counterclaim Defendants. | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CV 04-00125 ACK-BMK |
| Plaintiff, | |
| vs. | |
| PUKALANI GOLF CLUB, LLC, a Hawai'i limited liability company; et al., | |
| Defendants, | |
| and | |
| FRANKLIN K. MUKAI, | |
| Third-Party Plaintiff, | |
| vs. | |
| SPORTS SHINKO CO., LTD., a Japanese corporation; et al., | |
| Third-Party Defendants, | |
| and | |
| SPORTS SHINKO CO., LTD., a Japanese corporation; et al., | |
| Third-Party Defendants / Counterclaimants, | |
| vs. | |
| PUKALANI GOLF CLUB, LLC, a Hawai'i limited liability company; et al., | |

| | |
|---|---|
| Third-Party Counterclaim Defendants. | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CV 04-00126 ACK-BMK |
| Plaintiff, | |
| vs. | |
| KIAHUNA GOLF CLUB, LLC, a Hawai'i limited liability company; et al., | |
| Defendants, | |
| and | |
| FRANKLIN K. MUKAI, | |
| Third-Party Plaintiff, | |
| vs. | |
| SPORTS SHINKO CO., LTD., a Japanese corporation; et al., | |
| Third-Party Defendants, | |
| and | |
| SPORTS SHINKO (HAWAII) CO., LTD., a Hawai'i corporation; et al., | |
| Third-Party Defendants / Counterclaimants, | |
| vs. | |

| | |
|---|---|
| KIAHUNA GOLF CLUB, LLC, a Hawaii limited liability company; et al., <br><br>  Third-Party Counterclaim Defendants. | |
| SPORTS SHINKO CO., LTD., a Japanese corporation, <br><br>  Plaintiff, <br><br>  vs. <br><br>OR HOTEL, LLC, a Hawai'i limited liability company; et al., <br><br>  Defendants, <br><br>  and <br><br>FRANKLIN K. MUKAI, <br><br>  Third-Party Plaintiff, <br><br>  vs. <br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation; et al., <br><br>  Third-Party Defendants, <br><br>  and <br><br>SPORTS SHINKO (HAWAII) CO., LTD., a Hawai'i corporation; et al., <br><br>  Third-Party Defendants / Counterclaimants, | CV 04-00127 ACK-BMK |

| | |
|---|---|
| vs.<br><br>OR HOTEL, LLC, a Hawai'i limited liability company; et al.,<br><br>    Third-Party Counterclaim Defendants. | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>MILILANI GOLF CLUB, LLC, a Hawai'i limited liability company; et al.,<br><br>    Defendants,<br><br>and<br><br>FRANKLIN K. MUKAI,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>SPORTS SHINKO CO., LTD., a Japanese corporation; et al.,<br><br>    Third-Party Defendants,<br><br>and<br><br>SPORTS SHINKO (HAWAII) CO., LTD., a Hawai'i corporation; et al.,<br><br>    Third-Party Defendants / Counterclaimants, | CV 04-00128 ACK-BMK |

vs.

MILILANI GOLF CLUB, LLC, a
Hawai'i limited liability company; et al.,

        Third-Party Counterclaim
        Defendants.

## CERTIFICATE OF SERVICE

### RE: NOTICE OF APPEAL and REPRESENTATION STATEMENT

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served by First Class Mail:</u>                        <u>Date:</u>

PAUL ALSTON, ESQ.                       October 27, 2006
GLENN T. MELCHINGER, ESQ.
Alston Hunt Floyd & Ing
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaii 96813

Attorneys for Plaintiffs, Third-Party Defendants, and the SS Companies
Sports Shinko Co., Ltd.,
Sports Shinko (USA) Co., Ltd.,
Sports Shinko (Hawaii) Co., Ltd.,
Sports Shinko (Mililani) Co., Ltd.,
Sports Shinko (Kauai) Co., Ltd.,
Sports Shinko (Pukalani) Co., Ltd.,
Sports Shinko Resort Hotel Corporation,
Sports Shinko (Waikiki), Corporation
Ocean Resort Hotel Corporation

Served by First Class Mail:

WILLIAM A. BORDNER, ESQ.
Burke McPheeters Bordner & Estes
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3100
Honolulu, Hawaii 96813

Attorney for Franklin K. Mukai

Date:

October 27, 2006

DATED: Honolulu, Hawaii, October 27, 2006.

PRICE OKAMOTO HIMENO & LUM

By: /s/ *signature*

Warren Price III
Robert A. Marks

- and -

GELBER, GELBER, INGERSOLL &
KLEVANSKY, A LAW CORPORATION
Simon Klevansky
Alika L. Piper
Carisa Lima Ka'ala Hee

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, OR HOTEL, LLC,
AND KG HOLDINGS, LLC

---

CERTIFICATE OF SERVICE [RE: NOTICE OF APPEAL and REPRESENTATION STATEMENT]

Sports Shinko Co., Ltd., v. QK Hotel, LLC, et al., Civil No. CV04-00124 ACK/BMK, etc. (Consolidated Cases), United States District Court, District of Hawaii