## SPORTS SHINKO PRIVILEGE LOG RE
## THOMAS HAYES DOCUMENTS PRODUCED PURSUANT TO KG DEFENDANTS' SUBPOENA

| Doc No. | Date | Doc Type | Author | Recipients | Description | Basis |
|---------|------|----------|--------|------------|-------------|-------|
| 231 0051 | 04/03/02 | E-mail | H. Ikemoto @ SS Osaka | S. Kinoshita | Re T. Tsujimoto paid vacation pay | ACP |
| 231 0051 | 04/04/02 | E-mail | Furukawa @ SS Tokyo | S. Kinoshita | Re T. Tsujimoto paid vacation | ACP |
| 231 0065 | 04/13/00 | Fax | C. Asai-Sato, Esq. | S. Kinoshita | Attaches the AHFI billing for DHBH rent negotiations | ACP |
| 231 0327 | 06/04/-- | Fax | S. Kinoshita | C. Asai- Sato, Esq. | Appears that S. Kinoshita wrote back using the original fax from C. Asai-Sato, Esq. Msg reads: Not sent yet. Left reminder on attorney voice mail | ACP |
| 231 0327 | 06/03/97 | Fax | C. Asai-Sato, Esq. | S. Kinoshita | Attorney communication re letter from S. MacKinnon, Esq. to T. Tsujimoto. | ACP |
| 231 0328 | 06/03/97 | Fax | S. Kinoshita | C. Asai-Sato, Esq. | Re LUC and Kauai issues | ACP |
| 231 0329 | 06/06/97( fax id) | Fax | AHFI (fax id) | SS | Re: Explains plan to approach Kauai County, State Planning Office re development timing, land use re-classification, etc. | ACP |
| 231 0330 - 231 0332 | 06/06/97 | Fax | C. Asai-Sato, Esq. | Kinoshita @ fax # 931 4396 | Re Kiahuna development | ACP |
| 231 0333 | 06/06/97 | Cover Sheet | S. Kinoshita | C. Asai-Sato, Esq. | Re Kiahuna development | ACP |
| 231 0334 | 06/06/97 | Fax | C. Asai-Sato, Esq. | S. Kinoshita | Re public hearing related docs.  Ref to John Child communication | ACP |

# EXHIBIT 4

| Doc No. | Date | Doc Type | Author | Recipients | Description | Basis |
|---|---|---|---|---|---|---|
| T010942 - T010945 | 12/19/03 | E-mail String | G. Melchinger, Esq. | D. Griffith S. Iwamura<br><br>cc: T. Hayes, S. Shimizu, hamanaka@habataki-law.jp, K. Kimura, Esq., K. Morita | E-mail string re SS Tax Documents | ACP AWP CFI |
| T010942 - T010945 | 11/22/03 | E-mail String | G. Melchinger, Esq. | T. Hayes<br><br>cc: hamanaka@habataki-law.jp, K. Kimura, Esq., K. Morita, S. Iwamura | E-mail string re SS Tax Documents | ACP AWP CFI |
| T010946 | 12/30/03 | E-mail | B. Kawagoe | T. Hayes S. Iwamura<br><br>cc: G. Melchinger, Esq. | Attorney communication re check received from HEMIC | ACP CFI |
| T010947 | 02/16/05 | Letter | T. Hayes | G. Melchinger, Esq. | Communication to counsel re IRS documentation re SSH | ACP AWP CFI |
| T010948 | Undated | Envelope | IRS | SSM | Copy of envelope from IRS addressed to SSM | ACP |

