

**Business Name Search and COGS**
**Dept. of Commerce and Consumer Affairs**

| Certificate of Good Standing |
| --- |

• Login
• Search
• Shopping Cart
• Authenticate a COGS

| NOTE |
| --- |

If you want to purchase a Certificate of Good Standing, search for the company using the search page. Once you locate the company, view the company details. If the company/entity is in good standing, you will be able to purchase the COGS on that page.



Click Live Help icon to begin chat

# Business Information

| Purchase a Certificate of Good Standing for this business: |
| --- |

| Electronic COGS | $7.50 |
| --- | --- |

Print unlimited copies using your computer.

| Printed COGS | $7.50 each |
| --- | --- |

Mailed to you or available for pickup.

## General Information

| | |
| --- | --- |
| **Master Name** | HONOLULU PROFESSIONAL SERVICES, LTD. |
| **Business Type** | Domestic Profit Corporation |
| **File Number** | 33413 D1 |
| **Status** | Active |
| **Purpose** | PROFESSIONAL SERVICES |
| **Place Incorporated** | Hawaii UNITED STATES |
| **Incorporation Date** | May 12, 1977 |
| **Mailing Address** | 99-994 IWAENA ST STE C AIEA Hawaii 96701 United States of America |
| **Term** | PER |
| **Agent Name** | THOMAS E. HAYES |
| **Agent Address** | 99-994 IWAENA ST., STE L AIEA Hawaii 96701 United States of America |

## Annual Filings

| Filing Year | Status |
| --- | --- |
| 2006 | Processed |
| 2005 | Processed |
| 2004 | Processed |
| 2003 | Processed |
| 2002 | Not Required |
| 2001 | Processed |
| 2000 | Processed |
| 1999 | Processed |

## Stocks

| Date | Class | Shares | Paid Shares | Par Value | Stock Amount |
| --- | --- | --- | --- | --- | --- |
| Dec 31, 1988 | COMMON | 100 | 100 | | |

## Officers

| Name | Office | Date |
| --- | --- | --- |
| HAYES,THOMAS | P/S/T/D | Apr 1, 2004 |

## Transactions

| Date | Code | Remarks |
| --- | --- | --- |
| Aug 30, 2002 | Designation of Agent | Designation of Agent |

# EXHIBIT 5