COPY

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON         1126-0
GLENN T. MELCHINGER 7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: gtm@ahfi.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 4 2004

at 11 o'clock and 10 min. A M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; and KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company,<br><br>  Defendants. | CV 04-00125 ACK/BMK<br><br>**FIRST AMENDED COMPLAINT TO SET ASIDE FRAUDULENT TRANSFER (PUKALANI)** |

ATTEST: A True Copy
WALTER A.Y.H. CHINN
Clerk, United States District
Court, District of Hawaii
By [signature]
                    Deputy

259372-1/6850-5              EXHIBIT 15A

# FIRST AMENDED COMPLAINT TO SET ASIDE FRAUDULENT TRANSFER (PUKALANI)

Plaintiff SPORTS SHINKO (USA), CO., LTD. ("SS USA"), by and through its undersigned attorneys, brings this action to set aside transfer made in violation of the Uniform Fraudulent Transfer Act, HRS Ch. 651C. SS USA seeks damages as well as equitable and declaratory relief.

## PARTIES

1.   Plaintiff SS USA is a corporation organized and operating under the laws of Delaware. Its principal place of business is in West Virginia. SS USA's majority owner is Sports Shinko Co., Ltd. ("SS Japan"), a Japanese corporation. SS Japan is was in reorganization under Japanese law under the control of Trustee Mutsuo Tahara and Deputy Trustee Keijiro Kimura (collectively, the "Trustee"). Keijiro Kimura was President of Sports Shinko (Hawai`i) Co., Ltd. ("SSH"), a Hawai`i corporation, which is wholly owned by SS USA. SSH owns all the stock of Sports Shinko (Pukalani) Co., Ltd.

D.   Order an accounting of all revenues received and expenses paid by Defendants PGC and KGMD in connection with the Pukalani Properties; and

E.   Award SS USA damages commensurate with the proof at trial as well as its attorneys' fees and costs, and such other and further relief as may be just and proper.

DATED:   Honolulu, Hawai`i, June 14, 2004.

_____
PAUL ALSTON
GLENN T. MELCHINGER
Attorneys for Plaintiff

259372-1/6850-5                              7