IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>QK HOTEL, LLC, et al.,<br><br>　　　　Defendants,<br>　and<br>FRANKLIN K. MUKAI,<br><br>　　　　Third-Party Plaintiff,<br><br>　vs.<br><br>SPORTS SHINKO (USA) CO., LTD., et al.,<br><br>　　　　Third-Party Defendants,<br>　and<br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br><br>　　　　Third-Party Defendants/<br>　　　　Counterclaimants,<br><br>　vs.<br><br>QK HOTEL, LLC, et al.,<br><br>　　　　Third-Party Counterclaim<br>　　　　Defendants.<br>AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK<br>CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CV 04-00128 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 16, 2006 a true and correct copy of the foregoing was served electronically through CM/ECF on the following:

       PAUL ALSTON, ESQ.       palston@ahfi.com
       GLENN T. MELCHINGER, ESQ.   gtm@ahfi.com

           Attorneys for Plaintiffs
           SPORTS SHINKO CO., LTD. and
           SPORTS SHINKO (USA) CO., LTD.
               and
           Third Party Defendants
           SPORTS SHINKO (USA) CO., LTD.
           SPORTS SHINKO (HAWAII) CO., LTD.
           SPORTS SHINKO (MILILANI) CO., LTD.
           SPORTS SHINKO (KAUAI) CO., LTD.
           SPORTS SHINKO (PUKALANI) CO., LTD.
           SPORTS SHINKO RESORT HOTEL CORPORATION
           SPORTS SHINKO (WAIKIKI) CORPORATION, and
           OCEAN RESORT HOTEL CORPORATION


       WILLIAM BORDNER, ESQ.     bbordner@bmbe-law.com

           Attorney for Defendant
           FRANKLIN K. MUKAI


DATED: Honolulu, Hawaii, November 16, 2006.


                              /s/ Robert A. Marks
                           WARREN PRICE III
                           ROBERT A. MARKS

                           Attorneys for Defendants
                           KG Holdings, LLC, QK Hotel, LLC, OR Hotel,
                           LLC, Pukalani Golf Club, LLC, KG Maui
                           Development, LLC, Mililani Golf Club, LLC,
                           Kiahuna Golf Club, LLC and KG Kauai
                           Development, LLC

2