

STATE OF CALIFORNIA   67-112294

THE TREASURER OF TATE WILL PAY OUT OF THE   FUND NO. 0084   FUND NA BANK & ORP TAX REFUND
IDENTIFICATION NO.   TAX YEAR   2003   1730   MO. DAY YR. 12 02 2004   90-1342/1211   67112294

TO:
SPORTS SHINKO (USA) CO., LTD.
99-994 IWAENA ST STE C
AIEA HI 96701



*Steve Westly*
STEVE WESTLY
CALIFORNIA STATE CONTROLLER

⑆121113423⑆ 67112294⑈

ISSUE DATE: 12/02/2004   DETACH ON DOTTED LINE   KEEP THIS PORTION FOR YOUR RECORDS   67-112294

FRANCHISE TAX BOARD              RETURN INFORMATION NOTICE
P.O. BOX 942857                  NOTICE DATE   : 2004-12-03
SACRAMENTO, CA 94257             NOTICE NUMBER: 0004603172091
TEL: (800) 852-5711              CORP         :

SPORTS SHINKO (USA) CO., LTD.

THE ATTACHED REFUND IS FOR TAX YEAR END 12/03. IF WE HAVE
ADJUSTED YOUR RETURN, THE DETAILS ARE SHOWN BELOW. THE
ENCLOSED, FTB 5949, PROVIDES AN EXPLANATION OF PARAGRAPH(S):
EA IA ZC JB

T010992

```
_LN #_ DESCRIPTION_ _ _ _ _ _ _ _ _ _ _ _ _AS REPORTED_ _ _ _AS REVISED
33.   ESTIMATE PAYMENT
38.   OVERPAYMENT
```

 

ACCOUNT SUMMARY INFORMATION
TOTAL CREDITS AND PAYMENTS
TOTAL TAX                        **REDACTED**

TOTAL PENALTY/FEES/INT DUE       CONFIDENTIAL
AMT CREDITED TO EST TAX
AMT APPLD OTHER BAL DUE:
INTEREST ALLOWED
AMT APPLD TO OTHER AGENCY
AMOUNT OF REFUND_ _ _ _ _ _ _ _ _ _ _ _ _ _ _$
IF YOU HAVE QUESTIONS REGARDING THIS NOTICE OR YOUR ACCOUNT,
PLEASE CONTACT FRANCHISE TAX BOARD BY TELEPHONE OR IN WRITING.
PLEASE INCLUDE A COPY OF THIS NOTICE IF YOU WRITE.  RETAIN
THIS ORIGINAL FOR YOUR RECORDS.

## EXHIBIT 12