# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation, | )<br>)<br>) | CV 04-00124 ACK/BMK |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| vs. | )<br>)<br>) | |
| QK HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI, | )<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was duly served upon the following party on this date, by hand delivery as indicated and addressed as set forth below:

626512-1/6850-5

WARREN PRICE III, ESQ.
ROBERT A. MARKS, ESQ.
Price Okamoto Himeno & Lum
707 Richards Street, Suite 728
Honolulu, HI  96813

Attorneys for Defendant
QK HOTEL, LLC


DATED:  Honolulu, Hawai`i, _____.


_____
PAUL ALSTON
GLENN T. MELCHINGER
Attorneys for Plaintiff