ORIGINAL

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                1126-0
GLENN T. MELCHINGER        7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail: palston@ahfi.com
        gtm@ahfi.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 8 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

LODGED

JAN 0 5 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG HOLDINGS, LLC, Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>Defendants. | CV 04-00128 ACK/BMK<br><br>**STIPULATION TO FILE THIRD AMENDED COMPLAINT (MILILANI) AND ORDER; EXHIBIT "A"** |

626599-1/6850-5

## STIPULATION TO FILE THIRD AMENDED COMPLAINT
## (MILILANI)

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate, through their respective counsel, that Plaintiff may file a Third Amended Complaint, as set forth in the attached Exhibit "A".

DATED: Honolulu, Hawai`i, January 4, 2007.

_____
PAUL ALSTON
GLENN T. MELCHINGER
Attorneys for Plaintiff
SPORTS SHINKO (USA) CO., LTD.

_____
WARREN PRICE III
ROBERT A. MARKS
Attorneys for Defendants
MILILANI GOLF CLUB, LLC
and KG HOLDINGS, LLC

_____
WILLIAM A. BORDNER
Attorneys for Defendant
FRANKLIN K. MUKAI

                         /s/ Paul Alston
                         _____
                         PAUL ALSTON
                         GLENN T. MELCHINGER
                         Attorneys for Third-
                         Party Defendants
                         SPORTS SHINKO CO., LTD.,
                         SPORTS SHINKO (USA) CO., LTD.,
                         SPORTS SHINKO (HAWAII) CO.,
                         LTD., SPORTS SHINKO (MILILANI)
                         CO., LTD., SPORTS SHINKO
                         (KAUAI) CO., LTD., SPORTS
                         SHINKO (PUKALANI) CO., LTD.,
                         SPORTS SHINKO RESORT HOTEL
                         CORPORATION, SPORTS SHINKO
                         (WAIKIKI) CORPORATION AND
                         OCEAN RESORT HOTEL
                         CORPORATION

APPROVED AND SO ORDERED:

_____
UNITED STATES ~~DISTRICT~~ COURT JUDGE
           United States Magistrate Judge

---

**STIPULATION TO FILE THIRD AMENDED COMPLAINT (MILILANI) AND ORDER**
*Sports Shinko (USA) Co., Ltd. v. Mililani Golf Club, LLC, et al.*
CV 04-00128 ACK/BMK