PRICE OKAMOTO HIMENO & LUM

WARREN PRICE III                    1212
ROBERT A. MARKS                  2163
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone: 808.538.1113
Fax: 808.533.0549
E-mail: ram@pohlhawaii.com

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, OR HOTEL, LLC,
AND KG HOLDINGS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation, | CV 04-00124 ACK-BMK |
| Plaintiff, | CONSOLIDATED CASES |
| vs. | NOTICE OF WITHDRAWAL OF EX PARTE MOTION TO SEAL EXHIBITS 6, 7, 8, 10, 11 AND 12 TO MOTION TO DISMISS CV. NOS. 04-00125 ACK-BMK, 04-00126 ACK-BMK AND 04-00128 ACK-BMK FOR LACK OF SUBJECT MATTER JURISDICTION, FILED ON DECEMBER 20, 2006; CERTIFICATE OF SERVICE |
| QK HOTEL, LLC, a Hawai'i limited liability company; KG HOLDINGS, LLC, a Hawai'i limited liability company and FRANKLIN K. MUKAI, | |
| Defendants, | |
| and | |
| FRANKLIN K. MUKAI, | |

Third-Party Plaintiff,

vs.

SPORTS SHINKO (USA) CO., LTD., a
Delaware corporation; SPORTS SHINKO
(HAWAII) CO., LTD., a Hawai'i
corporation; SPORTS SHINKO
(MILILANI) CO., LTD., a Hawai'i
corporation; SPORTS SHINKO (KAUAI)
CO., LTD., a Hawai'i corporation;
SPORTS SHINKO (PUKALANI) CO.,
LTD., a Hawai'i corporation; SPORTS
SHINKO RESORT HOTEL
CORPORATION, a Hawai'i corporation;
SPORTS SHINKO (WAIKIKI)
CORPORATION, a Hawai'i corporation;
and OCEAN RESORT HOTEL
CORPORATION, a Hawai'i corporation,

Third-Party Defendants,

and

SPORTS SHINKO (HAWAII) CO.,
LTD., a Hawai'i corporation; SPORTS
SHINKO RESORT HOTEL
CORPORATION, a Hawai'i corporation;
and SPORTS SHINKO (WAIKIKI)
CORPORATION, a Hawai'i corporation,

Third-Party Defendants /
Counterclaimants,

vs.

QK HOTEL, LLC, a Hawai'i limited
liability company; KG HOLDINGS, LLC,
a Hawai'i limited liability company; and
FRANKLIN K. MUKAI,

Third-Party Counterclaim
Defendants

_____

SPORTS SHINKO (USA) CO., LTD., a
Delaware corporation,

       Plaintiff,

   vs.

PUKALANI GOLF CLUB, LLC, a
Hawai'i limited liability company; KG
MAUI DEVELOPMENT, LLC, a
Hawai'i limited liability company; KG
HOLDINGS, LLC, a Hawai'i limited
liability company; and FRANKLIN K.
MUKAI,

       Defendants,

   and

FRANKLIN K. MUKAI,

       Third-Party Plaintiff,

   vs.

SPORTS SHINKO CO., LTD., a
Japanese corporation; SPORTS SHINKO
(HAWAII) CO., LTD., a Hawai'i
corporation; SPORTS SHINKO
(MILILANI) CO., LTD., a Hawai'i
corporation; SPORTS SHINKO (KAUAI)
CO., LTD, a Hawai'i corporation;
SPORTS SHINKO (PUKALANI) CO.,
LTD., a Hawai'i corporation; SPORTS
SHINKO RESORT HOTEL
CORPORATION, a Hawai'i corporation;

CV 04-00125 ACK-BMK

SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai'i corporation; and OCEAN RESORT HOTEL CORPORATION, a Hawai'i corporation,

Third-Party Defendants,

and

SPORTS SHINKO CO., LTD., a Japanese corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawai'i corporation; and SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai'i corporation,

Third-Party Defendants / Counterclaimants,

vs.

PUKALANI GOLF CLUB, LLC, a Hawai'i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai'i limited liability company; KG HOLDINGS, LLC, a Hawai'i limited liability company; and FRANKLIN K. MUKAI,

Third-Party Counterclaim Defendants.

_____

SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,

Plaintiff,

vs.

CV 04-00126 ACK-BMK

KIAHUNA GOLF CLUB, LLC, a
Hawai'i limited liability company; KG
KAUAI DEVELOPMENT, LLC, a
Hawai'i limited liability company;
PUKALANI GOLF CLUB, LLC, a
Hawai'i limited liability company; KG
MAUI DEVELOPMENT, LLC, a
Hawai'i limited liability company;
MILILANI GOLF CLUB, LLC, a
Hawai'i limited liability company; QK
HOTEL, LLC, a Hawai'i limited
liability company, OR HOTEL, LLC, a
Hawai'i limited liability company; KG
HOLDINGS, LLC, a Hawai'i limited
liability company; and FRANKLIN K.
MUKAI,

        Defendants,

   and

FRANKLIN K. MUKAI

        Third-Party Plaintiff,

   vs.

