IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., <br><br>      Plaintiff, <br><br>  vs. <br><br>QK HOTEL, LLC, et al., <br><br>      Defendants, <br><br>  and <br><br>FRANKLIN K. MUKAI, <br><br>      Third-Party Plaintiff, <br><br>  vs. <br><br>SPORTS SHINKO (USA) CO., LTD., et al., <br><br>      Third-Party Defendants, <br><br>  and <br><br>SPORTS SHINKO (HAWAII) CO., LTD., et al., <br><br>      Third-Party Defendants/ Counterclaimants, <br><br>  vs. <br><br>QK HOTEL, LLC, et al., <br><br>      Third-Party Counterclaim Defendants. <br><br>AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK <br> CV 04-00125 ACK-BMK <br> CV 04-00126 ACK-BMK <br> CV 04-00127 ACK-BMK <br> CV 04-00128 ACK-BMK <br><br> CONSOLIDATED CASES <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the MOTION FOR

PRETRIAL CONFERENCE AND TO MODIFY STIPULATED PROTECTIVE

ORDER was served electronically on January 16, 2007 through CM/ECF on the following:

      PAUL ALSTON, ESQ.       palston@ahfi.com
      GLENN T. MELCHINGER, ESQ.   gtm@ahfi.com

         Attorneys for Plaintiffs
         SPORTS SHINKO CO., LTD. and
         SPORTS SHINKO (USA) CO., LTD.
            and
         Third Party Defendants
         SPORTS SHINKO (USA) CO., LTD.
         SPORTS SHINKO (HAWAII) CO., LTD.
         SPORTS SHINKO (MILILANI) CO., LTD.
         SPORTS SHINKO (KAUAI) CO., LTD.
         SPORTS SHINKO (PUKALANI) CO., LTD.
         SPORTS SHINKO RESORT HOTEL CORPORATION
         SPORTS SHINKO (WAIKIKI) CORPORATION, and
         OCEAN RESORT HOTEL CORPORATION

      WILLIAM BORDNER, ESQ.     bbordner@bmbe-law.com

         Attorney for Defendant
         FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, January 16, 2007.

                        /s/ Robert A. Marks
                        WARREN PRICE III
                        ROBERT A. MARKS

                        Attorneys for Defendants
                        KG Holdings, LLC, QK Hotel, LLC, OR
                        Hotel, LLC, Pukalani Golf Club, LLC, KG
                        Maui Development, LLC, Mililani Golf
                        Club, LLC, Kiahuna Golf Club, LLC and
                        KG Kauai Development, LLC