Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON            1126-0
GLENN T. MELCHINGER    7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: gtm@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, et al.,<br><br>Defendants,<br><br>and<br><br>FRANKLIN K. MUKAI,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, et al.,<br><br>Third-Party Defendants, | CIVIL NO. CV 04-00124 ACK/BMK<br><br>CONSOLIDATED CASES<br><br>**CERTIFICATE OF SERVICE**<br><br>[Re: Stipulation to File Third Amended Complaint (Queen Kapiolani Hotel); Stipulation to File Third Amended Complaint (Ocean Resort Hotel); Stipulation to File Third Amended Complaint (Pukalani); Stipulation to File Third Amended Complaint (Mililani)] |

635285_1 / 6850-5

|  |  |
|---|---|
| and | ) |
| SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation, et al., | ) ) ) ) |
| Third-Party Defendants/ Counterclaimants, | ) ) ) |
| vs. | ) ) |
| QK HOTEL, LLC, a Hawai`i limited liability company, et al., | ) ) ) ) |
| Third-Party Counterclaim Defendants. | ) ) ) |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company, et al., | ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| FRANKLIN K. MUKAI, | ) ) |
| Third-Party Plaintiff, | ) ) ) |
| vs. | ) ) |
| SPORTS SHINKO CO., LTD., a Japan corporation, et al., | ) ) ) |
| Third-Party Defendants, | ) ) ) |
| and | ) ) |

CIVIL NO. CV 04-00125 ACK/BMK

```
SPORTS SHINKO CO., LTD.,           )
a Japan corporation, et al.,       )
                                   )
     Third-Party Defendants/       )
     Counterclaimants,             )
                                   )
     vs.                           )
                                   )
PUKALANI GOLF CLUB, LLC,           )
a Hawai`i limited liability        )
company, et al.,                   )
                                   )
     Third-Party Counterclaim      )
     Defendants.                   )
_____)
                                   )
SPORTS SHINKO (USA) CO., LTD,      )   CIVIL NO. CV 04-00126
a Delaware corporation,            )              ACK/BMK
                                   )
     Plaintiff,                    )
                                   )
     vs.                           )
                                   )
KIAHUNA GOLF CLUB, LLC,            )
a Hawai`i limited liability        )
company, et al.,                   )
                                   )
     Defendants,                   )
                                   )
     and                           )
                                   )
FRANKLIN K. MUKAI,                 )
                                   )
     Third-Party                   )
     Plaintiff,                    )
                                   )
     vs.                           )
                                   )
SPORTS SHINKO CO., LTD.,           )
a Japan corporation, et al.,       )
                                   )
     Third-Party                   )
     Defendants,                   )
                                   )
     and                           )
```

| | |
|---|---|
| SPORTS SHINKO (HAWAII) CO., LTD., a Hawai'i corporation, et al., | ) ) ) ) |
| Third-Party Defendants/ Counterclaimants, | ) ) ) ) |
| vs. | ) ) |
| KIAHUNA GOLF CLUB, LLC, a Hawai'i, limited liability company, et al., | ) ) ) ) ) |
| Third-Party Counterclaim Defendants. | ) ) ) ) |
| SPORTS SHINKO CO., LTD., a Japanese corporation, | ) CIVIL NO. CV 04-00127 ) ACK/BMK ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| OR HOTEL, LLC, a Hawai'i limited liability company, et al., | ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| FRANKLIN K. MUKAI, | ) ) |
| Third-Party Plaintiff, | ) ) ) |
| vs. | ) ) |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, et al., | ) ) ) |
| Third-Party Defendants, | ) ) ) |
| and | ) ) |

635285_1 / 6850-5

4

| | |
|---|---|
| SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation, et al., <br><br>    Third-Party Defendants/ Counterclaimants, <br><br>vs. <br><br>OR HOTEL, LLC, a Hawai`i limited liability company, et al., <br><br>    Third Party Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, <br><br>    Plaintiff, <br><br>vs. <br><br>MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company, et al., <br><br>    Defendants, <br><br>and <br><br>FRANKLIN K. MUKAI, <br><br>    Third-Party Plaintiff, <br><br>vs. <br><br>SPORTS SHINKO CO., LTD., a Japan corporation, et al., <br><br>    Third-Party Defendants, <br><br>and | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL NO. CV 04-00128<br>)        ACK/BMK |

```
SPORTS SHINKO (HAWAII) CO.,      )
LTD., a Hawaii corporation,      )
et al.,                          )
                                 )
      Third-Party Defendants/    )
      Counterclaimants,          )
                                 )
      vs.                        )
                                 )
MILILANI GOLF CLUB, LLC,         )
a Hawai`i limited liability      )
company, et al.,                 )
                                 )
      Third-Party Counterclaim   )
      Defendants.                )
_____)
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of January, 2007, I caused true and correct copies of the following documents:

    (1)  Stipulation to File Third Amended Complaint (Queen Kapiolani Hotel) and Order; Exhibit "A", CV 04-00124 ACK/BMK, filed on January 8, 2007;

    (2)  Stipulation to File Third Amended Complaint (Pukalani) and Order; Exhibit "A", CV 04-00125 ACK/BMK, filed on January 8, 2007;

    (3)  Stipulation to File Third Amended Complaint (Ocean Resort Hotel) and Order; Exhibit "A", CV 04-00127 ACK/BMK, filed on January 8, 2007; and

    (4)  Stipulation to File Third Amended Complaint (Mililani) and Order; Exhibit "A", CV 04-00128 ACK/BMK, filed on January 8, 2007,

to be served on the following persons by hand-delivery to their respective addresses:

    WILLIAM A. BORDNER, ESQ.
    Suite 3100, Mauka Tower
    737 Bishop Street
    Honolulu, HI  96813

    Attorney for Defendant
    and Third-Party Plaintiff
    FRANKLIN K. MUKAI


    WARREN PRICE, III, ESQ.
    ROBERT A. MARKS, ESQ.
    728 Ocean View Center
    707 Richards Street
    Honolulu, HI  96813

    SIMON KLEVANSKY, ESQ.        (*Via Hand Delivery*
    ALIKA L. PIPER, ESQ.          *on January 11, 2007*)
    CARISA LIMA KA'ALA HEE, ESQ.
    Gelber Gelber Ingersoll &
        Klevansky, A Law Corp.
    745 Fort Street Suite 1400
    Honolulu, HI  96813

    Attorneys for Defendants
    KIAHUNA GOLF CLUB, LLC;
    KG KAUAI DEVELOPMENT, LLC;
    PUKALANI GOLF CLUB, LLC;
    KG MAUI DEVELOPMENT, LLC;
    MILILANI GOLF CLUB, LLC;
    QK HOTEL, LLC; OR HOTEL, LLC;
    AND KG HOLDINGS, LLC

    DATED:   Honolulu, Hawai`i, January 16, 2007.


                                          /s/ Glenn T. Melchinger
                                          PAUL ALSTON
                                          GLENN T. MELCHINGER

                                          Attorneys for Plaintiffs
                                          and Third-Party Defendants,
                                          the SS Companies