IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., <br>     Plaintiff, <br> vs. <br> QK HOTEL, LLC, et al., <br>     Defendants, <br> and <br> FRANKLIN K. MUKAI, <br>     Third-Party Plaintiff, <br> vs. <br> SPORTS SHINKO (USA) CO., LTD., et al., <br>     Third-Party Defendants, <br> and <br> SPORTS SHINKO (HAWAII) CO., LTD., et al., <br>     Third-Party Defendants/ Counterclaimants, <br> vs. <br> QK HOTEL, LLC, et al., <br>     Third-Party Counterclaim Defendants. <br> AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK <br> CV 04-00125 ACK-BMK <br> CV 04-00126 ACK-BMK <br> CV 04-00127 ACK-BMK <br> CV 04-00128 ACK-BMK <br><br> CONSOLIDATED CASES <br><br> THIRD-PARTY SUMMONS IN A CIVIL ACTION <br><br> FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII <br><br> JAN 23 2007 <br><br> at 8 o'clock and 45 min. A.M. <br> SUE BEITIA, CLERK |

## THIRD-PARTY SUMMONS IN A CIVIL ACTION

STATE OF HAWAII

TO:  SPORTS SHINKO (HAWAII) CO., LTD., a Hawaii corporation
SPORTS SHINKO (KAUAI) CO., LTD., a Hawaii corporation
SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawaii corporation
SPORTS SHINKO (MILILANI) CO., LTD., a Hawaii corporation
SPORTS SHINKO (PUKALANI) CO., LTD., a Hawaii corporation
SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawaii corporation

YOU ARE HERBY SUMMONED and required to file with the Clerk of this Court and serve upon:

| Plaintiffs' Attorneys: | Defendant and Third-Party Plaintiffs' Attorneys: |
|---|---|
| Paul Alston | |
| Glenn T. Melchinger | Warren Price III |
| Alston Hunt Floyd & Ing | Robert A. Marks |
| American Savings Bank Tower | Price Okamoto Himeno & Lum |
| 1001 Bishop Street, 18th Floor | 707 Richards Street, Suite 728 |
| Honolulu, Hawaii 96813 | Honolulu, Hawaii 96813 |

Defendant Frankin Mukai's Attorneys:

William Bordner
John Reyes-Burke
Burke McPheeters Bordner & Estes
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3100
Honolulu, Hawaii 96813

an answer to the third-party complaint which is herewith served upon in the foregoing consolidated cases. The answer to the third-party complaint shall be filed within 20 days after the service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you

2

for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the plaintiffs' Second Amended Complaint (in CV No. 04-00126 ACK-BMK) and the Third Amended Complaints (in CV Nos. 04-00124 ACK-BMK, 04-00125 ACK-BMK, 04-00127 ACK-BMK, and 04-00128 ACK-BMK) which you may, but are not required to answer.

DATED: Honolulu, Hawaii, JAN 2 3 2007 _____.

SUE BEITIA
_____
CLERK

_/s/_____
BY DEPUTY CLERK