**Honolulu Professional Services, Ltd.**
99-994 Iwaena Street, Suite C
Aiea, HI 96701

August 8, 2002

Keijiro Kimura, Deputy Trustee
KYOEI LAW OFFICE
Orix-Yodoyabashi Bldg., Suite 800
Kitahama 3-5-22, Chuo-ku, Osaka
Japan 541-0041

Dear Mr. Kimura:

    This is to confirm that you have engaged me, through my company Honolulu Professional Services Ltd., to assist in analyzing the Hawaii operations and finances of Sports Shinko(Hawaii)Co., Ltd. and its subsidiaries in Hawaii. I will work under the direction of the Alston Hunt Floyd & Ing law firm to help you achieve your goals of recovering as much of the value of the Hawaii assets as possible for the benefit of the bankruptcy estate. This work will include for example, assisting in sequestering assets, analyzing computer files, analyzing inter-company transactions entered by the companies on the eve of the bankruptcy filing in Japan, and determining the uses of the companies' assets during 2002. I am available for other work as directed.

    My compensation will be $195.00 per hour plus out of pocket costs. My compensation will not be tied in any way to whether or how I will testify with respect to these matters, if I am asked to do so. I agree that this contract can be terminated at any time for any reason upon thirty days written notice.

Very truly yours,

*[signature]*

Thomas E. Hayes
President

cc: Paul Alston, Esq.

**EXHIBIT H-2**