# State of California
## Secretary of State



I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of __3__ page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of

JAN 1 9 2007

*Debra Bowen*
**DEBRA BOWEN**
Secretary of State

EXHIBIT M-1

Sec/State Form CE-108 (REV 01/2007)

02-668348



## State of California
## Bill Jones
## Secretary of State

A

STATEMENT BY FOREIGN CORPORATION – AMENDMENT

Filing Fee $20.00 – If Amendment, See Instructions

IMPORTANT – Read Instructions Before Completing This Form

FILED
SACRAMENTO, CALIF.

JUN 19 2002


SECRETARY OF STATE

1. CORPORATE NAME: (Do not alter if name is preprinted.)

Sports Shinko (USA) Co., Ltd.

C1647938

This Space For Filing Use Only

[ ] IF THERE HAS BEEN NO CHANGE IN ANY OF THE INFORMATION CONTAINED IN THE LAST STATEMENT BY FOREIGN CORPORATION ON FILE WITH THE CALIFORNIA SECRETARY OF STATE, CHECK THE BOX AND PROCEED TO ITEM 11.

2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE — 848 Deer Mountain Estates — CITY AND STATE: Harpers Ferry, West Virginia — ZIP CODE: 25425

3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY — CITY — ZIP CODE — CA

4. MAILING ADDRESS — 848 Deer Mountain Estates — CITY AND STATE: Harpers Ferry, West Virginia — ZIP CODE: 25425

LIST THE NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS: (The corporation must have these three officers. The appropriate title for the officer may be added but do not alter or obliterate the form.)

5. CHIEF EXECUTIVE OFFICER/President — Keijiro Kimura — ADDRESS: c/o Kyoei Law Office, Kitahama 3-5-22, Orix-Yodoyabashi Building, Suite 800, Chuo-ku, Osaka, Japan 541-0041

6. SECRETARY/ Takashi Hattori — ADDRESS: Habataki Sogo Law Office, Nishitanme 4-4-18, Umegae-Chuo Building, Suite 700, Kita-ku, Osaka, Japan 530-0047

7. CHIEF FINANCIAL OFFICER/ Takashi Hattori — ADDRESS: Habataki Sogo Law Office, Nishitanme 4-4-18, Umegae-Chuo Building, Suite 700, Kita-ku, Osaka, Japan 530-0047

8. CHECK THE APPROPRIATE PROVISION BELOW AND NAME THE AGENT FOR SERVICE OF PROCESS:
[ ] AN INDIVIDUAL RESIDING IN CALIFORNIA.
[X] A CORPORATION WHICH HAS FILED A CERTIFICATE PURSUANT TO CALIFORNIA CORPORATIONS CODE SECTION 1505.

AGENT'S NAME: CT Corporation System

9. ADDRESS OF THE AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL — CITY — ZIP CODE — CA

10. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

real estate/resort investment

11. THIS STATEMENT IS TRUE, CORRECT AND COMPLETE.

Keijiro Kimura — TYPE OR PRINT NAME OF OFFICER OR AGENT — SIGNATURE — TITLE: President — DATE: May 24, 2002

SO-350 (REV. 10/2001) — Approved by Secretary of State



# State of California
## Secretary of State

F

05-369261

### STATEMENT OF INFORMATION
(Foreign Corporation)

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

FILED
in the office of the Secretary of State
of the State of California

AUG 0 8 2005

1. CORPORATE NAME (Please do not alter if name is preprinted.)

C1647938
SPORTS SHINKO (USA) CO., LTD.
615 S DUPONT HWY
DOVER DE 19901

This Space For Filing Use Only

**DUE DATE: 09-30-05**

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code section 2117.1)

A publicly traded corporation must file with the Secretary of State a Corporate Disclosure Statement (Form SI-PT) annually, within 150 days after the end of its fiscal year. Please see reverse for additional information regarding publicly traded corporations.

**NO CHANGE STATEMENT**

2. [X] If there has been no change in any of the information contained in the last Statement of Information filed with the Secretary of State, check the box and proceed to Item 11.

If there have been any changes to the information contained in the last Statement of Information filed with the Secretary of State, or no statement has been previously filed, this form must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 3 and 4 cannot be P.O. Boxes.)

| | | | |
|---|---|---|---|
| 3. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | | ZIP CODE |
| 4. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE CA | ZIP CODE |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | | |
|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER | ADDRESS | CITY AND STATE | ZIP CODE |
| 6. SECRETARY | ADDRESS | CITY AND STATE | ZIP CODE |
| 7. CHIEF FINANCIAL OFFICER | ADDRESS | CITY AND STATE | ZIP CODE |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 9 must be completed with a California address. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 9 must be left blank.)

8. NAME OF AGENT FOR SERVICE OF PROCESS

| | | | |
|---|---|---|---|
| 9. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE CA | ZIP CODE |

**TYPE OF BUSINESS**

10. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

11. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

Yoshihiko Machida / [signature] / President / July 26, 2005
TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM / SIGNATURE / TITLE / DATE

SI-350 (REV 03/2005)
APPROVED BY SECRETARY OF STATE