IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation, | CIVIL NO. CV 04-00124 ACK/BMK |
| Plaintiff, | CONSOLIDATED CASES |
| vs. | **CERTIFICATE OF WORD COUNT** |
| QK HOTEL, LLC, a Hawai'i limited liability company, et al., | |
| Defendants, | |
| and | |
| FRANKLIN K. MUKAI, | |
| Third-Party Plaintiff, | |
| vs. | |
| SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation, et al., | |
| Third-Party Defendants. | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CIVIL NO. CV 04-00125 ACK/BMK |
| Plaintiff, | |
| vs. | |

PUKALANI GOLF CLUB, LLC, a      )
Hawai`i limited liability company,)
et al.,                         )
                                )
        Defendants,             )
                                )
    and                         )
                                )
FRANKLIN K. MUKAI,              )
                                )
        Third-Party Plaintiff,  )
                                )
    vs.                         )
                                )
SPORTS SHINKO CO., LTD.,        )
a Japan corporation, et al.,    )
                                )
        Third-Party            )
        Defendants.            )
_____)
                                )
SPORTS SHINKO (USA) CO.,        )    CIVIL NO. CV 04-00126
LTD, a Delaware corporation,    )         ACK/BMK
                                )
        Plaintiff,              )
                                )
    vs.                         )
                                )
KIAHUNA GOLF CLUB, LLC,         )
a Hawaiʻi limited liability     )
company, et al.,                )
                                )
        Defendants,             )
                                )
    and                         )
                                )
                                )

636687_1 / 6850-5

-2-

FRANKLIN K. MUKAI,                    )
                                      )
            Third-Party              )
            Plaintiff,               )
                                      )
      vs.                             )
                                      )
SPORTS SHINKO CO., LTD.,             )
a Japan corporation, et al.,         )
                                      )
            Third-Party              )
            Defendants.              )
_____)
                                      )
SPORTS SHINKO CO., LTD., a           )    CIVIL NO. CV 04-00127
Japanese corporation,                )          ACK/BMK
                                      )
            Plaintiff,               )
                                      )
      vs.                             )
                                      )
OR HOTEL, LLC, a Hawai`i             )
limited liability company,           )
et al.,                              )
                                      )
            Defendants,              )
                                      )
      and                            )
                                      )
FRANKLIN K. MUKAI,                    )
                                      )
            Third-Party Plaintiff,   )
                                      )
      vs.                             )
                                      )
                                      )
                                      )
                                      )

SPORTS SHINKO (USA) CO.,  )
LTD., a Delaware corporation, et )
al.,  )
  )
       Third-Party  )
       Defendants.  )
_____)
  )
SPORTS SHINKO (USA) CO.,  )    CIVIL NO. CV 04-00128
LTD., a Delaware corporation,  )          ACK/BMK
  )
       Plaintiff,  )
  )
   vs.  )
  )
MILILANI GOLF CLUB, LLC,  )
a Hawai`i limited liability  )
company, et al.,  )
  )
       Defendants,  )
  )
   and  )
  )
FRANKLIN K. MUKAI,  )
  )
       Third-Party Plaintiff,  )
  )
   vs.  )
  )
SPORTS SHINKO CO., LTD.,  )
a Japan corporation, et al.,  )
  )
       Third-Party  )
       Defendants.  )
_____)

# CERTIFICATE OF WORD COUNT

I hereby certify, pursuant to United States District Court Local Rule 7.5 (e) that the foregoing Memorandum in Opposition to Motion to Dismiss CV. Nos. 04-00125 ACK-BMK, 04-00126 ACK-BMK and 04-00128 ACK-BMK for Lack of Subject Matter Jurisdiction, filed on November 16, 2006, contains 6,139 words.

DATED:  Honolulu, Hawaiʻi, January 25, 2007.


 /s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Entities