## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

William A. Bordner  bbordner@bmbe-law.com  **January 26, 2007**
                    turcia@bmbe-law.com
Attorney for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI


Robert A. Marks      ram@pohlhawaii.com   **January 26, 2007**
                     sfujioka@pohlhawaii.com

Simon Klevansky      sklevansky@ggik.com  **January 26, 2007**
Alka L. Piper        apiper@ggik.com
Carisa Lima Ka'ala Hee  kaalahee@ggik.com

Attorneys for Defendants
KIAHUÑA GOLF CLUB, LLC;
KG KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC;
KG MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC;
QK HOTEL, LLC;
OR HOTEL, LLC; and
KG HOLDINGS, LLC

DATED:    Honolulu, Hawai`i, January 26, 2007.


/s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Companies