IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>OR HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>            Defendants. | CIVIL NO.  04-00127 ACK/BMK<br><br>DEMAND FOR JURY TRIAL |

## **DEMAND FOR JURY TRIAL**

      Defendant Franklin K. Mukai hereby demands a trial by jury of all issues so triable herein.

      DATED:  Honolulu, Hawaii, January 29, 2007.

                                              /s/ John Reyes-Burke
                                WILLIAM A. BORDNER
                                JOHN REYES-BURKE
                                Attorneys for Defendant
                                FRANKLIN K. MUKAI