IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>OR HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>　　　　　　Defendants. | CIVIL NO.  04-00127 ACK/BMK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served electronically through CM/ECF:

| | | |
|---|---|---|
| PAUL ALSTON, ESQ. | (palston@ahfi.com) | 1/29/07 |
| GLENN T. MELCHINGER, ESQ. | (gtm@ahfi.com) | 1/29/07 |
| Alston Hunt Floyd & Ing<br>1800 ASB Tower<br>1001 Bishop Street<br>Honolulu, HI  96813 | | |

　　　Attorneys for Plaintiffs
　　　and Third-Party Defendants

| | | |
|---|---|---|
| WARREN PRICE, III, ESQ. | (wprice@pohlhawaii.com) | 1/29/07 |
| ROBERT A. MARKS, ESQ. | (ram@pohlhawaii.com) | 1/29/07 |

Price Okamoto Himeno & Lum
728 Ocean View Center
707 Richards Street
Honolulu, HI  96813

    Attorney for Defendants
KIAHUNA GOLF CLUB, LLC; KG KAUAI
DEVELOPMENT, LLC; PUKALANI GOLF
CLUB, LLC; KG MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC; QK HOTEL,
LLC; OR HOTEL, LLC; and KG HOLDINGS, LLC

    DATED:  Honolulu, Hawaii, January 29, 2007.


                                          /s/ John Reyes-Burke
                                  WILLIAM A. BORDNER
                                  JOHN REYES-BURKE
                                  Attorneys for Defendant
                                  FRANKLIN K. MUKAI