FILED

JAN 3 1 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB - 2 2007
4:30 pm W
DISTRICT OF HAWAII

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

CV 04-124 ACK-BMK

| | |
|---|---|
| QK HOTEL, LLC, a Hawaii LLC,<br><br>　　　　Defendant,<br><br>　　and<br><br>KG HOLDINGS, LLC; et al.,<br><br>　　　　Defendants - Appellants,<br><br>　　v.<br><br>SPORTS SHINKO CO., LTD., a Japanese corporation in reorganization, through Keijiro Kimura, its Deputy Trustee,<br><br>　　　　Plaintiff-third-party-defendant - Appellee,<br><br>　　and<br><br>FRANKLIN K. MUKAI,<br><br>　　　　Defendant-third-party-plaintiff,<br><br>　　v.<br><br>SPORTS SHINKO (US) CO., LTD., a Delaware corporation,<br><br>　　　　Third-party-defendant - Appellee. | No. 06-17219<br><br>ORDER SETTING ASSESSMENT CONFERENCE<br><br>Date:　March 6, 2007<br>Time:　4:00 p.m.<br>Pacific (San Francisco) Time |

This case is under consideration for inclusion in the Mediation Program. See Fed. R. App. P. 33 and Ninth Cir. R. 33-1.

A settlement assessment conference will be held by telephone on **March 6, 2007, at 4:00 p.m. PACIFIC (San Francisco) Time**. A Circuit Mediator will initiate the telephone call and contact each participant at the telephone number listed on the attached list. Check the information for completeness and accuracy. Questions or comments about the conference date or participants should be directed to the Mediation Assistant via **fax** at (415) 556-9725. **If the appeal settles or a motion to dismiss pursuant to Fed. R. App. P. 42(b) is filed prior to the conference, please inform the Mediation Assistant via fax immediately.**

Procedures governing the assessment conference and the Mediation Program are discussed in the attached memorandum. Counsel are expected to familiarize themselves with the information in the memorandum. All participants in the assessment conference shall comply with the confidentiality provisions set forth in Paragraph I.

**The briefing schedule previously set by the court remains in effect.**

FOR THE COURT

_____
Elisa Monterola
Deputy Clerk

S:\CASES\2006\06-17219\07-01-29-ac.wpd