

# Department of Commerce and Consumer Affairs

I, MARK E. RECKTENWALD, Director of Commerce and Consumer Affairs

of the State of Hawaii, do hereby certify that the Business Registration Division's records

indicate no registration as a corporation, partnership, limited liability company, limited

liability partnership or trade name for SPORTS SHINKO (USA) CO., LTD. for the

period January 1, 2003 through December 31, 2003.

IN WITNESS WHEREOF, I have hereunto

set my hand and affixed the seal of the

Department of Commerce and Consumer

Affairs, at Honolulu, this 15th day of

February, 2007.

*Mark E. Recktenwald*

Director of Commerce and Consumer
Affairs



**EXHIBIT M-10**