FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 1 2007

at __8__ o'clock and __57__ min __A__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., <br>     Plaintiff, <br><br> vs. <br><br> QK HOTEL, LLC, et al., <br>     Defendants, <br><br> and <br><br> FRANKLIN K. MUKAI, et al., <br>     Third-Party Plaintiffs, <br><br> vs. <br><br> SPORTS SHINKO (USA) CO., LTD., et al., <br>     Third-Party Defendants, <br><br> and <br><br> SPORTS SHINKO (HAWAII) CO., LTD., et al., <br>     Third-Party Defendants/ <br>   Counterclaimants, <br><br> vs. <br><br> QK HOTEL, LLC, et al., <br>     Third-Party Counterclaim <br>     Defendants. <br><br> AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK <br> CV 04-00125 ACK-BMK <br> CV 04-00126 ACK-BMK <br> CV 04-00127 ACK-BMK <br> CV 04-00128 ACK-BMK <br><br> CONSOLIDATED CASES |

<u>NOTICE</u>

    In late January of this year my tax advisor suggested that I purchase some units in a tax free high yield municipal

fund managed by Goldman Sachs. I did buy $50,000 of units in that fund on February 1, 2007. Only very recently did I recall that Plaintiffs Sports Shinko entities had been purchased out of bankruptcy by a subsidiary of Goldman Sachs, Southwind Realty Finance Cayman Co.

Section 455(b)(4) of Title 28 of U.S.C. provides that a judge shall disqualify himself if he has "a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding." And Section 455(a) provides that a judge shall disqualify himself in any proceeding in which "his impartiality might reasonably be questioned."

While I do not feel that my investment in a fund managed by Goldman Sachs constitutes a financial interest in Goldman Sachs or could be substantially affected by the outcome of these proceedings, nor do I believe it is otherwise a basis for disqualification; I nevertheless felt it appropriate to disclose the matter to the parties. Moreover, the investment definitely would not affect any decision I may make in these proceedings or my impartiality in any way.

I request that each party submit a written response to this Notice by Tuesday, March 20, 2007, stating their respective position whether or not they feel I should be disqualified from these proceedings, and, if so, the reason therefore, and

2

otherwise waiving any basis for disqualification on the issue of whether my impartiality might reasonably be questioned.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _____MAR 2 1 2007_____.


_____
Alan C. Kay
Sr. United States District Judge