ORDER

The Court, having reviewed the foregoing Stipulation, the exhibits thereto and the Sports Shinko Parties Exhibits B-1, H-1 and H-3, and the KG Parties Exhibits 26, and 27.1, which exhibits were delivered to the Court's chambers;

HEREBY FINDS AND ORDERS as follows:

    A.    There are sufficient reasons to support the filing of the following exhibits under seal: The Sports Shinko Parties' Exhibits B-1, H-1 and H-3, and the KG Parties' Exhibits 26, and 27.1.

    B.    There are sufficient reasons to support the filing of the following exhibits as redacted and attached hereto: Sports Shinko Parties' Exhibits M-4, M-5 and M-6 and the KG Parties' Exhibits 20, 20.1, 25 and 29.

    C.    The Sports Shinko parties have waived confidentiality concerns with respect to KG Parties' Exhibits 17, 19, 27 and 28, and those Exhibits may be filed in the public record of these consolidated cases.

    1. The redacted version of the KG Parties' Reply Memorandum filed herein on February 1, 2007 ("Reply Memorandum"),

quoting from the foregoing sealed or redacted exhibits, is properly filed in the public record.

D. The KG Parties may file their Reply Memorandum, free of redactions, under seal with the Court.

DATED: Honolulu, Hawai`i, _____.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

<u>Sports Shinko Co., Ltd v. QK Hotel, LLC, et al.</u>, D. Hawaii CV No. 04-00124 ACK-BMK and consolidated cases; STIPULATION TO SEAL AND REDACT CERTAIN EXHIBITS RELATED TO KG DEFENDANTS' MOTION TO DISMISS CV. NOS. 04-00125 ACK-BMK, 04-00126 ACK-BMK AND 04-00128 ACK-BMK FOR LACK OF SUBJECT MATTER JURISDICTION FILED NOVEMBER 16, 2006; ORDER

2