PRICE OKAMOTO HIMENO & LUM

WARREN PRICE III           1212
ROBERT A. MARKS            2163
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone: 808.538.1113
Fax: 808.533.0549
e-mail: ram@pohlhawaii.com

GELBER GELBER INGERSOLL & KLEVANSKY

SIMON KLEVANSKY            3217-0
ALIKA L. PIPER             6949-0
CARISA LIMA KA'ALA HEE     7372-0
Suite 1400, Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Phone:  (808) 524-0155
Fax:  (808) 531-6963
E-mail: sklevansky@ggik.com
        apiper@ggik.com;
        kaalahee@ggik.com

Attorneys for Defendants, Counterclaimants
and Third-Party Plaintiffs KG HOLDINGS, LLC,
KIAHUNA GOLF CLUB, LLC, KG KAUAI
DEVELOPMENT, LLC, PUKALANI GOLF
CLUB, LLC, KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC, QK HOTEL, LLC,
and OR HOTEL, LLC ("KG PARTIES")

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>        Plaintiff,<br>   vs.<br>QK HOTEL, LLC, et al.,<br>        Defendants,<br>     and | CV 04-00124 ACK-BMK<br>CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CV 04-00128 ACK-BMK<br>CONSOLIDATED CASES<br>KG PARTIES' NOTICE OF RE-FILING REPLY |

| | |
|---|---|
| FRANKLIN K. MUKAI, et al.,<br><br>    Third-Party Plaintiffs,<br>    vs.<br>SPORTS SHINKO (USA) CO., LTD., et al.,<br><br>    Third-Party Defendants,<br>    and<br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br><br>    Third-Party Defendants/<br>    Counterclaimants,<br>    vs.<br>QK HOTEL, LLC, et al.,<br><br>    Third-Party Counterclaim Defendants.<br>AND CONSOLIDATED CASES | MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CV NOS. 04-00125 ACK-BMK, 04-00126 ACK-BMK AND 04-00128 ACK-BMK; REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CV NOS. 04-00125 ACK-BMK, 04-00126 ACK-BMK AND 04-00128 ACK-BMK; CERTIFICATE OF SERVICE |

### KG PARTIES' NOTICE OF RE-FILING REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CV NOS. 04-00125 ACK-BMK, 04-00126 ACK-BMK AND 04-00128 ACK-BMK

TO:           PAUL ALSTON, ESQ.   palston@ahfi.com
              GLENN T. MELCHINGER, ESQ.    gmelchinger@ahfi.com

              Attorneys for Plaintiffs
              SPORTS SHINKO CO., LTD. and
              SPORTS SHINKO (USA) CO., LTD.

              WILLIAM BORDNER, ESQ.  bbordner@bmbe-law.com
              JOHN N.K. REYES-BURKE, ESQ.   jburke@bmbe-law.com

              Attorney for Defendant
              FRANKLIN K. MUKAI

Pursuant to ¶ I.D. of the Order Regarding Stipulations to Redact and Seal

Exhibits and Documents Related to the Motion to Dismiss in Civ. Nos. 04-00125

ACK-BMK, 04-00126 ACK-BMK, and 04-00128 ACK-BMK filed on April 5, 2007 ("Order"), the KG Parties[1] hereby give notice of the filing of their REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CV NOS. 04-00125 ACK-BMK, 04-00126 ACK-BMK AND 04-00128 ACK-BMK, with the limited redactions as specified by the Order, and without exhibits or declarations attached.

DATED: Honolulu, Hawaii, April 6, 2007.

/s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA HEE

Attorneys for Defendants and
Third-Party Plaintiffs
KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC

---

[1] "The KG Parties" are defendants, third party plaintiffs and counterclaimants KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC.