Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| GLENN T. MELCHINGER | 7135-0 |

18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: gtm@ahfi.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 2 2005

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

SPORTS SHINKO (USA) CO., )   CV 04-00126 ACK/BMK
LTD., a Delaware corporation, )
                              )   **SECOND AMENDED**
       Plaintiff,             )   **COMPLAINT (KAUA'I);**
                              )   **SUMMONS; CERTIFICATE OF**
   vs.                        )   **SERVICE**
                              )
KIAHUNA GOLF CLUB, LLC, a     )
Hawai'i limited liability company; )
KG KAUAI DEVELOPMENT, LLC, )
a Hawai'i limited liability   )
company; PUKALANI GOLF        )
CLUB, LLC, a Hawai'i limited  )
liability company; KG MAUI    )
DEVELOPMENT, LLC, a Hawai'i   )
limited liability company;    )
MILILANI GOLF CLUB, LLC, a    )

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District
Court, District of Hawaii

By _____ Deputy

289882-2/6850-5                **EXHIBIT 1C**

```
Hawai`i limited liability company; )
QK HOTEL, LLC, a Hawai`i          )
limited liability company; OR     )
HOTEL, LLC, a Hawai`i limited     )
liability company, and KG         )
HOLDINGS, LLC, a Hawai`i          )
limited liability company,        )
FRANKLIN K. MUKAI,                )
                                  )
        Defendants.               )
_____ )
```

## SECOND AMENDED COMPLAINT (KAUA`I)

Plaintiff SPORTS SHINKO (USA), CO., LTD. ("Plaintiff"), by and through its undersigned attorneys, alleges as follows:

### PARTIES

1. Plaintiff is a Delaware corporation, and its principal place of business is not in Hawai`i. Plaintiff is the sole shareholder of Sports Shinko (Hawai`i) Co., Ltd. ("SSH"), a Hawai`i corporation, which owns all of the stock of the debtor, Sports Shinko (Kaua`i) Co., Ltd. ("DEBTOR").

3. Defendant KIAHUNA GOLF CLUB, LLC ("KGC"), is a Hawai`i limited liability company, with its

MACKINNON LLP, a Limited Liability Law Partnership ("M4"), an officer and/or director of SSH and DEBTOR, and an attorney and agent for DEBTOR. At all relevant times, MUKAI acted directly and through agents of M4.

## JURISDICTION

12. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is complete diversity between the parties and the amount in controversy exceeds $75,000.00.

13. Venue is appropriate in this Court under 28 U.S.C. § 1391 because most of the events giving rise to Plaintiff's claims occurred in this district.

## GENERAL ALLEGATIONS

14. Plaintiff is, and at all relevant times was, a creditor of DEBTOR.

15. At all relevant times, SATOSHI KINOSHITA ("SATOSHI"), TAKESHI KINOSHITA ("TAKESHI") and TOSHIO KINOSHITA ("TOSHIO")(collectively, the "Kinoshitas"), and TAKUYA TSUJIMOTO ("TSUJIMOTO"), YASUO NISHIDA

289882-2/6850-5                              5