PRICE OKAMOTO HIMENO & LUM

WARREN PRICE III          1212
ROBERT A. MARKS           2163
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone: 808.538.1113
Fax: 808.533.0549
e-mail: ram@pohlhawaii.com

GELBER GELBER INGERSOLL & KLEVANSKY

SIMON KLEVANSKY          3217-0
ALIKA L. PIPER           6949-0
CARISA LIMA KA'ALA HEE   7372-0
Suite 1400, Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Phone:  (808) 524-0155
Fax:  (808) 531-6963
E-mail: sklevansky@ggik.com
        apiper@ggik.com;
        kaalahee@ggik.com

Attorneys for Defendants, Counterclaimants and
Third-Party Plaintiffs KG HOLDINGS, LLC,
QK HOTEL, LLC, and OR HOTEL, LLC
("KG PARTIES")

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>　　　　Plaintiff,<br>　vs.<br>QK HOTEL, LLC, et al.,<br>　　　　Defendants,<br>　　and<br>FRANKLIN K. MUKAI, et al.,<br>　　　　Third-Party Plaintiffs,<br>　vs. | CV 04-00124 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CONSOLIDATED CASES<br>KG PARTIES' AMENDED MOTION TO COMPEL DISCOVERY; MEMORANDUM IN SUPPORT OF MOTION; LR 37.1(b) CERTIFICATE OF COMPLIANCE; DECLARATION OF ROBERT A. MARKS; |

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., et al., | EXHIBITS 1 - 11; CERTIFICATE OF SERVICE |
|     Third-Party Defendants, | |
| and | |
| SPORTS SHINKO (HAWAII) CO., LTD., et al., | |
|     Third-Party Defendants/ Counterclaimants, | |
| vs. | |
| QK HOTEL, LLC, et al., | |
|     Third-Party Counterclaim Defendants. | |
| AND CONSOLIDATED CASE | |

## KG PARTIES' AMENDED MOTION TO COMPEL DISCOVERY[1]

Defendants, Counterclaimants and Third-Party Plaintiffs KG Holdings, LLC, QK Hotel, LLC and OR Hotel, LLC ("KG Parties") hereby move this Honorable Court for an order compelling Sports Shinko Co., Ltd. to respond to certain discovery requests relating to the proof of plaintiff's status as a creditor as it alleges in the complaints herein.

This Motion is made pursuant to Rules 37(a)(2)(A) and 37(a)(3) of the Federal Rules of Civil Procedure and Rule 37.1 of the Local Rules of the United

---

[1] This Motion is amended to take into account the dismissal of D. Hawaii CV Nos. 04-00125 ACK-BMK, 04-00126 ACK-BMK and 04-00128 ACK-BMK, pursuant to the order of the Honorable Alan C. Kay on April 5, 2006. Judge Kay's order was filed just two hours after this Motion was first filed.

2

States District Court for the District of Hawaii, and is supported by the attached memorandum and exhibits and the record herein.

While the KG Parties may be entitled to recover their expenses and attorneys' fees incurred in connection with this Motion, they waive that relief, provided the KG Parties reserve all rights and remedies in connection with any subsequent motions under Rule 37 that may hereafter be filed.

DATED: Honolulu, Hawaii, April 11, 2007.

/s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA HEE

Attorneys for Defendants, Counterclaimants and Third-Party Plaintiffs KG Holdings, LLC, QK Hotel, LLC and OR Hotel, LLC