PRICE OKAMOTO HIMENO & LUM

| | |
|---|---|
| WARREN PRICE III | 1212 |
| ROBERT A. MARKS | 2163 |

707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Phone: 808.538.1113
Fax: 808.533.0549
E-mail: ram@pohlhawaii.com

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, OR HOTEL, LLC,
AND KG HOLDINGS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>    Plaintiff,<br>  vs.<br>QK HOTEL, LLC, et al.,<br>    Defendants,<br>  and<br>FRANKLIN K. MUKAI, et al.,<br>    Third-Party Plaintiffs,<br>  vs.<br>SPORTS SHINKO (USA) CO., LTD., et al.,<br>    Third-Party Defendants,<br>  and | CV 04-00124 ACK-BMK<br>CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CV 04-00128 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>WITHDRAWAL OF MOTION FOR PRETRIAL CONFERENCE AND TO MODIFY STIPULATED PROTECTIVE ORDER, FILED ON JANUARY 16, 2007; CERTIFICATE OF SERVICE |

| |
|---|
| SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br><br>      Third-Party Defendants/<br>      Counterclaimants,<br><br>  vs.<br><br>QK HOTEL, LLC, et al.,<br><br>      Third-Party Counterclaim<br>      Defendants.<br><br>AND CONSOLIDATED CASES |

WITHDRAWAL OF MOTION FOR PRETRIAL CONFERENCE AND TO MODIFY STIPULATED PROTECTIVE ORDER, FILED JANUARY 16, 2007

    Defendants KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC hereby withdraw their MOTION FOR PRETRIAL CONFERENCE AND TO MODIFY STIPULATED PROTECTIVE ORDER, filed on January 16, 2007.

    DATED: Honolulu, Hawaii, April 12, 2007.

                             /s/ Robert A. Marks
                            WARREN PRICE III
                            ROBERT A. MARKS

                            Attorneys for Defendants
                            KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>       Plaintiff,<br>  vs.<br>QK HOTEL, LLC, et al.,<br>       Defendants,<br>  and<br>FRANKLIN K. MUKAI, et al.,<br>       Third-Party Plaintiffs,<br>  vs.<br>SPORTS SHINKO (USA) CO., LTD., et al.,<br>       Third-Party Defendants,<br>  and<br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br>       Third-Party Defendants/<br>       Counterclaimants,<br>  vs.<br>QK HOTEL, LLC, et al.,<br>       Third-Party Counterclaim Defendants.<br>AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK<br>CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CV 04-00128 ACK-BMK<br>CONSOLIDATED CASES<br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the WITHDRAWAL OF

MOTION FOR PRETRIAL CONFERENCE AND TO MODIFY STIPULATED

PROTECTIVE ORDER, FILED ON JANUARY 16, 2007 was served electronically through CM/ECF on the following on April 12, 2007:

  PAUL ALSTON, ESQ.  palston@ahfi.com
  GLENN T. MELCHINGER, ESQ.  gmelchinger@ahfi.com

   Attorneys for Plaintiffs
   SPORTS SHINKO CO., LTD. and
   SPORTS SHINKO (USA) CO., LTD.

  WILLIAM BORDNER, ESQ.  bbordner@bmbe-law.com
  JOHN N.K. REYES-BURKE, ESQ.  jburke@bmbe-law.com

   Attorney for Defendant
   FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, April 12, 2007.

      /s/ Robert A. Marks
      WARREN PRICE III
      ROBERT A. MARKS

      Attorneys for Defendants
      KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC