ORIGINAL

PRICE OKAMOTO HIMENO & LUM

LODGED

WARREN PRICE III          1212
ROBERT A. MARKS          2163
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone:  808.538.1113
Fax: 808.533.0549
e-mail: ram@pohlhawaii.com

APR 25 2007

3:15 ~
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

KLEVANSKY & PIPER, LLP
    A LIMITED LIABILITY LAW PARTNERSHIP

SIMON KLEVANSKY          3217-0
ALIKA L. PIPER            6949-0
CARISA LIMA KA'ALA HEE 7372-0
Pauahi Tower, Suite 770
1001 Bishop Street
Honolulu, Hawaii  96813
Phone:  (808) 536-0200
Fax:  (808) 536-0221
E-mail:  sklevansky@kplawhawaii.com
         apiper@kplawhawaii.com
         kaalahee@kplawhawaii.com

Attorneys for Defendants, Counterclaimants,
and Third-Party Plaintiffs KG HOLDINGS, LLC
KIAHUNA GOLF CLUB, LLC, KG KAUAI
DEVELOPMENT, LLC, PUKALANI GOLF
CLUB, LLC, KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC, QK HOTEL, LLC,
and OR HOTEL, LLC ("KG PARTIES")

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 26 2007

at _____ o'clock and ____ min. ___M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., | ) CV 04-00124 ACK-BMK |
| Plaintiff, | ) CV 04-00125 ACK-BMK |
| | ) CV 04-00126 ACK-BMK |
| vs. | ) CV 04-00127 ACK-BMK |
| | ) CV 04-00128 ACK-BMK |
| QK HOTEL, LLC, et al., | ) |
| Defendants. | ) CONSOLIATED CASES |
| | ) |

1803044.doc

and                                            )    **WITHDRAWAL AND**
                                               )    **SUBSTITUTION OF COUNSEL**
FRANKLIN K. MUKAI, et al.,                     )    **and ORDER**
                                               )
    Third-Party Plaintiffs,      )
                                               )
  vs.                                      )
                                               )
SPORTS SHINKO (USA) CO., LTD.,                 )
et al.,                                        )
                                               )
    Third-Party Defendants       )
                                               )
  and                                      )
                                               )
SPORTS SHINKO (HAWAII) CO.,                    )
LTD., et al.,                                  )
                                               )
    Third-Party Defendants/      )
    Counterclaimants,            )
                                               )
  vs.                                      )
                                               )
QK HOTEL, LLC, et al.,                         )
                                               )
    Third-Party    Counterclaim )
    Defendants.                  )
                                               )
AND CONSOLIDATED CASES                         )
                                               )
                                               )
                                               )
                                               )

---

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

      GELBER, GELBER & INGERSOLL, A Law Corporation, formerly

known as Gelber, Gelber, Ingersoll & Klevansky, A Law Corporation, former

counsel for KG HOLDINGS, LLC, KIAHUNA GOLF CLUB, LLC, KG KAUAI

DEVELOPMENT, LLC, PUKALANI GOLF CLUB, LLC, KG MAUI

DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC, QK HOTEL, LLC, and

1803044.doc

OR HOTEL, LLC (collectively the "KG PARTIES"), Defendants, Counterclaimants, and Third-Party Plaintiffs in the above-entitled action, hereby withdraws as co-counsel for the KG PARTIES.

KLEVANSKY & PIPER, LLP, A Limited Liability Law Partnership, hereby appears as substitute co-counsel for the KG PARTIES.

DATED: Honolulu, Hawaii, <u>April 24, 2007</u>.

**GELBER, GELBER & INGERSOLL**
**A Law Corporation**

By: _____
DON JEFFREY GELBER

**KLEVANSKY & PIPER, LLP**
**A Limited Liability Law Partnership**

_____
SIMON KLEVANSKY

CONSENT OF:
KG HOLDINGS, LLC, KIAHUNA GOLF
CLUB, LLC, KG KAUAI DEVELOPMENT,
LLC, PUKALANI GOLF CLUB, LLC, KG
MAUI DEVELOPMENT, LLC, MILILANI
GOLF CLUB, LLC, QK HOTEL, LLC,
and OR HOTEL, LLC

By _____
Name: Wayne Tanigawa
Title/Position: Member

- 3 -

APPROVED AND SO ORDERED:

UNITED STATES DISTRICT COURT JUDGE

Sports Shinko Co., Ltd., v. QK Hotel, LLC, et al., Civil No. CV 04-00124 ACK-BMK, CV04-00125 ACK-BMK, CV04-00126 ACK-BMK, CV04-00127 ACK-BMK, and CV04-00128 ACK-BMK (Consolidated Cases), United States District Court, District of Hawaii; WITHDRAWAL AND SUBSTITUTION OF COUNSEL

- 4 -

1803044.doc