SPORTS SHINKO (USA) CO., LTD. & SUBS

**Form 851** (Rev. December 2003)
Department of the Treasury
Internal Revenue Service

## Affiliations Schedule
► File with each consolidated income tax return.

Tax year ending DECEMBER 31, 2003

OMB No. 1545-0025

Name of common parent corporation: SPORTS SHINKO (USA) CO., LTD.

Employer identification number: [REDACTED]

Number, street, and room or suite no. (If a P.O. box, see instructions.): 99-994 IWAENA STREET STE C

City or town, state, and ZIP code: AIEA, HI 96701

### Part I — Overpayment Credits, Estimated Tax Payments, and Tax Deposits (See instructions.)

| Corp. No. | Name and address of corporation | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|
| 1 | Common parent corporation | | | |
|   | Subsidiary corporations: | | | |
| 2 | LA COSTA HOTEL AND SPA CORPORATION, 99-994 IWAENA STREET, STE C, AIEA, HI 96701 | | 0. | 0. |
| 3 | ENCINITAS RESORT CORPORATION, 99-994 IWAENA STREET, STE C, AIEA, HI 96701 | | 0. | 0. |
| 4 | SPORTS SHINKO FLORIDA CO., LTD., 99-994 IWAENA STREET, STE C, AIEA, HI 96701 | | 0. | 0. |
| 5 | SPORTS SHINKO (FLORIDA REALTY), INC., 99-994 IWAENA STREET, STE C, AIEA, HI 96701 | | 0. | 0. |
| 6 | SPORTS SHINKO UTILITY, INC., 99-994 IWAENA STREET, STE C, AIEA, HI 96701 | | 0. | 0. |
| 7 | GRENELEFE REALTY, INC., 99-994 IWAENA STREET, STE C, AIEA, HI 96701 | | 0. | 0. |
| 8 | SPORTS SHINKO (HAWAII) CO., LTD., 99-994 IWAENA STREET, STE C, AIEA, HI 96701 | | 0. | 0. |
| 9 | SPORTS SHINKO (MILILANI) CO., LTD, 99-994 IWAENA STREET, STE C, AIEA, HI 96701 | | 0. | 0. |
| 10 | SPORTS SHINKO RESORT HOTEL CORPORATION, 99-994 IWAENA STREET, STE C, AIEA, HI 96701 | | 0. | 0. |
|   | Totals (Must equal amounts shown on the consolidated tax return) ► | | | |

### Part II — Principal Business Activity, Voting Stock Information, Etc. (See instructions.)

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? Yes | No | Stock holdings at beginning of year — Number of shares | Percent of voting power | Percent of value | Owned by corporation no. |
|---|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation: SERVICE | 721110 | | | | | | |
|   | Subsidiary corporations: | | | | | | | |
| 2 | SERVICE | 713900 | | X | 2,200 | 100.00% | 100.00% | 1 |
| 3 | SERVICE | 721110 | | X | 1,000 | 100.00% | 100.00% | 1 |
| 4 | RESORT OPERATIONS | 721110 | | X | 3,000 | 100.00% | 100.00% | 1 |
| 5 | REAL ESTATE MANAGEME | 531310 | | X | 1,000 | 100.00% | 100.00% | 4 |
| 6 | WATER & SEWAGE | 221300 | | X | 2,000 | 100.00% | 100.00% | 4 |
| 7 | REAL ESTATE MANAGEME | 531390 | | X | 100 | 100.00% | 100.00% | 4 |
| 8 | RECREATION | 713900 | | X | 4,000 | 100.00% | 100.00% | 1 |
| 9 | RECREATION | 713900 | | X | 10,998 | 100.00% | 100.00% | 8 |
| 10 | HOLDING COMPANY | 551112 | | X | 2,000 | 100.00% | 100.00% | 8 |

310521 12-08-03 JWA   For Paperwork Reduction Act Notice, see instructions.

5

Form 851 (Rev. 12-2003)

CONFIDENTIAL GT032792

20090831 098629 0150547    2003.06010 SPORTS SHINKO (USA) CO., LT  01505472

**EXHIBIT G-1**

SPORTS SHINKO (USA) CO., LTD. & SUBS

## Affiliations Schedule

Common parent corporation: SPORTS SHINKO (USA) CO., LTD.

Employer identification number: [REDACTED]

### Part I — Prepayment Credits

| No. | Name and address of corporation | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|
| | Subsidiary corporations: | | | |
| 11 | SPORTS SHINKO (WAIKIKI) CORPORATION<br>99-994 IWAENA STREET, STE C<br>AIEA, HI 96701 | REDACTED | 0. | 0. |
| 12 | OCEAN RESORT HOTEL CORPORATION<br>99-994 IWAENA STREET, STE C<br>AIEA, HI 96701 | REDACTED | 0. | 0. |
| 13 | SPORTS SHINKO (KAUAI) CO., LTD.<br>99-994 IWAENA STREET, STE C<br>AIEA, HI 96701 | REDACTED | 0. | 0. |
| 14 | SPORTS SHINKO (PUKALANI) CO., LTD.<br>99-994 IWAENA STREET, STE C<br>AIEA, HI 96701 | REDACTED | 0. | 0. |
| 15 | | | 0. | 0. |
| 16 | | | 0. | 0. |
| 17 | | | 0. | 0. |
| 18 | | | 0. | 0. |
| 19 | | | 0. | 0. |

CONFIDENTIAL
GT032793

### Part II — Principal Business Activity, Voting Stock Information, Etc. (See instructions.)

| No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondivided distributions? Yes | No | Number of shares | Percent of voting power | Percent of value | Owned by corporation no. |
|---|---|---|---|---|---|---|---|---|
| | Subsidiary corporations: | | | | | | | |
| 11 | HOSPITALITY | 721110 | | X | 2,000 | 100.00% | 100.00% | 10 |
| 12 | HOSPITALITY | 721110 | | X | 1,000 | 100.00% | 100.00% | 10 |
| 13 | RECREATION | 713900 | | X | 4,998 | 100.00% | 100.00% | 8 |
| 14 | RECREATION | 713900 | | X | 2,000 | 100.00% | 100.00% | 8 |
| 15 | | | | X | | % | % | |
| 16 | | | | X | | % | % | |
| 17 | | | | X | | % | % | |
| 18 | | | | X | | % | % | |
| 19 | | | | X | | % | % | |

310551
05-01-03