SPORTS SHINKO (USA) CO., LTD, & SUBS

SCHEDULE L
STATEMENT 36

COMBINED OTHER ASSETS

| | COMBINED AMOUNTS | LA COSTA HOTEL AND SPA CORPORATION | ENCINITAS RESORT CORPORATION | SPORTS SHINKO FLORIDA CO., LTD. | SPORTS SHINKO (FLORIDA REALTY), INC. | SPORTS SHINKO UTILITY, INC. | GRENELEFE REALTY, INC. | SPORTS SHINKO (HAWAII) CO., LTD. |
|---|---|---|---|---|---|---|---|---|
| DEPOSITS - VENDORS | | | | | | | | |
| DUE FROM AFFILIATES | | | | | REDACTED | | | |
| INVESTMENT IN SUBSIDIARIES | | | | | | | | |
| NOTES RECEIVABLE - KOBAYASHI GROUP | | | | | | | | |
| TOTAL OTHER ASSETS | | | | | | | | |

| | SPORTS SHINKO (MILILANI) CO., LTD | SPORTS SHINKO RESORT HOTEL CORPORATION | SPORTS SHINKO (WAIKIKI) CORPORATION | OCEAN RESORT HOTEL CORPORATION | SPORTS SHINKO (KAUAI) CO., LTD. | SPORTS SHINKO (PUKALANI) CO., LTD. | SPORTS SHINKO (USA) CO., LTD. |
|---|---|---|---|---|---|---|---|
| DEPOSITS - VENDORS | | | | | | | |
| DUE FROM AFFILIATES | | | | REDACTED | | | |
| INVESTMENT IN SUBSIDIARIES | | | | | | | |
| NOTES RECEIVABLE - KOBAYASHI GROUP | | | | | | | |
| TOTAL OTHER ASSETS | | | | | | | |

CONFIDENTIAL
GT032838

STATEMENT(S) 36

**EXHIBIT G-3**