SPORTS SHINKO (USA) CO., LTD.
TRIAL BALANCE (USD)
FOR THE TWELVE PERIODS ENDING DECEMBER 31, 2004

Jan. - Dec., 2004

14130 UFJ
14150 B/KHAWAII
16600 DUE TO/FROM AFFILIATE
20610 INITIALFUNDING-IC NP
26876 OTHER LIAB
31020 COMMON STOCK
31040 A-P-I-C
33040 PRIOR YRS RE
33050 ALLOCATED YTD EARNINGS
44820 OTHER INCOME
66280 MISCELLANEOUS EXPENSE
80010 EXTRAORDINARY GAIN/(LOSS)
83550 CORPORATE TAX
83580 INIHABITANT TAX - INCOME

CONFIDENTIAL     Exhibit 33     256 0258

10/11/05 at 16:44:12.07                                                                                                                          Page: 1

**Sports Shinko (USA), Co., Ltd.**
**General Ledger**
**For the Period From May 1, 2004 to May 31, 2004**

Filter Criteria includes: Report order is by ID. Report is printed with Truncated Transaction Descriptions and in Detail Format.

| Account ID<br>Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 1000<br>Wells Fargo Account | 5/1/04<br>5/31/04<br>5/31/04 | | GENJ | Beginning Balance<br>Interest Income<br>Current Period Change<br>Ending Balance | | | |
| 1050<br>Bank of Hawaii | 5/1/04<br>5/31/04 | | | Beginning Balance<br>Ending Balance | | | |
| 1450<br>Prepaid/Deposits | 5/1/04<br>5/31/04 | | | Beginning Balance<br>Ending Balance | | | |
| 1500<br>La Costa Const Receivable | 5/1/04<br>5/31/04 | | | Beginning Balance<br>Ending Balance | | | |
| 1550<br>La Costa Receivable | 5/1/04<br>5/31/04 | | | Beginning Balance<br>Ending Balance | | | |
| 1700<br>Encinitas Receivable | 5/1/04<br>5/31/04 | | | Beginning Balance<br>Ending Balance | | | |
| 1802<br>Grenelefe (Japan) Receiva | 5/1/04<br>5/31/04 | | | Beginning Balance<br>Ending Balance | | | |
| 1802a<br>Grenelefe Receivable | 5/1/04<br>5/31/04 | | | Beginning Balance<br>Ending Balance | | | |
| 1803<br>Grenelefe (Japan) Int Rec | 5/1/04<br>5/31/04 | | | Beginning Balance<br>Ending Balance | | | |
| 1806<br>Hawaii (Japan) Receivable | 5/1/04<br>5/31/04 | | | Beginning Balance<br>Ending Balance | | | |
| 1806H<br>Int Hawaii (Japan) Receiv | 5/1/04<br>5/31/04 | | | Beginning Balance<br>Ending Balance | | | |
| 1850<br>Investment in Subsidiaries | 5/1/04<br>5/31/04 | | | Beginning Balance<br>Ending Balance | | | |
| 1900<br>Property/Equipment | 5/1/04<br>5/31/04 | | | Beginning Balance<br>Ending Balance | | | |

CB001238

CONFIDENTIAL