IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>      Plaintiff,<br>   vs.<br>QK HOTEL, LLC, et al.,<br>      Defendants,<br>   and<br>FRANKLIN K. MUKAI, et al.,<br>      Third-Party Plaintiffs,<br>   vs.<br>SPORTS SHINKO (USA) CO., LTD.,<br>et al.,<br>      Third-Party Defendants,<br>   and<br>SPORTS SHINKO (HAWAII) CO.,<br>LTD., et al.,<br>      Third-Party Defendants/<br>      Counterclaimants,<br>   vs.<br>QK HOTEL, LLC, et al.,<br>      Third-Party Counterclaim<br>      Defendants.<br>AND CONSOLIDATED CASE | CV 04-00124 ACK-BMK<br>CV 04-00127 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>LR 37.1(b) CERTIFICATE<br>OF COMPLIANCE |

## LR 37.1(b) CERTIFICATE OF COMPLIANCE

I certify that I have complied with LR 37.1, and have previously conferred,

in person, on multiple occasions, concerning the disputed issues raised by the

foregoing Motion, in a good faith effort to limit the disputed issues and, if possible,

eliminate the necessity for the Motion.  Further discussions with SS's counsel to discuss these and other issues occurred on April 16, April 18 and May 2, 2007.

DATED: Honolulu, Hawaii, May 4, 2007.

 /s/ Robert A. Marks
ROBERT A. MARKS