PRICE OKAMOTO HIMENO & LUM
WARREN PRICE III          1212
ROBERT A. MARKS          2163
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone: 808.538.1113
Fax: 808.533.0549
E-mail:      wprice@pohlhawaii.com
             ram@pohlhawaii.com

KLEVANSKY & PIPER, LLC
SIMON KLEVANSKY          3217-0
ALIKA L. PIPER           6949-0
CARISA LIMA KA'ALA HEE 7372-0
Bishop Square, Pauahi Tower
1001 Bishop Street, Suite 770
Honolulu, Hawaii 96813
Phone:  (808) 536-0200
Fax:  (808) 536-0221
E-mail:      sklevansky@kplawhawaii.com
             apiper@ kplawhawaii com;
             kaalahee@ kplawhawaii com
Attorneys for KG Parties[1]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation, | CV 04-00124 ACK-BMK |
| | CV 04-00127 ACK-BMK |
| Plaintiff, | CONSOLIDATED CASES |
| vs. | KG PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT; MEMORANDUM IN |
| QK HOTEL, LLC, a Hawaii limited liability company, et al., | |

---

[1]    The KG Parties are Defendants, Counterclaimants, and Third-Party Plaintiffs KG HOLDINGS, LLC, KIAHUNA GOLF CLUB, LLC, KG KAUAI DEVELOPMENT, LLC, PUKALANI GOLF CLUB, LLC, KG MAUI DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC, QK HOTEL, LLC, and OR HOTEL, LLC

Defendants,

　　and FRANKLIN K. MUKAI, et al.,　　Third-Party Plaintiffs,

　　vs.

SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al.,

　　Third-Party Defendants.

SPORTS SHINKO CO., LTD., a Japan corporation,

　　Plaintiff,

　　vs.

OR HOTEL, LLC, a Hawaii limited liability company, et al.,

　　Defendants,

　　and

FRANKLIN K. MUKAI, et al.,

　　Third-Party Plaintiffs,

　　vs.

SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al.,

　　Third-Party Defendants.

SUPPORT OF MOTION; APPENDIX I; CERTIFICATE OF SERVICE

CV 04-00127 ACK-BMK

KG PARTIES'
MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants, Counterclaimants and Third Party Plaintiffs KG HOLDINGS, LLC, KIAHUNA GOLF CLUB, LLC, KG KAUAI DEVELOPMENT, LLC, PUKALANI GOLF CLUB, LLC, KG MAUI DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC, QK HOTEL, LLC, and OR HOTEL, LLC ("KG Parties"), through their counsel, Price Okamoto Himeno & Lum and Klevansky & Piper, LLP, hereby move this Honorable Court for an order granting summary judgment

2

on 1) Counts I, II and III of the Third Amended Complaints, and 2) Counts I, II

and III of the Third Party Counterclaims on file in these consolidated actions.

These counts are the fraudulent transfer claims of the SS Parties against the KG

Parties.

This motion is made pursuant to Rule 56 of the Federal Rules of Civil

Procedure and Rule 56.1 of the Rules of the United States District Court for the

District of Hawaii, the separate concise statement of facts and the declarations and

exhibits attached thereto, the attached memorandum of law, and such additional

authorities as may be included in the KG Parties' further briefs filed in connection

with this motion, the arguments of counsel, and the record herein.

DATED:  Honolulu, Hawaii, May 10, 2007.


/s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA HEE

Attorneys for the KG Parties