PRICE OKAMOTO HIMENO & LUM
WARREN PRICE III          1212
ROBERT A. MARKS          2163
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Phone: 808.538.1113
Fax: 808.533.0549
E-mail:   wprice@pohlhawaii.com
          ram@pohlhawaii.com

KLEVANSKY & PIPER, LLC
SIMON KLEVANSKY          3217-0
ALIKA L. PIPER           6949-0
CARISA LIMA KA'ALA HEE   7372-0
Bishop Square, Pauahi Tower
1001 Bishop Street, Suite 770
Honolulu, Hawaii 96813
Phone:  (808) 536-0200
Fax:  (808) 536-0221
E-mail:   sklevansky@kplawhawaii.com
          apiper@ kplawhawaii com;
          kaalahee@ kplawhawaii com

Attorneys for KG PARTIES*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>QK HOTEL, LLC, a Hawaii limited liability company, et al.,<br><br>    Defendants,<br><br>    And | CV 04-00124 ACK-BMK<br>CV 04-00127 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>KG PARTIES' CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT; DECLARATION OF |

\*     The KG Parties are Defendants, Counterclaimants, and Third-Party Plaintiffs KG HOLDINGS, LLC, KIAHUNA GOLF CLUB, LLC, KG KAUAI DEVELOPMENT, LLC, PUKALANI GOLF CLUB, LLC, KG MAUI DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC, QK HOTEL, LLC, and OR HOTEL, LLC

| | |
|---|---|
| FRANKLIN K. MUKAI, et al., <br>     Third-Party Plaintiffs, <br>   vs. <br> SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al., <br>     Third-Party Defendants. | ROBERT A. MARKS; EXHIBITS 1 - 7; CERTIFICATE OF SERVICE |
| SPORTS SHINKO CO., LTD., a Japan corporation, <br>     Plaintiff, <br>   vs. <br> OR HOTEL, LLC, a Hawaii limited liability company, et al., <br>     Defendants, <br>   and <br> FRANKLIN K. MUKAI, et al., <br>     Third-Party Plaintiffs, <br>   vs. <br> SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al., <br>     Third-Party Defendants. | CV 04-00127 ACK-BMK |

CONCISE STATEMENT OF FACTS IN SUPPORT OF
KG PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Local Rule 56.1 of the Rules of the United States District Court for the District of Hawaii, Defendants, Counterclaimants and Third-Party Plaintiffs KG HOLDINGS, LLC, KIAHUNA GOLF CLUB, LLC, KG KAUAI DEVELOPMENT, LLC, PUKALANI GOLF CLUB, LLC, KG MAUI DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC, QK HOTEL, LLC, and OR HOTEL, LLC ("KG Parties"), through their counsel, Price Okamoto Himeno

2

& Lum and Klevansky & Piper, LLP, hereby submit their concise statement of facts and supporting exhibits and declarations in support of their Motion for Partial Summary Judgment filed contemporaneously herewith.

DATED: Honolulu, Hawaii, May 10, 2007.

/s/ Robert A. Marks
WARREN PRICE, III
ROBERT A. MARKS
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA HEE

Attorneys for the KG Parties

| FACT | SUPPORT |
|---|---|
| 1. SS-Japan[1] is a Japan corporation | Exhibits 1A & 1B at ¶ 1 |
| 2. South Wind is a Cayman Island exempted limited liability company | Exhibits 1A & 1B at ¶ 7 |
| 3. SS-USA is a Delaware Corporation. SS-Hawaii, SSRHC and SS-Waikiki are Hawaii corporations | Exhibits 1A & 1B at ¶1 |
| 4. SS-Japan was the sole shareholder of SS-USA, which is the sole shareholder of SS-Hawaii, which is the sole shareholder of SSRHC, which is the sole shareholder of SS-Waikiki. | Exhibits 1A & 1B at ¶ 1 |
| 5. On or about February 4, 2002, the District Court for Osaka, Japan appointed a Trustee and deputy Trustees to manage SS-Japan's domestic and overseas assets. | Exhibits 1A & 1B at ¶ 48 |
| 6. On February 24, 2004, South Wind indirectly acquired 100% of the stock of SS-USA when it acquired 100% of the stock of SS-Japan | Exhibit 3 at 256 1598 |
| 7. On September 30, 2004, South Wind directly acquired 100% of the stock of SS-USA | Exhibit 5 at 5 |
| 8. SS-USA and subsidiaries' U.S. Corporation Tax Return for calendar year 2004 was filed with the IRS on behalf of SS-USA and various subsidiaries, including SS-Waikiki | Exhibit 3 at 256 1583 – 1584 |
| 9. SS-USA and subsidiaries' U.S. Corporation Tax Return for calendar year 2004 was signed by the taxpayer on September 18, 2005 | Exhibit 3 at 256 1559 |
| 10 As of December 31, 2003, SS-USA and subsidiaries were indebted to SS-Japan in the amount of $92,051,671 | Exhibit 3 at 256 1597 |

---

[1] Terms defined in the Motion for Partial Summary Judgment shall have the same meaning here.

1

| | FACT | SUPPORT |
|---|---|---|
| 11 | As of December 31, 2004, SS-USA and subsidiaries, including SS-Waikiki, were not indebted to SS-Japan | Exhibit 3 at 256 1596 – 1597; Exhibit 6 |
| 12 | As of December 31, 2003, SS-Japan was indebted to SS-USA and subsidiaries in the amount of $5,315,921 | Exhibit 3 at 256 1597 |
| 13 | As of December 31, 2004, SS-Japan was not indebted to SS-USA and subsidiaries | Exhibit 3 at 256 1597 |
| 14 | During calendar year 2004, SS-Japan made a tax-free transfer to SS-USA and subsidiaries in the amount of $86,735,750 | Exhibit 3 256 1599 |
| 15 | In SS-USA and subsidiaries' 2004 U.S. Corporation Tax Return, no debt was reported to be owed to South Wind by SS-USA and subsidiaries | Exhibit 3 |
| 16 | As of December 31, 2004, SS-Waikiki had no liabilities, including no notes payable or other debts owing | Exhibit 6 at 256 0274; 256 0276 |
| 17 | Exhibit 6 was prepared after December 31, 2004 | Exhibit 6 |
| 18 | There is no signed promissory note or other signed instrument that gives rise to an enforceable debtor-creditor relationship in which SS-Waikiki is a debtor of SS-Japan | Exhibit 7; Marks decl. ¶ 9 |
| 19 | There is no validly executed corporate resolution from SS-Waikiki authorizing it to borrow money from SS-Japan | Exhibit 7; Marks decl. ¶ 9 |
| 20 | There is no validly executed corporate resolution from SS-Japan authorizing it to lend money to SS-Waikiki | Exhibit 7, Marks decl. ¶ 9 |
| 21 | There is no signed promissory note or other signed instrument that gives rise to an enforceable debtor-creditor relationship in which SS-Waikiki is a debtor of SS-Hawaii | Marks decl. ¶ 10 |

3

| | FACT | SUPPORT |
|---|---|---|
| 22 | There is no signed promissory note or other signed instrument that gives rise to an enforceable debtor-creditor relationship in which SS-Waikiki is a debtor of SSRHC | Marks decl. ¶ 10 |