IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation<br><br>      Plaintiff,<br><br>  vs.<br><br>QK HOTEL, LLC, et al., a Hawaii limited liability company, et al.,<br><br>      Defendants,<br><br>  and<br><br>FRANKLIN K. MUKAI,, et al.,<br><br>      Third-Party Plaintiff,<br><br>  vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al.,<br><br>      Third-Party Defendants.<br><br>AND CONSOLIDATED CASE | CV 04-00124 ACK-BMK<br>CV 04-00127 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of KG PARTIES' CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT was served electronically through CM/ECF on the following on May 10, 2007:

    PAUL ALSTON, ESQ.         palston@ahfi.com
    GLENN T. MELCHINGER, ESQ.  gmelchinger@ahfi.com

        Attorneys for Plaintiff
        SPORTS SHINKO CO., LTD. and

WILLIAM BORDNER, ESQ.        bbordner@bmbe-law.com
JOHN N.K. REYES-BURKE, ESQ.  jburke@bmbe-law.com

    Attorney for Defendant
    FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, May 10, 2007.

    /s/ Robert A. Marks
    WARREN PRICE, III
    ROBERT A. MARKS
    SIMON KLEVANSKY
    ALIKA L. PIPER
    CARISA LIMA KA'ALA HEE

    Attorneys for the KG Parties