2160-1
Of Counsel:
BURKE McPHEETERS BORDNER & ESTES

WILLIAM A. BORDNER 1371-0
JOHN REYES BURKE 6251-0
Suite 3100 - Mauka Tower
Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 523-9833
Fax No. (808) 528-1656

Attorneys for Defendant
FRANKLIN K. MUKAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>OR HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>        Defendants.<br>_____<br>FRANKLIN K. MUKAI,<br><br>        Third-Party Plaintiff, | CIVIL NO. 04-00127 ACK/BMK<br><br>DEFENDANT FRANKLIN K. MUKAI'S **JOINDER OF SIMPLE AGREEMENT TO** KG PARTIES' **SECOND AMENDED MOTION TO COMPEL DISCOVERY AND TO SET SCHEDULING ORDER** FILED ON MAY 4, 2007; CERTIFICATE OF SERVICE<br><br>Hearing<br>Date:  June 1, 2007<br>Time:  2:00 p.m.<br>Judge: Barry M. Kurren |

vs.

SPORTS SHINKO (USA) CO.;
LTD., a Delaware corporation;
SPORTS SHINKO (HAWAII) CO.,
LTD., a Hawai`i corporation;
SPORTS SHINKO (MILILANI) CO.,
LTD., a Hawai`i corporation;
SPORTS SHINKO (KAUAI) CO.,
LTD., a Hawai`i corporation;
SPORTS SHINKO (PUKALANI)
CO., LTD., a Hawai`i corporation;
SPORTS SHINKO RESORT
HOTEL CORPORATION, a
Hawai`i corporation; SPORTS
SHINKO (WAIKIKI)
CORPORATION, a Hawai`i
corporation; and OCEAN RESORT
HOTEL CORPORATION, a
Hawai`i corporation,

        Third-Party
        Defendants.

## AGREEMENT TO KG PARTIES' SECOND AMENDED MOTION TO COMPEL DISCOVERY AND TO SET SCHEDULING ORDER FILED ON MAY 4, 2007

      Pursuant to LR 7.9, Defendant Franklin K. Mukai hereby submits his joinder of simple agreement to Defendant KG Parties' Second

Amended Motion to Compel Discovery and to Set Scheduling Order filed on May 4, 2007.

DATED: Honolulu, Hawaii, May 14, 2007.

      /s/ John Reyes-Burke\
WILLIAM A. BORDNER\
JOHN REYES-BURKE\
Attorneys for Defendant and\
Third-Party Plaintiff\
FRANKLIN K. MUKAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>                Plaintiff,<br><br>  vs.<br><br>OR HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>                Defendants. | CIVIL NO.  04-00127 ACK/BMK<br><br>CERTIFICATE OF SERVICE |
| FRANKLIN K. MUKAI,<br><br>                Third-Party Plaintiff,<br><br>  vs.<br><br>SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation; SPORTS SHINKO (WAIKIKI) | |

| |
|---|
| CORPORATION, a Hawai`i corporation; and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation,<br><br>    Third-Party Defendants. |

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF</u>:

  PAUL ALSTON, ESQ.
  GLENN T. MELCHINGER, ESQ.
  Alston Hunt Floyd & Ing
  1800 ASB Tower
  1001 Bishop Street
  Honolulu, HI  96813

    Attorneys for Plaintiff

  WARREN PRICE, III, ESQ.
  ROBERT A. MARKS, ESQ.
  Price Okamoto Himeno & Lum
  728 Ocean View Center
  707 Richards Street
  Honolulu, HI  96813

    Attorney for Defendant
    OR HOTEL, LLC

DATED:  Honolulu, Hawaii, May 14, 2007.

       /s/ John Reyes-Burke
WILLIAM A. BORDNER
JOHN REYES-BURKE
Attorneys for Defendant and
Third-Party Plaintiff
FRANKLIN K. MUKAI