IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>　　　　Plaintiff,<br>　vs.<br>QK HOTEL, LLC, et al.,<br>　　　　Defendants,<br>　and<br>FRANKLIN K. MUKAI,<br>　　　　Third-Party Plaintiff,<br>　vs.<br>SPORTS SHINKO (USA) CO., LTD., et al.,<br>　　　　Third-Party Defendants,<br>　and<br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br>　　　　Third-Party Defendants/<br>　　　　Counterclaimants,<br>　vs.<br>QK HOTEL, LLC, et al.,<br>　　　　Third-Party Counterclaim Defendants.<br>AND CONSOLIDATED CASE | CV 04-00124 ACK-BMK<br>CV 04-00127 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of KG PARTIES' REPLY MEMORANDUM IN SUPPORT OF SECOND AMENDED MOTION TO

COMPEL DISCOVERY AND TO SET SCHEDULING ORDER was served electronically through CM/ECF on the following on May 21, 2007:

    PAUL ALSTON, ESQ.          palston@ahfi.com
    GLENN T. MELCHINGER, ESQ.   gmelchinger@ahfi.com

        Attorneys for Plaintiff
        SPORTS SHINKO CO., LTD. and

    WILLIAM BORDNER, ESQ.      bbordner@bmbe-law.com
    JOHN N.K. REYES-BURKE, ESQ.  jburke@bmbe-law.com

        Attorney for Defendant
        FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, May 21, 2007.

                                  /s/ Robert A. Marks
                                WARREN PRICE III
                                ROBERT A. MARKS
                                SIMON KLEVANSKY
                                ALIKA L. PIPER
                                CARISA LIMA KA'ALA HEE

                                Attorneys for Defendants, Counterclaimants and Third-Party Plaintiffs KG HOLDINGS, LLC, QK HOTEL, LLC, and OR HOTEL, LLC