PRICE OKAMOTO HIMENO & LUM
WARREN PRICE III          1212
ROBERT A. MARKS           2163
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Phone: 808.538.1113
Fax: 808.533.0549
E-mail: ram@pohlhawaii.com

KLEVNSKY & PIPER
SIMON KLEVANSKY           3217-0
ALIKA L. PIPER            6949-0
CARISA LIMA KA'ALA HEE    7372-0
Bishop Square, Pauahi Tower
1001 Bishop Street, Suite 770
Honolulu, Hawaii 96813
Phone: (808) 536-0200
Fax: (808) 536-0221
E-mail: sklevansky@kplawhawaii.com
       apiper@ kplawhawaii.com
       kaalahee@ kplawhawaii.com

Attorneys for Defendants, Counterclaimants and
Third-Party Plaintiffs KG HOLDINGS, LLC,
QK HOTEL, LLC, AND OR HOTEL, LLC
("KG PARTIES")

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br><br>        Plaintiff,<br><br>   vs.<br><br>QK HOTEL, LLC, et al.,<br><br>        Defendants,<br><br>   and<br><br>FRANKLIN K. MUKAI, et al.,<br><br>        Third-Party Plaintiffs, | CV 04-00124 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE<br><br>(Re: QK Hotel, LLC's Second Request For Answers To Interrogatories To Plaintiff Sports Shinko Co., Ltd.) |

|  |  |
|---|---|
| vs. | |
| SPORTS SHINKO (USA) CO., LTD., et al., | |
|       Third-Party Defendants, | |
| and | |
| SPORTS SHINKO (HAWAII) CO., LTD., et al., | |
|       Third-Party Defendants/ Counterclaimants, | |
| vs. | |
| QK HOTEL, LLC, et al., | |
|       Third-Party Counterclaim Defendants. | |
| AND CONSOLIDATED CASE | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that QK HOTEL, LLC'S SECOND REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF SPORTS SHINKO CO., LTD. was served upon the following on May 23, 2007 as indicated below:

| | |
|---|---|
| PAUL ALSTON, ESQ.<br>GLENN T. MELCHINGER, ESQ.<br>JASON KIM, ESQ.<br>Alston Hunt Floyd & Ing<br>American Savings Bank Tower<br>1001 Bishop Street, 18th Floor<br>Honolulu, Hawaii 96813<br><br>Attorneys for Plaintiff<br>SPORTS SHINKO CO., LTD.<br>AND SPORTS SHINKO (USA) | Original +1 Copy<br>Hand Delivery |

2

| | |
|---|---|
| WILLIAM BORDNER, ESQ. | 1 Copy |
| JOHN REYES-BURKE, ESQ. | Hand Delivery |

Burke McPheeters Bordner & Estes
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3100
Honolulu Hawaii 96813

Attorney for Defendant
FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, May 23, 2007.

/s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA HEE

Attorneys for Defendants, Counterclaimants and Third-Party Plaintiffs KG HOLDINGS, LLC, QK HOTEL, LLC, AND OR HOTEL, LLC