RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 18 2007
2:00 pm
DISTRICT OF HAWAII

FILED
JUN 14 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| QK HOTEL, LLC, a Hawaii LLC,<br><br>    Defendant,<br><br>and<br><br>KG HOLDINGS, LLC; et al.,<br><br>    Defendants - Appellants,<br><br>    v.<br><br>SPORTS SHINKO CO., LTD., a Japanese corporation in reorganization, through Keijiro Kimura, its Deputy Trustee,<br><br>    Plaintiff-third-party-defendant - Appellee,<br><br>and<br><br>FRANKLIN K. MUKAI,<br><br>    Defendant-third-party-plaintiff,<br><br>    v.<br><br>SPORTS SHINKO (US) CO., LTD., a Delaware corporation,<br><br>    Third-party-defendant - Appellee. | No. 06-17219<br><br>D.C. Nos. CV-04-00124-ACK<br>         CV-04-00125-ACK<br>         CV-04-00126-ACK<br>         CV-04-00127-ACK<br>         CV-04-00127-ACK<br>         CV-04-00128-ACK<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

No. 06-17219

The parties stipulation to voluntarily dismissal of this appeal without prejudice is denied. See *USA v. Arevalo*, 408 F.3d 1223 (9th Cir. 2005).

Within 30 days after the date of this order, appellant shall file the opening brief. The answering brief is due e30 days after service of the opening brief. The optional reply brief is due 14 days after service of the answering brief.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

*Linda K. King* (signature)

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
  and Ninth Circuit Rule 27-10

pro 6.4