PRICE OKAMOTO HIMENO & LUM
WARREN PRICE III            1212
ROBERT A. MARKS             2163
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone: 808.538.1113
Fax: 808.533.0549
e-mail: ram@pohlhawaii.com

Attorneys for Defendants, Counterclaimants and
Third-Party Plaintiffs KG HOLDINGS, LLC,
QK HOTEL, LLC, and OR HOTEL, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> QK HOTEL, LLC, et al., <br><br> Defendants, <br><br> and <br><br> FRANKLIN K. MUKAI, et al., <br><br> Third-Party Plaintiffs, <br><br> vs. <br><br> SPORTS SHINKO (USA) CO., LTD., et al., <br><br> Third-Party Defendants, <br><br> and <br><br> SPORTS SHINKO (HAWAII) CO., LTD., et al., <br><br> Third-Party Defendants/ Counterclaimants, | CV 04-00124 BMK <br> CV 04-00127 BMK <br><br> CONSOLIDATED CASES <br><br> KG PARTIES' SUPPLEMENTAL FILING RE SECOND AMENDED MOTION TO COMPEL DISCOVERY AND TO SET SCHEDULING ORDER; CERTIFICATE OF SERVICE |

|   |   |
|---|---|
| vs.<br><br>QK HOTEL, LLC, et al.,<br><br>    Third-Party Counterclaim<br>    Defendants.<br><br>AND CONSOLIDATED CASE |   |

### KG PARTIES' SUPPLEMENTAL FILING RE SECOND AMENDED MOTION TO COMPEL DISCOVERY AND FOR A SCHEDULING ORDER

At the request of the Sports Shinko Parties, Defendants, Counterclaimants

and Third-Party Plaintiffs KG Holdings, LLC, QK Hotel, LLC and OR Hotel, LLC

("KG Parties") hereby file the attached letter to United States Magistrate Judge

Barry M. Kurren dated July 20, 2007 in the record of these consolidated cases.

DATED: Honolulu, Hawaii, July 20, 2007.

                                /s/ Robert A. Marks
                              WARREN PRICE III
                              ROBERT A. MARKS
                              Attorneys for Defendants, Counterclaimants
                              and Third-Party Plaintiffs KG Holdings,
                              LLC, QK Hotel, LLC and OR Hotel, LLC

# PRICE OKAMOTO HIMENO & LUM

Attorneys at Law
A Law Corporation

Ocean View Center
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549

Warren Price III
Kenneth T. Okamoto
Sharon R. Himeno
Bettina W. J. Lum
Terence S. Yamamoto
Robert M. Kohn

Counsel

Robert A. Marks
Rick J. Eichor
Susan C. Wilson

July 20, 2007

<u>VIA HAND DELIVERY</u>
The Honorable Barry M. Kurren
United States Magistrate Judge
300 Ala Moana Boulevard, Suite C-229
Honolulu, Hawaii 96850

    Re:   Sports Shinko Co. Ltd. v. QK Hotel, LLC,
             <u>D. Hawaii Cv. 04-00124 BMK and consolidated case</u>

Dear Judge Kurren:

      Counsel for the Sports Shinko parties has requested that I "supplement the record" respecting statements I made in connection with the KG Parties' Second Motion to Compel and otherwise.

      In this regard, I have represented to the Court that the Sports Shinko parties have not produced certain documents necessary to prove the alleged debt in issue in the cases. Counsel for Sports Shinko recently found certain basic documents related to the debt among documents technically owned by, and in the possession of, the KG Parties. These are documents that the Sports Shinko parties have always had access to.[1]

      In late 2005, the subject of the Sports Shinko documents in the KG Parties' possession first came up in discussions between counsel. I took the position that I would not review these Sports Shinko documents in deference to the possible presence of privileged materials, and also on the mistaken assumption that the documents would likely not be relevant to the issues in the litigation.

      This case presents an unusual circumstance where one party's records are technically owned by its litigation adversary, and this unusual problem has resulted. Last week, I informed

---

[1]     Under the Purchase and Sale Agreement ("PSA") between certain Sports Shinko parties and KG, in early 2002, the KG Parties acquired ownership of the Sports Shinko-era "books and records" of the golf courses and hotels. Under the PSA, the Sports Shinko companies are entitled to "reasonable access to, and ...[are] permitted to make copies of, such books and records, as may be required ... for ... litigation ..." PSA ¶ 1(h).

The Honorable Barry M. Kurren
July 20, 2007
Page 2

Sports Shinko's counsel that KG is willing to return ownership of the documents to them, provided they don't indiscriminately dump them back on KG in discovery.

      Had I known that the Sports Shinko records nominally owned by KG and in its possession included relevant documents, I would have so informed counsel for Sports Shinko, and to that extent, the discovery dispute before the Court would have been narrowed, but not averted. I apologize to the Court and counsel for any misunderstanding related to this issue.

                Very truly yours,

                PRICE OKAMOTO HIMENO & LUM

                Robert A. Marks

c:      Client
       Bruce Wakuzawa, Esq.\Jason H. Kim, Esq.
       William Bordner, Esq.\John Reyes-Burke, Esq.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>     Plaintiff,<br>   vs.<br>QK HOTEL, LLC, et al.,<br>     Defendants,<br>   and<br>FRANKLIN K. MUKAI,<br>     Third-Party Plaintiff,<br>   vs.<br>SPORTS SHINKO (USA) CO., LTD., et al.,<br>     Third-Party Defendants,<br>   and<br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br>     Third-Party Defendants/<br>     Counterclaimants,<br>   vs.<br>QK HOTEL, LLC, et al.,<br>     Third-Party Counterclaim Defendants.<br>AND CONSOLIDATED CASE | CV 04-00124 ACK-BMK<br>CV 04-00127 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of KG PARTIES'

SUPPLEMENTAL FILING RE SECOND AMENDED MOTION TO COMPEL

DISCOVERY AND TO SET SCHEDULING ORDER was served electronically through CM/ECF on the following on July 20, 2007:

    PAUL ALSTON, ESQ.    palston@ahfi.com
    GLENN T. MELCHINGER, ESQ.    gmelchinger@ahfi.com

        Attorneys for Plaintiff
        SPORTS SHINKO CO., LTD. and

    WILLIAM BORDNER, ESQ.    bbordner@bmbe-law.com
    JOHN N.K. REYES-BURKE, ESQ.    jburke@bmbe-law.com

        Attorney for Defendant
        FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, July 20, 2007.

        /s/ Robert A. Marks
        WARREN PRICE III
        ROBERT A. MARKS
        Attorneys for Defendants, Counterclaimants and Third-Party Plaintiffs KG Holdings, LLC, QK Hotel, LLC and OR Hotel, LLC

2