# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00124BMK<br>CIVIL NO. 04-00127BMK |
| CASE NAME: | Sports Shinko Co., Ltd., etc. vs. PK Hotel, LLC, a Hawaii limited liability company, et al.<br><br>Sports Shinko Co., Ltd., etc. vs. OR Hotel, a Hawaii limited liability company, et al. |
| ATTYS FOR PLA: | Glenn T. Melchinger<br>Bruce H. Wakuzawa |
| ATTYS FOR DEFT: | Warren Price, III<br>Robert A,. Marks<br>William A. Bordner<br>John N.K. Reyes-Burke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | In Chambers-No Record; **FTR-Courtroom 6** |
| DATE: | 01/18/2008 | TIME: | 1:30-3:40; **FTR (4:46-4:54)** |

COURT ACTION:  EP: Further Settlement Conference held.  Global Settlement reached.

Global Settlement on the Record held.  Terms stated.  Mutual release to be executed. Settlement includes Civil No. 04-00124BMK, Civil No. 04-00127BMK, 2 9th CCA cases, 2 State Circuit Court cases and 1 Intermediate Court of Appeals Case.

Trial date and all deadlines are Vacated. All pending motions are terminated. Stipulation for Dismissal due 3/4/2008.

Submitted by: Warren N. Nakamura, Courtroom Manager