Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

ORIGINAL

PAUL ALSTON                1126-0
BRUCE H. WAKUZAWA          4312-0
GLENN T. MELCHINGER        7135-0
JASON H. KIM               7128-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:    palston@ahfi.com
          bwakuzawa@ahfi.com
          gmelchinger@ahfi.com
          jkim@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the Sports Shinko Companies

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 1 2008

at 11 o'clock and 20 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., | ) CV 04-00124 BMK |
| | ) CV 04-00127 BMK |
| Plaintiff, | ) |
| | ) CONSOLIDATED CASES |
| vs. | ) |
| | ) **PLAINTIFF AND THIRD-PARTY** |
| QK HOTEL, LLC, et al., | ) **DEFENDANTS SPORTS SHINKO CO.,** |
| | ) **LTD., SPORTS SHINKO (USA) CO.,** |
| Defendants, | ) **LTD., SPORTS SHINKO (HAWAII)** |
| | ) **CO., LTD., SPORTS SHINKO** |
| and | ) **(MILILANI) CO., LTD., SPORTS** |
| | ) **SHINKO (KAUAI) CO., LTD.,** |
| FRANKLIN K. MUKAI, et al., | ) **SPORTS SHINKO (PUKALANI) CO.,** |
| | ) **LTD., SPORTS SHINKO RESORT** |
| Third-Party | ) **HOTEL CORPORATION, SPORTS** |
| Plaintiffs, | ) **SHINKO (WAIKIKI) CORPORATION** |
| | ) **AND OCEAN RESORT HOTEL** |
| vs. | ) **CORPORATION'S RELEASE OF** |
| | ) **NOTICES OF PENDENCY OF ACTION** |
| SPORTS SHINKO (USA) CO., LTD., | ) **FILED ON FEBRUARY 20, 2004** |
| et al., | ) |
| | ) |
| Third-Party | ) |
| Defendants, | ) |

668101V1 / 6850-5

```
     and                         )
                                 )
SPORTS SHINKO (HAWAII) CO.,      )
LTD., et al.,                    )
                                 )
     Third-Party Defendants/     )
     Counterclaimants,           )
                                 )
     vs.                         )
                                 )
QK HOTEL, LLC, et al.,           )
                                 )
     Third-Party Counterclaim    )
     Defendants.                 )
                                 )
AND CONSOLIDATED CASES           )
_____ )
```

**PLAINTIFF AND THIRD-PARTY DEFENDANTS SPORTS SHINKO CO., LTD., SPORTS SHINKO (USA) CO., LTD., SPORTS SHINKO (HAWAII) CO., LTD., SPORTS SHINKO (MILILANI) CO., LTD., SPORTS SHINKO (KAUAI) CO., LTD., SPORTS SHINKO (PUKALANI) CO., LTD., SPORTS SHINKO RESORT HOTEL CORPORATION, SPORTS SHINKO (WAIKIKI) CORPORATION AND OCEAN RESORT HOTEL CORPORATION'S RELEASE OF NOTICES OF PENDENCY OF ACTION FILED ON FEBRUARY 20, 2004**

PLAINTIFF AND THIRD-PARTY DEFENDANTS SPORTS SHINKO CO.,

LTD., SPORTS SHINKO (USA) CO., LTD., SPORTS SHINKO (HAWAII) CO.,

LTD., SPORTS SHINKO (MILILANI) CO., LTD., SPORTS SHINKO (KAUAI)

CO., LTD., SPORTS SHINKO (PUKALANI) CO., LTD., SPORTS SHINKO

RESORT HOTEL CORPORATION, SPORTS SHINKO (WAIKIKI) CORPORATION AND

OCEAN RESORT HOTEL CORPORATION by and through its attorneys,

Alston Hunt Floyd & Ing, hereby cancel and release those certain

Notices of Pendency of Action filed herein on February 20, 2004,

and recorded in the Bureau of Conveyances of the State of Hawai`i
as Document Nos. 2004-036075 and 2004-036076.

      DATED:  Honolulu, Hawai`i, February 1, 2008.

PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM
Attorneys for Plaintiffs and
Third-Party Defendants the SS
Companies

668101V1 / 6850-5          -3-