**FILED**

**FEB 08 2008**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| QK HOTEL, LLC, a Hawaii LLC,<br><br>Defendant,<br><br>and<br><br>KG HOLDINGS, LLC; et al.,<br><br>Defendants - Appellants,<br><br>v.<br><br>SPORTS SHINKO CO., LTD., a Japanese corporation in reorganization, through Keijiro Kimura, its Deputy Trustee,<br><br>Plaintiff-Third-Party-Defendant - Appellee,<br><br>and<br><br>FRANKLIN K. MUKAI,<br><br>Defendant-Third-Party-Plaintiff,<br><br>v.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>Third-Party-Defendant - Appellee. | No. 06-17219<br><br>D.C. No. CV-04-00124-ACK<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 11 2008

at 11 o'clock and 15 min. A M.
SUE BEITIA, CLERK

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

Margaret A. Corrigan
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 0 5 2008

by
Deputy Clerk