INTERNAL USE ONLY: Proceedings include all events.
06-17219 Sports Shinko Co. v. KG Holdings, et al

QK HOTEL, LLC, a Hawaii LLC
    Defendant

KG HOLDINGS, LLC                    Simon Klevansky, Esq.
    Defendant - Appellant          808/524-0155
                                    [COR LD NTC ret]
                                    Attorney at Law
                                    745 Fort Street
                                    Suite 1400
                                    Honolulu, HI 96813

                                    Warren Price, III, Esq.
                                    Ste. 728
                                    [COR LD NTC ret]
                                    Robert A. Marks, Esq.
                                    FAX 808/533-0549
                                    808/538-1113
                                    [COR LD ret]
                                    707 Richards St.
                                    Ste. 728
                                    Honoolulu, HI 96813
                                    808/538-1113

                                    Alika L. Piper, Esq.
                                    FAX 808/531-6963
                                    808/524-0155
                                    Suite 1400
                                    [COR LD ret]
                                    Carisa Lima Ka'ala Hee, Esq.
                                    FAX 808/531-6963
                                    808/524-0155
                                    Ste. 1400
                                    [COR LD ret]
                                    GELBER, GELBER, INGERSOLL &
                                    KLEVANSKY
                                    745 Fort Street
                                    Honolulu, HI 96813

PUKALANI GOLD CLUB, LLC             Simon Klevansky, Esq.
    Defendant - Appellant          (See above)
                                    [COR LD NTC ret]

                                    Warren Price, III, Esq.
                                    (See above)
                                    [COR LD NTC ret]
                                    Robert A. Marks, Esq.
                                    (See above)
                                    [COR LD ret]

                                    Alika L. Piper, Esq.
                                    (See above)
                                    [COR LD ret]
                                    Carisa Lima Ka'ala Hee, Esq.
                                    (See above)

```
INTERNAL USE ONLY: Proceedings include all events.
06-17219 Sports Shinko Co. v. KG Holdings, et al
                                    [COR LD ret]

KG MAUI DEVELOPMENT, LLC            Simon Klevansky, Esq.
     Defendant - Appellant          (See above)
                                    [COR LD NTC ret]

                                    Warren Price, III, Esq.
                                    (See above)
                                    [COR LD NTC ret]
                                    Robert A. Marks, Esq.
                                    (See above)
                                    [COR LD ret]

                                    Alika L. Piper, Esq.
                                    (See above)
                                    [COR LD ret]
                                    Carisa Lima Ka'ala Hee, Esq.
                                    (See above)
                                    [COR LD ret]


   v.

SPORTS SHINKO CO., LTD., a          Paul Alston
Japanese corporation in             808/524-1212
reorganization, through             [COR LD NTC ret]
Keijiro Kimura, its Deputy          Glenn T. Melchinger, Esq.
Trustee                             FAX 808/524-4591
     Plaintiff-third-party-         808/524-1800
defendant - Appellee                [COR LD ret]
                                    ALSTON HUNT FLOYD & ING
                                    1001 Bishop Street
                                    1800 Pacific Tower
                                    Honolulu, HI 96813

FRANKLIN K. MUKAI                   William A. Bordner
     Defendant-third-party-         523-9833
plaintiff                           [COR LD ret]
                                    Grosvenor Center
                                    737 Bishop Street
                                    Suite 3100
                                    Honolulu, HI 96813


   v.

SPORTS SHINKO (US) CO., LTD.,       Paul Alston
a Delaware corporation              808/524-1212
     Third-party-defendant -        [COR LD NTC ret]
Appellee                            Glenn T. Melchinger, Esq.
                                    FAX 808/524-4591
                                    808/524-1800
                                    [COR LD ret]
                                    ALSTON HUNT FLOYD & ING
```

```
INTERNAL USE ONLY: Proceedings include all events.
06-17219 Sports Shinko Co. v. KG Holdings, et al

                              1001 Bishop Street
                              1800 Pacific Tower
                              Honolulu, HI 96813
```