| Doc No. | Date | Doc Type | Author | Recipients | Description | Basis |
|---------|------|----------|--------|------------|-------------|-------|
| T010951 | 02/14/05 | Letter | T. Hayes | G. Melchinger, Esq. | Communication to counsel re State of Hawaii Department of Taxation re SSH | ACP CFI |
| T010953 | 02/05/05 | Letter | T. Hayes | G. Melchinger, Esq. | Communication to counsel re SSH Retirement Plan Data | ACP CFI |
| T010955 | 01/27/05 | Letter | T. Hayes | P. Alston, Esq. | Communication to counsel re SSH Retirement Plan Data | ACP CFI |
| T010973 | 01/27/05 | Letter | T. Hayes | P. Alston, Esq. | Communication to counsel re American Express invoices | ACP CFI |
| T010975 | 01/26/05 | Fax Trans | T. Hayes | P. Alston, Esq. | Re S. Kinoshita - American Express | ACP CFI |
| T010976 | 01/24/05 | Letter | T. Hayes | P. Alston, Esq. | Communication to counsel re outstanding billing for T. Hayes in SSH related matters | ACP |
| T010977 | 01/24/05 | Invoice | T. Hayes | P. Alston, Esq. | Outstanding billing for T. Hayes<br><br>**Attachment to T010976** | ACP |
| T011021 | 07/02/04 | Fax Trans | T. Hayes | G. Melchinger, Esq. | SS issues | ACP/ AWP |
| T011035 | 06/14/04 | Letter | T. Hayes | S. Iwamura | Communication re retirement plan | ACP |
| T011053 | 06/02/04 | Letter | T. Hayes | G. Melchinger, Esq. | Communication to counsel re tax notices<br><br>**Attachment to T011052** | ACP CFI |

610583 / 6850-5

| Doc No. | Date | Doc Type | Author | Recipients | Description | Basis |
|---------|------|----------|--------|------------|-------------|-------|
| T011214 | 12/11/02 | Invoice | AHFI | M. Tahara<br><br>cc: K. Kimura, Esq. | AHFI Invoice for SSJ 304 Proceedings<br><br>**Attachment to T011210** | ACP AWP |
| T011215 | 11/22/02 | Letter | T. Hayes | S. Iwamura | Re GT Invoice to SSW; checks for S. Iwamura; check for GT | ACP AWP |
| T011220 | 09/18/02 | E-mail | T. Hayes | G. Melchinger, Esq.<br><br>cc: K. Kimura, Esq., S Iwamura, P. Alston, Esq. | Communication re M4 Invoices | ACP |
| T011221 | 09/12/02 | Letter | T. Hayes | P. Alston, Esq. | Communication to counsel enclosing SSH Invoice from Cowabunga Computers | ACP |
| T011223 | 08/08/02 | Letter | T. Hayes | K. Kimura, Esq.<br><br>cc: P. Alston, Esq. | Communication to counsel confirming Honolulu Professional Services, Ltd. terms of  engagement | ACP AWP |
| T011224 | Undated | Notes | T. Hayes | T. Hayes | Handwritten note re SS Raw Data from Computer | ACP AWP |
| T011346 | 03/28/04 | E-mail String | G. Melchinger, Esq. | S. Iwamura<br><br>cc: T. Hayes, H. Hanada, K. Kimura, Esq., Y. Machida, K. Morita, P. Nakamura | E-mail string re SS accounts | ACP AWP |

| Doc No. | Date | Doc Type | Author | Recipients | Description | Basis |
|---|---|---|---|---|---|---|
| T011346 | 03/28/04 | E-mail String | G. Melchinger, Esq. | S. Iwamura<br><br>cc: T. Hayes, H. Hanada, K. Kimura, Esq., Y. Machida, K. Morita, P. Nakamura | E-mail string re SS accounts | ACP AWP |
| T011357 - T011359 | 07/05/02 | Spreadsheet | T. Hayes | T. Hayes | Bank Balances of SS Accounts in BOH | ACP AWP |
| T011385 - T011387 | 06/07/04 | E-mail String | R. Tsuda | T. Hayes<br><br>cc: Y. Machida, G. Melchinger, Esq., S. Iwamura | E-mail string re notice of non-filed returns | ACP AWP CFI |
| T011385 - T011387 | 06/08/04 | E-mail String | S. Iwamura | T. Hayes<br><br>cc: Y. Machida, G. Melchinger, Esq., R. Tsuda | E-mail string re notice of non-filed returns | ACP AWPC FI |
| T011385 - T011387 | 06/07/04 | E-mail String | G. Melchinger, Esq. | T. Hayes S. Iwamura<br><br>cc: P. Alston, Esq., A. Jampel, Esq., Y. Machida | E-mail string re notice of non-filed returns | ACP AWPC FI |