SPORTS SHINKO CO., LTD., a
Japanese corporation; SPORTS
SHINKO (HAWAII) CO., LTD., a
Hawai'i corporation; SPORTS
SHINKO (MILILANI) CO., LTD., a
Hawai'i corporation; SPORTS
SHINKO (KAUAI) CO., LTD., a
Hawai'i corporation; SPORTS
SHINKO (PUKALANI) CO., LTD., a
Hawai'i corporation, SPORTS
SHINKO RESORT HOTEL
CORPORATION, a Hawai'i
corporation; SPORTS SHINKO

(WAIKIKI) CORPORATION, a
Hawai'i corporation; and OCEAN
RESORT HOTEL CORPORATION, a
Hawai'i corporation,

       Third-Party Defendants,

  and

SPORTS SHINKO (HAWAII) CO.,
LTD., a Hawai'i corporation and
SPORTS SHINKO (KAUAI) CO.,
LTD., a Hawai'i corporation,

       Third-Party Defendants /
       Counterclaimants,

  vs.

KIAHUNA GOLF CLUB, LLC, a
Hawaii limited liability company; KG
KAUAI DEVELOPMENT, LLC, a
Hawai'i limited liability company;
PUKALANI GOLF CLUB, LLC, a
Hawai'i limited liability company; KG
MAUI DEVELOPMENT, LLC, a
Hawai'i limited liability company; QK
HOTEL, LLC, a Hawai'i limited
liability company; OR HOTEL, LLC, a
Hawai'i limited liability company; KG
HOLDINGS, LLC, a Hawai'i limited
liability company; and FRANKLIN K.
MUKAI,

       Third-Party Counterclaim
       Defendants.

---

SPORTS SHINKO CO., LTD., a
Japanese corporation,

CV 04-00127 ACK-BMK

                 Plaintiff,

        vs.

OR HOTEL, LLC, a Hawai'i limited
liability company; KG HOLDINGS,
LLC, a Hawai'i limited liability
company; and FRANKLIN K.
MUKAI,

                 Defendants,

        and

FRANKLIN K. MUKAI

                 Third-Party Plaintiff,

        vs.

SPORTS SHINKO (USA) CO., LTD.,
a Delaware corporation; SPORTS
SHINKO (HAWAII) CO., LTD., a
Hawai'i corporation; SPORTS
SHINKO (MILILANI) CO., LTD., a
Hawai'i corporation; SPORTS
SHINKO (KAUAI) CO., LTD., a
Hawai'i corporation; SPORTS
SHINKO (PUKALANI) CO., LTD., a
Hawai'i corporation; SPORTS
SHINKO RESORT HOTEL
CORPORATION, a Hawai'i
corporation; SPORTS SHINKO
(WAIKIKI) CORPORATION, a
Hawai'i corporation; and OCEAN
RESORT HOTEL CORPORATION, a
Hawai'i corporation,

                 Third-Party Defendants,

and

SPORTS SHINKO (HAWAII) CO.,
LTD., a Hawai'i corporation; SPORTS
SHINKO RESORT HOTEL
CORPORATION, a Hawai'i
corporation; and SPORTS SHINKO
(WAIKIKI) CORPORATION, a
Hawai'i corporation,

        Third-Party Defendants /
        Counterclaimants,

   vs.

OR HOTEL, LLC, a Hawai'i limited
liability company; KG HOLDINGS,
LLC, a Hawai'i limited liability
company; and FRANKLIN K.
MUKAI,

        Third-Party Counterclaim
        Defendants.

---

SPORTS SHINKO (USA) CO., LTD., a     CV 04-00128 ACK-BMK
Delaware corporation,

        Plaintiff,

   vs.

MILILANI GOLF CLUB, LLC, a
Hawai'i limited liability company; KG
HOLDINGS, LLC, a Hawai'i limited
liability company; and FRANKLIN K.
MUKAI,

        Defendants,

and

FRANKLIN K. MUKAI,

       Third-Party Plaintiff,

   vs.

SPORTS SHINKO CO., LTD., a
Japanese corporation; SPORTS SHINKO
HAWAII) CO., LTD., a Hawai'i
corporation; SPORTS SHINKO
(MILILANI) CO., LTD., a Hawai'i
corporation; SPORTS SHINKO (KAUAI)
CO., LTD., a Hawai'i corporation;
SPORTS SHINKO (PUKALANI) CO.,
LTD., a Hawai'i corporation; SPORTS
SHINKO RESORT HOTEL
CORPORATION, a Hawai'i corporation;
SPORTS SHINKO (WAIKIKI)
CORPORATION, a Hawai'i corporation;
and OCEAN RESORT HOTEL
CORPORATION, a Hawai'i corporation,

       Third-Party Defendants,

   and

SPORTS SHINKO (HAWAII) CO.,
LTD., a Hawai'i corporation and
SPORTS SHINKO (MILILANI) CO.,
LTD., a Hawai'i corporation,

       Third-Party Defendants /
       Counterclaimants,

   vs.

MILILANI GOLF CLUB, LLC, a
Hawai'i limited liability company; KG

HOLDINGS, LLC, a Hawai'i limited
liability company, and FRANKLIN K.
MUKAI,

                    Third-Party Counterclaim
                    Defendants.

NOTICE OF WITHDRAWAL OF EX PARTE MOTION TO SEAL EXHIBITS 6,
7, 8, 10, 11 AND 12 TO MOTION TO DISMISS CV. NOS. 04-00125 ACK-
BMK, 04-00126 ACK-BMK AND 04-00128 ACK-BMK FOR LACK OF
SUBJECT MATTER JURISDICTION, FILED ON DECEMBER 20, 2006

        Defendants KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani

Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna

Golf Club, LLC and KG Kauai Development, LLC (collectively, "KG"), by and

through its undersigned counsel, hereby withdraws its EX PARTE MOTION TO

SEAL EXHIBITS 6, 7, 8, 10, 11 AND 12 TO MOTION TO DISMISS CV. NOS.

04-00125 ACK-BMK, 04-00126 ACK-BMK AND 04-00128 ACK-BMK FOR

LACK OF SUBJECT MATTER JURISDICTION, filed on December 20, 2006.

        DATED: Honolulu, Hawaii, January 10, 2007.


                        /s/ Robert A. Marks
                        WARREN PRICE III
                        ROBERT A. MARKS

                        Attorneys for Defendants
                        KG Holdings, LLC, QK Hotel, LLC, OR
                        Hotel, LLC, Pukalani Golf Club, LLC, KG
                        Maui Development, LLC, Mililani Golf
                        Club, LLC, Kiahuna Golf Club, LLC and
                        KG Kauai Development, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., | CV 04-00124 ACK-BMK |
|        Plaintiff, | CV 04-00125 ACK-BMK |
| | CV 04-00126 ACK-BMK |
|   vs. | CV 04-00127 ACK-BMK |
| QK HOTEL, LLC, et al., | CV 04-00128 ACK-BMK |
|        Defendants, | |
|   and | CONSOLIDATED CASES |
| FRANKLIN K. MUKAI, | |
|        Third-Party Plaintiff, | CERTIFICATE OF SERVICE |
|   vs. | |
| SPORTS SHINKO (USA) CO., LTD., et al., | |
|        Third-Party Defendants, | |
|   and | |
| SPORTS SHINKO (HAWAII) CO., LTD., et al., | |
|        Third-Party Defendants/ Counterclaimants, | |
|   vs. | |
| QK HOTEL, LLC, et al., | |
|        Third-Party Counterclaim Defendants. | |
| AND CONSOLIDATED CASES | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the NOTICE OF

WITHDRAWAL OF EX PARTE MOTION TO SEAL EXHIBITS 6, 7, 8, 10, 11

AND 12 TO MOTION TO DISMISS CV. NOS. 04-00125 ACK-BMK, 04-00126

ACK-BMK AND 04-00128 ACK-BMK FOR LACK OF SUBJECT MATTER

JURISDICTION, FILED ON DECEMBER 20, 2006 was served electronically on

January 10, 2007 through CM/ECF on the following:

PAUL ALSTON, ESQ.                palston@ahfi.com
GLENN T. MELCHINGER, ESQ.    gtm@ahfi.com

     Attorneys for Plaintiffs
     SPORTS SHINKO CO., LTD. and
     SPORTS SHINKO (USA) CO., LTD.
       and
     Third Party Defendants
     SPORTS SHINKO (USA) CO., LTD.
     SPORTS SHINKO (HAWAII) CO., LTD.
     SPORTS SHINKO (MILILANI) CO., LTD.
     SPORTS SHINKO (KAUAI) CO., LTD.
     SPORTS SHINKO (PUKALANI) CO., LTD.
     SPORTS SHINKO RESORT HOTEL CORPORATION
     SPORTS SHINKO (WAIKIKI) CORPORATION, and
     OCEAN RESORT HOTEL CORPORATION


WILLIAM BORDNER, ESQ.        bbordner@bmbe-law.com

     Attorney for Defendant
     FRANKLIN K. MUKAI

2

DATED: Honolulu, Hawaii, January 10, 2007.


/s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS

Attorneys for Defendants
KG Holdings, LLC, QK Hotel, LLC, OR
Hotel, LLC, Pukalani Golf Club, LLC, KG
Maui Development, LLC, Mililani Golf
Club, LLC, Kiahuna Golf Club, LLC and
KG Kauai Development, LLC